

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

MISSOULA DIVISION

| | |
|---|---|
| DAVID K. MANN, individually; ) <br> ELIZABETH S. MANN; DELANEY ) <br> MANN; and M.H.M., MINOR CHILD, ) <br> BY AND THROUGH HER FATHER ) <br> AND NEXT FRIEND, DAVID K. ) <br> MANN, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> REDMAN VAN & STORAGE CO., ) <br> INC., ) <br> ) <br> Defendant. ) <br> _____) | CV 10-128-M-DLC <br><br><br><br><br><br><br><br><br><br> VERDICT FORM |

We the jury, duly empaneled and sworn in this case, do find by a preponderance of the evidence as follows:

(1)  Was the Defendant negligent?
 _____Yes  \_\_\_X\_\_\_No

-1-

*If "Yes," proceed to (2). If "No," please sign the verdict form and return it to the bailiff.*

(2)     Was the Defendant's negligence a cause of the accident on July 8, 2008?

        _____Yes    _____No

*If "Yes," proceed to (3). If "No," please sign the verdict form and return it to the bailiff.*

(3)     What amount of damages do you find for the following that were caused by the auto accident?

        Makenzie Mann _____

        Delaney Mann _____

        Elizabeth Mann _____

        Kelly Mann _____

*Proceed to (4).*

(4)     Was Plaintiff Kelly Mann negligent?

        _____ Yes    _____ No

*If "Yes," proceed to (5). If "No," skip (5) and proceed to (7).*

(5)     Was Plaintiff Kelly Mann's negligence a cause of the accident on July 8, 2008?

        _____Yes    _____No

*If "Yes," proceed to (6). If "No," skip (6) and proceed to (7).*

(6)     If you found that both the Defendant and Kelly Mann were negligent, please

indicate the percentage of negligence for each, in causing the accident:

    Defendant                                              _____%

    Kelly Mann                                           _____%

    (must total 100%)              100 %

*Proceed to (7).*

(7) Do you find by clear and convincing evidence that punitive damages should be awarded?

        _____Yes   _____No

DATED this **28th** day of January 2012.

                                                          _[signature]_
                                                          Presiding Juror