# EXHIBIT B

7/19/2011 10:11 AM          Sales Receipt #61081
Store: 1

# Denny's Copy Stop
1509 S. Russell
Missoula, MT 59801
406-728-3363
Fax: 406-728-7159
www.dennyscopystop.com

**Bill To:** Milodragovich Law Offices
Milodragovich Law Offices
PO Box 4947
Missoula, MT 59806-4947

Customer PO# 12135/2 Kaili

| Item Name | Qty | Price | Ext Price |
|-----------|-----|-------|-----------|
| Save to DVD | 1 | $20.00 | $20.00 |
| | | Subtotal: | $20.00 |
| TAXES | | 0 % Tax: | + $0.00 |
| | | **RECEIPT TOTAL:** | $20.00 |

Account: $20.00

**Signature** _____          *20.00*

I agree to pay above amount according to card
issuer agreement (merchant agreement
if credit voucher).

61081

**FedEx** US Airbill
Express

FedEx Tracking Number: 8576 4835 2328

Sender's Copy

**1 From** Please print and press hard.
Date 7.21.11
Sender's FedEx Account Number: 1213-6770-0

Sender's Name: Christian T. Nigella
Phone ( 406 ) 728-1455

Company: MILDDRAGOVICH DALE ET AL

Address: 620 HIGH PARK WAY

City: MISSOULA   State: MT   ZIP: 59803-2237

**2 Your Internal Billing Reference** First 24 characters will appear on invoice.
12135/2   OPTIONAL

**3 To**
Recipient's Name: David Beaufort   Phone: (801)532-9270

Company: Beaufort Consulting, Inc

Recipient's Address: 406 E. Broadway   Ste. 405
We cannot deliver to P.O. boxes or P.O. ZIP codes.   Dept/Floor/Suite/Room

Address
To request a package to be held at a specific FedEx location, print FedEx address here.

City: Salt Lake City   State: UT   ZIP: 84111

0338968287

**4a Express Package Service**
- ☐ FedEx Priority Overnight
- ☒ FedEx Standard Overnight
- ☐ FedEx 2Day
- ☐ FedEx Express Saver

**4b Express Freight Service**
- ☐ FedEx 1Day Freight
- ☐ FedEx 2Day Freight
- ☐ FedEx 3Day Freight

**5 Packaging**
- ☒ FedEx Envelope
- ☐ FedEx Pak
- ☐ FedEx Box
- ☐ FedEx Tube
- ☐ Other

**6 Special Handling**
SATURDAY Delivery NOT Available

Does this shipment contain dangerous goods?
- ☒ No
- ☐ Yes Shipper's Declaration not required.
- ☐ Yes Shipper's Declaration. ☐ Dry Ice
- ☐ Cargo Aircraft Only

**7 Payment** Bill to:
- ☒ Sender
- ☐ Recipient
- ☐ Third Party
- ☐ Credit Card
- ☐ Cash/Check

FedEx Acct. No. or Credit Card No.
Total Packages   Total Weight   Total Declared Value $

**8 NEW Residential Delivery Signature Options**
- ☒ No Signature Required
- ☐ Direct Signature
- ☐ Indirect Signature

519



Find a drop-off location at fedex.com
Simplify your shipping. Manage your account. Track your package.

# FedEx US Airbill
### Express

FedEx Tracking Number **8576 4835 2339**

**Sender's Copy**

**1 From** Please print and press hard.

Date **7/22/11**

Sender's FedEx Account Number **1213-6770-0**

Sender's Name Christopher Doov6 Phone **(406) 728-1455**

Company **MILODRAGOVICH DALE ET AL**

Address **620 HIGH PARK WAY**

City **MISSOULA** State **MT** ZIP **59803-2237**

**2 Your Internal Billing Reference** First 24 characters will appear on invoice. **12352** OPTIONAL

**3 To**

Recipient's Name **Mariusz Ziyzwski** Phone **(701) 232-2764**

Company

Recipient's Address **2243 20th Ave S**

We cannot deliver to P.O. boxes or P.O. ZIP codes. Dept/Floor/Suite/Room

Address
To request a package be held at a specific FedEx location, print the address here.

City **Fargo** State **ND** ZIP **58103**

**0338968287**

Schedule a pickup at fedex.com

**4a Express Package Service**
- [ ] FedEx Priority Overnight
- [x] FedEx Standard Overnight
- [ ] FedEx First Overnight
- [ ] FedEx 2Day
- [ ] FedEx Express Saver

**4b Express Freight Service** *Call for Confirmation.*
- [ ] FedEx 1Day Freight
- [ ] FedEx 2Day Freight
- [ ] FedEx 3Day Freight

**5 Packaging**
- [x] FedEx Envelope*
- [ ] FedEx Pak*
- [ ] FedEx Box
- [ ] FedEx Tube
- [ ] Other

**6 Special Handling**
SATURDAY Delivery
- [ ] HOLD Weekday
- [ ] HOLD Saturday

Does this shipment contain dangerous goods?
- [x] No
- [ ] Yes As per attached Shipper's Declaration
- [ ] Yes Shipper's Declaration not required

- [ ] Dry Ice
- [ ] Cargo Aircraft Only

**7 Payment** Bill to:
- [x] Sender Acct No. in Section 1 will be billed.
- [ ] Recipient
- [ ] Third Party
- [ ] Credit Card
- [ ] Cash/Check

Total Packages | Total Weight | Total Declared Value†

**8 NEW! Residential Delivery Signature Options** If you require a signature, check Direct or Indirect.
- [ ] No Signature Required
- [ ] Direct Signature
- [ ] Indirect Signature

**519**

FedEx Use Only

Rev. Date 11/04•Part #157023•©2004–2009 FedEx•PRINTED IN U.S.A.•SRF

**FedEx Express** — **US Airbill**

FedEx Tracking Number: 8576 4835 2383

**1 From** Please print and press hard.

Date 8/25/12

Sender's FedEx Account Number: 1213-6770-0

Sender's Name: Chris Decker

Company: MILQDRAGOVICH DALE ET AL

Phone (406) 728-1455

Address: 620 HIGH PARK WAY

Dept/Floor/Suite/Room _____ OPTIONAL

City: MISSOULA    State: MT    ZIP: 59803-2237

**2 Your Internal Billing Reference** 1213512
First 24 characters will appear on invoice.

**3 To**

Recipient's Name: Daniel Alzheimer MD

Phone: 307 673 4089

Company: Capitol Radiology PLLC

Recipient's Address: 1401 W 5th Street, #314

We cannot deliver to P.O. boxes or P.O. ZIP codes.

Dept/Floor/Suite/Room _____

Address:
To request a package be held at a specific FedEx location, print FedEx address here.

City: Sheridan    State: WY    ZIP: 82801

0338968287

**4a Express Package Service**    *To most locations.*

☐ **FedEx Priority Overnight**
Next business morning.* Friday shipments will be delivered on Monday unless SATURDAY Delivery is selected.

☒ **FedEx Standard Overnight**
Next business afternoon.*
Saturday Delivery NOT available.

☐ **FedEx 2Day**
Second business day.* Thursday shipments will be delivered on Monday unless SATURDAY Delivery is selected.

☐ **FedEx Express Saver**
Third business day.*
Saturday Delivery NOT available.

**Packages up to 150 lbs.**

☐ **FedEx First Overnight**
Earliest next business morning delivery to select locations.* Saturday Delivery NOT available.

**4b Express Freight Service**    *To most locations.*

☐ **FedEx 1Day Freight***
Next business day.* Friday shipments will be delivered on Monday unless SATURDAY Delivery is selected.

☐ **FedEx 2Day Freight***
Second business day.* Thursday shipments will be delivered on Monday unless SATURDAY Delivery is selected.

**Packages over 150 lbs.**

☐ **FedEx 3Day Freight***
Third business day.*
Saturday Delivery NOT available.

* Call for Confirmation.

**5 Packaging**

☒ FedEx Envelope*    ☐ FedEx Pak*    ☐ FedEx Box    ☐ FedEx Tube    ☐ Other

**6 Special Handling** Include FedEx address in Section 3.

☐ **SATURDAY Delivery**
NOT Available for FedEx Standard Overnight, FedEx 2Day, FedEx Express Saver or FedEx First Overnight.

☐ **HOLD Weekday** at FedEx Location
NOT Available for FedEx First Overnight.

☐ **HOLD Saturday** at FedEx Location
Available ONLY for FedEx Priority Overnight and FedEx 2Day to select locations.

Does this shipment contain dangerous goods?

One box must be checked.
☒ No    ☐ Yes As per attached Shipper's Declaration    ☐ Yes Shipper's Declaration not required.    ☐ Dry Ice Dry Ice, 9, UN 1845 ___ x ___ kg

Dangerous goods (including dry ice) cannot be shipped in FedEx packaging.    ☐ Cargo Aircraft Only

**7 Payment** Bill to:

☒ **Sender** Acct No. in Section 1 will be billed.    ☐ Recipient    ☐ Third Party    ☐ Credit Card    ☐ Cash/Check

Enter FedEx Acct. No. or Credit Card No. below.

FedEx Acct. No. ____
Credit Card No. ____    Exp. Date ____

**Total Packages** ____    **Total Weight** ____    **Total Declared Value†** $ ____ .00

† Our liability is limited to $100 unless you declare a higher value. See back for details. By using this Airbill you agree to the service conditions in the back of this Airbill and in the current FedEx Service Guide, including terms that limit our liability.

**8 NEW Residential Delivery Signature Options** If you require a signature, check Direct or Indirect.

☒ **No Signature Required**
Package may be left without obtaining a signature for delivery.

☐ **Direct Signature**
Anyone at recipient's address may sign for delivery. Fee applies.

☐ **Indirect Signature**
If no one is available at recipient's address, someone at a neighboring address may sign for delivery. Fee applies.    For residential deliveries only.    FedEx Use Only

Rev. Date 11/04•Part #156025•©1994–2003 FedEx•PRINTED IN U.S.A.•SRF

519

 **THORSNES** litigation services

# Invoice

2550 5th Avenue, 9th Floor
San Diego, California 92103

**Invoice #:** QB1102
**Invoice Date:** 12/15/2011
**Due Date:** 12/30/2011

| Client Reference |
|:---:|
| Mann |

**Bill To:**

MILODRAGOVICH DALE
Miva VanEngen
620 High Park Way
Missoula, MT 59806

| Description | Rate | Hrs/Qty | Amount |
|---|---|---|---|
| Setup Fee | 35.00 | | 35.00 |
| Scanning (615 b/w images heavy litigation @.25 pp) | 0.15 | 615.00 | 92.25 |
| Oversize b/w scan (67 images @2.50 per scan) | 2.50 | 67.00 | 167.50 |
| CD duplication | 25.00 | | 25.00 |
| Rebinding | 25.00 | | 25.00 |

It's been a pleasure working with you! For your records our TIN# is 56-2602533.

| Total | $344.75 |
|---|---|
| **Balance Due** | **$344.75** |

(Phone) 619.233.2030
(Fax) 619.330.1956

web: www.thorsnes.com
e-mail: info@thorsnes.com

**1500**

**HEALTH INSURANCE CLAIM FORM**
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

MILODRAGOVICH LAW FIRM
PO BOX 4947

**CLIENT COSTS**

FILE NO. 12135/2 ATTY: _____

DATE REC'D: 1-25-12

OK TO PAY: YES   NO

REVIEWED BY: _____

PAID CK NO. _____

FILED BY: _____

| | PICA | | | | | | | |
|---|---|---|---|---|---|---|---|---|

**1. MEDICARE** ☐ (Medicare #)　**MEDICAID** ☐ (Medicaid #)　**TRICARE CHAMPUS** ☐ (Sponsor's SSN)　**CHAMPVA** ☐ (Member ID#)　**GROUP HEALTH PLAN** ☐ (SSN or ID)　**FECA BLK LUNG** ☐ (SSN)　**OTH** ☒ (ID)

**2. PATIENT'S NAME** (Last Name, First Name, Middle Initial)
Mann David Kelly

**3. PATIENT'S BIRTH DATE** MM 09 DD 09 YY 1900　SEX M ☒ F ☐

**5. PATIENT'S ADDRESS** (No., Street)
None

CITY
Missoula　STATE MT

ZIP CODE
59801　TELEPHONE (Include Area Code) (406) 999 9999

**6. PATIENT RELATIONSHIP TO INSURED**
Self ☒　Spouse ☐　Child ☐　Other ☐

**8. PATIENT STATUS**
Single ☐　Married ☐　Other ☒
Employed ☐　Full-Time Student ☐　Part-Time Student ☐

**9. OTHER INSURED'S NAME** (Last Name, First Name, Middle Initial)

**a. OTHER INSURED'S POLICY OR GROUP NUMBER**

**b. OTHER INSURED'S DATE OF BIRTH** MM DD YY　SEX M ☐ F ☐

**c. EMPLOYER'S NAME OR SCHOOL NAME**

**d. INSURANCE PLAN NAME OR PROGRAM NAME**

**10. IS PATIENT'S CONDITION RELATED TO:**

**a. EMPLOYMENT?** (CURRENT OR PREVIOUS)　☐ YES　☒ NO

**b. AUTO ACCIDENT?**　☐ YES　☒ NO　PLACE (State)

**c. OTHER ACCIDENT?**　☐ YES　☒ NO

**10d. RESERVED FOR LOCAL USE**

**11. INSURED'S POLICY GROUP OR FECA NUMBER**

**a. INSURED'S DATE OF BIRTH** MM DD YY　SEX M ☐ F ☐

**b. EMPLOYER'S NAME OR SCHOOL NAME**

**c. INSURANCE PLAN NAME OR PROGRAM NAME**
Milodragovich Law Firm

**d. IS THERE ANOTHER HEALTH BENEFIT PLAN?**
☐ YES　☒ NO　If yes, return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
**12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED Signature On File　DATE 01/06/12

**13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED Signature on File

**14. DATE OF CURRENT:** MM 07 DD 08 YY 08　ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP)

**15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS.** GIVE FIRST DATE MM DD YY

**16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION** FROM MM DD YY　TO MM DD YY

**17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE**
17a.
17b. NPI

**18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES** FROM MM DD YY　TO MM DD YY

**19. RESERVED FOR LOCAL USE**

**20. OUTSIDE LAB?**　☐ YES　☒ NO　$ CHARGES

**21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY.** (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)
1. 719 . 41
2.
3.
4.

**22. MEDICAID RESUBMISSION** CODE　ORIGINAL REF. NO.

**23. PRIOR AUTHORIZATION NUMBER**

| 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 06 12 | 01 06 12 11 | | | 99080 | | 1 | 1,000 00 | 1 | | NPI | 810247705 1043303167 |
| | | | | | | | | | | NPI | |
| | | | | | | | | | | NPI | |
| | | | | | | | | | | NPI | |
| | | | | | | | | | | NPI | |
| | | | | | | | | | | NPI | |

**25. FEDERAL TAX I.D. NUMBER** SSN EIN
810247705 ☐ ☒

**26. PATIENT'S ACCOUNT NO.**
000100728325

**27. ACCEPT ASSIGNMENT?** (For govt. claims, see back)
☒ YES　☐ NO

**28. TOTAL CHARGE**
$ 1,000 00

**29. AMOUNT PAID**
$

**30. BALANCE DUE**
$

**31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS** (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
Vincent MD, Robert
01/23/2012
SIGNED　DATE

**32. SERVICE FACILITY LOCATION INFORMATION**
WellCare
2835 Fort Missoula Way Suite 203
Missoula MT 59804-7424
a.　b.

**33. BILLING PROVIDER INFO & PH#** (406) 327-4620
Community Medical Center
PO Box 16900
Missoula MT 59808-6900
a. 1548953519　b. 810247705

**1500**

**HEALTH INSURANCE CLAIM FORM**

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

CLIENT COSTS

Ref. ... /2 /35 ... ATTY: Chris

DATE REC'D: /—25-12

OK TO PAY: YES    NO

REVIEWED BY: ...

PAID TO PAID: ... DATE ...

...

| [ ] PICA | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1. MEDICARE [ ] *(Medicare #)* | MEDICAID [ ] *(Medicaid #)* | TRICARE CHAMPUS [ ] *(Sponsor's SSN)* | CHAMPVA [ ] *(Member ID#)* | GROUP HEALTH PLAN [ ] *(SSN or ID)* | FECA BLK LUNG [ ] *(SSN)* | OTHER [X] *(ID)* | |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
**Mann Elizabeth**

3. PATIENT'S BIRTH DATE  MM **02** DD **29** YY **1960**  SEX M [X] F [ ]

5. PATIENT'S ADDRESS (No., Street)
**None**

6. PATIENT RELATIONSHIP TO INSURED
Self [X]  Spouse [ ]  Child [ ]  Other [ ]

CITY **Missoula**  STATE **MT**

6. PATIENT STATUS
Single [ ]  Married [ ]  Other [ ]

ZIP CODE **59801**  TELEPHONE (Include Area Code) **(406) 999 9999**

Employed [ ]  Full-Time Student [ ]  Part-Time Student [ ]

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (CURRENT OR PREVIOUS)
[ ] YES  [X] NO

b. OTHER INSURED'S DATE OF BIRTH  MM DD YY  SEX M [ ] F [ ]

b. AUTO ACCIDENT?
[ ] YES  [X] NO  PLACE (State)

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?
[ ] YES  [X] NO

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

11. INSURED'S DATE OF BIRTH  MM **02** DD **29** YY **1960**  SEX M [ ] F [X]

b. EMPLOYER'S NAME OR SCHOOL NAME

c. INSURANCE PLAN NAME OR PROGRAM NAME
**Milodragovich Law Firm**

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
[ ] YES  [X] NO   *If yes, return to and complete item 9 a-d.*

a. INSURED'S NAME (Last Name, First Name, Middle Initial)
**None**

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED **Signature On File**  DATE **01/06/12**

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED **Signature on File**

14. DATE OF CURRENT:  ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP)  MM **07** DD **08** YY **08**

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE  MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION  FROM MM DD YY  TO MM DD YY

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE

17a.
17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES  FROM MM DD YY  TO MM DD YY

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?  [ ] YES  [X] NO   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)

1. **719 . 41**   3.
2.   4.

22. MEDICAID RESUBMISSION CODE    ORIGINAL. REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE | | | | | | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) | | E. DIAGNOSIS POINTER | F. $ CHARGES | | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| From MM | DD | YY | To MM | DD | YY | | | CPT/HCPCS | MODIFIER | | | | | | | |
| 01 | 06 | 12 | 01 | 06 | 12 | 11 | | 99080 | | 1 | 1,000 | 00 | 1 | | NPI | 810247705 / 1043303167 |
| | | | | | | | | | | | | | | | NPI | |
| | | | | | | | | | | | | | | | NPI | |
| | | | | | | | | | | | | | | | NPI | |
| | | | | | | | | | | | | | | | NPI | |
| | | | | | | | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER  **810247705**  SSN [ ] EIN [X]

26. PATIENT'S ACCOUNT NO.  **000100728315**

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)  [X] YES  [ ] NO

28. TOTAL CHARGE  $ **1,000  00**

29. AMOUNT PAID  $

30. BALANCE DUE  $

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
**Vincent MD, Robert**
**01/23/2012**

32. SERVICE FACILITY LOCATION INFORMATION
WellCare
2835 Fort Missoula Way Suite 203
Missoula MT 59804-7424

a.   b. NPI

33. BILLING PROVIDER INFO & PH#  **(406) 327-4620**
Community Medical Center
PO Box 16900
Missoula MT 59808-6900

a. **1548653519**  b. **810247705**

APPROVED OMB-0938-0999 FORM CMS-1500 (08/05)

## ALAN WAXMAN, MD

9852 West Katella Avenue
Suite 290
Anaheim CA 92804

Phone:  714-530-2138       Fax: 714-530-2148
RYNETTE@LAGNIAPPEACCT.COM

# Invoice

| | |
|---|---|
| Invoice #: | 10260 |
| Invoice Date: | 1/31/2012 |
| Case: | |

**Bill To:**

MANN

Milodragovich,Dale,Steinbrenner & Nygren
CHRIS DECKER
620 High Park Way
Po Box 4947
Missoula MT 59806-4947

| Date | Description | Hours | Rate | Fee |
|---|---|---|---|---|
| 1/12/2012 | Record Review | 0.5 | 500.00 | 250.00 |
| 1/18/2012 | Questions FOR HIPSKIND | 1.5 | 500.00 | 750.00 |
| 1/18/2012 | Report | 1.5 | 500.00 | 750.00 |
| 1/19/2012 | Report | 2.5 | 500.00 | 1,250.00 |
| 1/21/2012 | Phone Meeting with CHRIS DECKER AND DR. ALZHEIMER | 1.5 | 500.00 | 750.00 |
| 1/25/2012 | Phone Meeting with CHRIS DECKER AND DR. ALZHEIMER | 0.75 | 500.00 | 375.00 |
| 1/26/2012 | PowerPoint | 3.5 | 500.00 | 1,750.00 |
| 1/28/2012 | Phone Meeting with CHRIS DECKER AND DR. ALZHEIMER | 1.5 | 500.00 | 750.00 |

CLIENT COSTS

INV NO 2135 PAID Chris D

DATE REC'D 2-3-12

OK TO PAY  YES       NO

REVIEWED BY:

PAID CK NO:        DATE

| | | | | **Total Due** | **$6,625.00** |
|---|---|---|---|---|---|

**Interest charged at 1.5% monthly after 90 days.**

# Bill Rosen MD, P.C.
Tax ID # 20-3548328

| | | | |
|---|---|---|---|
| Date | 9/2/2011 | Invoice # | 2486 |

| | |
|---|---|
| Name | Mr. Christian T. Nygren |
| Company | Milodragovich, Dale, Steinbrenner, & Nygren PC |
| Address | P.O. Box 4947 |
| | Missoula, MT 59806-4947 |

Re:     Makenzie H. Mann (File # 12135/2)

| Date | Description of Service | Hours | Charge |
|---|---|---|---|
| 8/25/2011 | Record review and phone conference with Mr. Gibbs (consult rate) | 0.75 | $262.50 |
| 8/26/2011 | Record review and phone conference with Mr. Gibbs and attorney (consult rate) | 0.50 | $175.00 |
| 8/26/2011 | Work and functional capacity questionnaire form input | 1.00 | $575.00 |
| | | | |
| | Total | | $1,012.50 |

Please send your payment to:

Bill S. Rosen MD, P.C.
P.O. Box 5124
Missoula, MT 59806

CLIENT COSTS

FILE NO/2-135/ 2 ATTY _Chris_

DATE REC'D: /9-6-11

OK TO PAY: YES    NO

REVIEWED BY:

PAID CK NO:     DATE

REP''D.

If you should have any questions regarding your bill, please contact Katie at (406) 721-2344.



# ROCKY MOUNTAIN MAP GALLERY

Kevin McCann
Owner / Cartographer
www.rockymtnmaps.com

carto@montana.com
Ph: 406-542-1541

1710 Brooks Street
Missoula, Montana 59801

**634157**

| CUSTOMER'S ORDER NO. | DEPARTMENT | | DATE 1/12/12 |
|---|---|---|---|

NAME *Christian Nygren – MDSN Attys*

ADDRESS

CITY, STATE, ZIP *Msla. MT –*

| SOLD BY *Kevin* | CASH | C.O.D. | CHARGE | ON. ACCT. | MDSE. RETD. | PAID OUT |
|---|---|---|---|---|---|---|

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1 | 1 -Aerial Photos | | 50 00 |
| 2 | Rky Pt. Rd -Polson | | |
| 3 | | | |
| 4 | research address | | |
| 5 | | | |
| 6 | Ch # 32291 | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | COST/OFFICE | | |
| 11 | FILE NO. 21352 ATTY CTN | | |
| 12 | DATE REC'D 1-12-12 | | |
| 13 | CK TO PAY YES NO | | |
| 14 | GL # V AUTH BY MVG | | |
| 15 | DATE TO PAY | | |
| 16 | | | |
| 17 | | | $ 50 00 |
| 18 | | | |

RECEIVED BY

A-8805
T-40320/46350

**KEEP THIS SLIP FOR REFERENCE**

SCANNED

## Receipt #66269

1/12/2012 1:56 PM
Store: 1

**Denny's Copy Stop**
1509 S. Russell
Missoula, MT 59801
406-728-3363
Fax: 406-728-7159
www.dennyscopystop.com

Bill To: Milodragovich Law Offices
Milodragovich Law Offices
PO Box 4947
Missoula, MT 59806-4947

Customer PO# 1213512 Miva

| Item Name | Qty | Price | Ext Price |
|---|---|---|---|
| Full Service-Copies | 326 | $0.06 | $19.56 |
| Color Copies | 98 | $0.80 | $78.40 |
| Bindery over 1" | 2 | $3.75 | $7.50 |
| | | Subtotal: | $105.46 |
| | | 0 % Tax | + $0.00 |
| | | RECEIPT TOTAL: | $105.46 |

Account: $105.46

$158.19

Signature _____
I agree to pay above amount according to card
issuer agreement (merchant agreement
if credit voucher).

66269

---

## Sales Receipt #66234

1/11/2012 4:19 PM
Store: 1

**Denny's Copy Stop**
1509 S. Russell
Missoula, MT 59801
406-728-3363
Fax: 406-728-7159
www.dennyscopystop.com

Bill To: Milodragovich Law Offices
Milodragovich Law Offices
PO Box 4947
Missoula, MT 59806-4947

Customer PO# Miva- Redman Van 12

1213512

| Item Name | Qty | Price | Ext Price |
|---|---|---|---|
| Laser Prints_Color | 472 | $0.65 | $306.80 |
| | | Subtotal: | $306.80 |
| | | 0 % Tax | + $0.00 |
| | TAXES | RECEIPT TOTAL: | $306.80 |

Account: $306.80

$460.20

Signature _____
I agree to pay above amount according to card
I agree to pay above amount (merchant agreement
issuer agreement
if credit voucher).

66234

1/20/2012 9:52 AM          Sales Receipt #66434
Store: 1

**Denny's Copy Stop**
1509 S. Russell
Missoula, MT 59801
406-728-3363
Fax 406-728-7159
www.dennyscopystop.com

Bill To: Milodragovich Law Offices
Milodragovich Law Offices
PO Box 4947
Missoula, MT 59806-4947

Customer PO# 12135/2 Miva

| Item Name | Qty | Price | Ext Price |
|-----------|-----|-------|-----------|
| Exhibit | 1 | $105.00 | $105.00 |
| Save to CD | 1 | $7.50 | $7.50 |
| | | Subtotal: | $112.50 |
| TAXES | | 0 % Tax: | + $0.00 |
| | | RECEIPT TOTAL: | $112.50 |

Account: $112.50

Signature _____  $168.75

I agree to pay above amount according to card
issuer agreement (merchant agreement
if credit voucher).

66434

121351a

Ruth's Chris Steakhouse
275 South West Temple St.
Salt Lake City, UT 84101
801-363-2000
Date:        Jul26'11 08:08PM
Card Type:   Master Card
Acct #:      XXXXXXXXXXXX8744
Card Entry:  SWIPED
Trans Type:  PURCHASE
Trans Key:   AIA005540701231
Auth Code:   02497Z
Check:       5664
Table:       64/1
Check ID:    64 NYGREN
Server:      52 Luis N

Subtotal:        $75.50

Gratuity:    _____

Total :      _9000_

Guest's Copy

hari



Wide World of Travel
P.O. Box 8387, Missoula, MT 59807

Phone: 406-721-4110
Fax: 406-721-4114

1 2135/2

044543 DUPLICATE RECEIPT
PAGE NO.  1
PNR: 1P-3086MZ

BECKI ARCHIBALD
MILODRAGOVICH DALE
STEINBRENNER NYGREN
P.O. BOX 4947
MISSOULA MT 59806

NYGREN/CHRISTIAN

4067281455          22JUL11

* ELECTRONIC TICKET * POSITIVE IDENTIFICATION REQUIRED AT CHECK-IN
**REQUEST TERMS/CONDITIONS OF TRAVEL AND CARRIER LIABILITY NOTICES FROM
TRAVEL AGENCY OR THE TRANSPORTING CARRIER.**
RESTRICTIONS-NONREF/PENALTY/APPLIES/
ISSUED BY-WIDE WORLD OF TRAVEL MISSOULA MT

A TU 26JUL LV MISSOULA        620A   DELTA        4552M OK
         AR SALT LAKE CITY    747A                      0STOP CRJ
         OPERATED BY SKYWEST DBA DELTA CONNECTION
         MILES  436   ELAPSED   1.27    COACH CLASS-M
         DL CONFO *GZJCNB
                            SEAT   02-C  **RESERVED**
                                   NYGREN/CHRISTIAN
   NOT VALID FOR TRAVEL-BEFORE 26JUL/AFTER 26JUL
   EXIT ROW AISLE SEATS WERE ALREADY ASSIGNED ON THIS FLIGHT

A WE 27JUL LV SALT LAKE CITY  520P   DELTA        4564B OK
         AR MISSOULA          648P                      0STOP CRJ
         OPERATED BY SKYWEST DBA DELTA CONNECTION
         MILES  436   ELAPSED   1.28    COACH CLASS-B
         DL CONFO *GZUCNB
                            SEAT   08-B  **RESERVED**
                                   NYGREN/CHRISTIAN
   NOT VALID FOR TRAVEL-BEFORE 27JUL/AFTER 27JUL

              TICKET NUMBER(S):   E0068693797891
              SERVICE FEE MCO:    8900538267469

                            AIR FARE             1144.18
                            TAX                   107.22
                            TOTAL AIR FARE       1251.40
                            SERVICE FEE            40.00
                            AMOUNT CHARGED       1291.40

THIS AMOUNT WILL BE CHARGED TO CREDIT CARD: CA XXXX XXXX XXXX 8744

**From:** Wide World of Travel <kamanac@aol.com>
**Sent:** Friday, September 02, 2011 1:48 PM
**To:** Becki A. Archibald
**Subject:** Proposed itinerary for Chris Nygren to San Diego - Sept. 14-17th



Wide World of Travel
P.O. Box 8387, Missoula, MT 59807

Phone: 406-721-4110
Fax: 406-721-4114

$728/80
40
$763.80

388.40
210.40
+ 40.00
638.80

```
                                    ITINERARY
                                    PAGE NO. 1
                                    PNR: 1P-2GVQFA

    BECKI ARCHIBALD
    MILODRAGOVICH DALE
    STEINBRENNER NYGREN
    P.O. BOX 4947
    MISSOULA MT 59806

NAME : NYGREN/CHRISTIAN

                           ACCOUNT NO.      DATE
                           4067281455
02SEP11

CO   DATE    CITY-AIRPORT    TIME    FLIGHT NBR/CLASS    ST
SERV/AMNT
--   ----    ------------    ----    ----------------    -- -----
----
A WE 14SEP LV SPOKANE        930A    ALASKA AIR    2393M OK
           AR SEATTLE       1035A                        0STOP
DH4
           OPERATED BY HORIZON AIR DBA ALASKA HORIZON
           MILES    223    ELAPSED   1.05     COACH CLASS-M
           AS CONFO *MRJZGD
     SEAT ASSIGNMENT IS AIRPORT CHECK-IN FOR THIS FLIGHT

A WE 14SEP LV SEATTLE       1120A    ALASKA AIR    472M OK
           AR SAN DIEGO      157P                        0STOP
739
           MILES  1050    ELAPSED   2.37     COACH CLASS-M
           AS CONFO *MRJZGD
     SEAT ASSIGNMENT IS AIRPORT CHECK-IN FOR THIS FLIGHT
     ASK FOR A SEAT WHEN CHECKING IN FOR YOUR FLIGHT OUT OF SPOKANE

A SA 17SEP LV SAN DIEGO      615A    DELTA         978U OK
           AR SALT LAKE CITY 915A                        0STOP
737
           MILES   626    ELAPSED   2.00     COACH CLASS-U
           DL CONFO *G8SBY8
                           SEAT    18-D  **RESERVED**
```

1

```
                                    NYGREN/CHRISTIAN

A SA 17SEP LV SALT LAKE CITY     950A   DELTA         4540U OK
           AR MISSOULA           1121A                      0STOP
CRJ
           OPERATED BY SKYWEST DBA DELTA CONNECTION
           MILES   436   ELAPSED   1.31    COACH CLASS-U
           DL CONFO *G8SBY8
                                 SEAT    08-C  **RESERVED**
                                         NYGREN/CHRISTIAN


FREQUENT FLYER NUMBERS
NYGREN/CHRISTIAN          DL2096432972    AS32074044

           THANK YOU FOR CHOOSING WIDE WORLD OF TRAVEL

 (CO)DE: A-AIR  H-HOTEL  C-CAR  T-TOUR  S-SURFACE  V-OTHER TRVL
SERVCS
(ST)ATUS:OK-CONFIRMED  WL-WAITLIST  RQ-REQUESTED  NS-NO SEAT SA-
STANDBY
```

*iMagic™ - TRIP™ - © 2004 MagnaTech - all rights reserved - Travel Agency Systems by Magnatech*



**Hilton**
Salt Lake City Center

255 S. West Temple • Salt Lake City, UT 84101
Phone (801) 328-2000 • Fax (801) 238-4888
Reservations
www.hilton.com or 1 800 HILTONS

**Name & Address**

NYGREN, CHRIS
620 HIGH PARK WAY
P O BOX 4947
MISSOULA, MT 59806
US

| | |
|---|---|
| Room | 1609/K1DRU1 |
| Arrival Date | 7/26/2011    8:01:00AM |
| Departure Date | 7/27/2011 |
| Adult/Child | 1/0 |
| Room Rate | 189.00 |

12\35\2

RATE PLAN          LV6

HH# 219946253 GOLD
AL: DL #2096432972
BONUS AL:          CAR:

*Folio*

CONFIRMATION NUMBER : 3441712143

7/27/2011      PAGE      1

| DATE | DESCRIPTION | ID | REF. NO | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|---|---|
| 7/26/2011 | GUEST ROOM | KELSON | 3852505 | $189.00 | | |
| 7/26/2011 | INNKEEPER LICENSE TAX 1.% | KELSON | 3852506 | $1.89 | | |
| 7/26/2011 | RM SALES TAX 6.92% | KELSON | 3852505 | $13.08 | | |
| 7/26/2011 | RM OCCUPANCY TAX 4.80% | KELSON | 3852505 | $9.07 | | |
| | BALANCE | | | | | $213.04 |

You have earned approximately 2362 Hilton HHonors points and
approximately 500 Miles with Delta Air Lines for this stay. Visit HHonors.com
to check your point balance from stays et any of the 3,700 ho

Thank you for choosing Hilton Book your next stay at hilton.com and take
advantage of our Internet-only Advance Purchase Rates and limited-time
special offers!

*Points & Miles*

The Hilton Family

**Hilton**

CONRAD

DoubleTree

EMBASSY SUITES HOTELS

Hampton

Hilton Garden Inn

| | |
|---|---|
| ACCOUNT NO. | |
| | |
| CARD MEMBER NAME | |
| ESTABLISHMENT NO. & LOCATION   ESTABLISHMENT AGREES TO TRANSMIT TO CARD HOLDER FOR PAYMENT | |

WHEN USING A DEBIT CARD:           YOUR
BANK WILL REMOVE FROM YOUR ACCOUNT THE ESTIMATED
CHARGES FOR YOUR STAY; IT MAY BE LONGER DEPENDING
ON YOUR BANK'S PRACTICES. IF YOU PREFER ANOTHER FORM
OF PAYMENT, PLEASE LET US KNOW.

| DATE OF CHARGE | FOLIO NO./CHECK NO. 690949 A | |
|---|---|---|
| AUTHORIZATION | | INITIAL |
| PURCHASES & SERVICES | | |
| TAXES | | |
| TIPS & MISC. | | |
| TOTAL AMOUNT | | |

PAYMENT DUE UPON RECEIPT

Hilton Grand Vacations Club/

HOMEWOOD SUITES Hilton

**USA**

*Official Sponsor*

MERCHANDISE AND/OR SERVICES PURCHASED ON THIS CARD SHALL NOT BE RESOLD OR RETURNED FOR A CASH REFUND.

12135/2

**EXPENSE VOUCHER** $35⁰⁰

Date 7/26/11   Amount $35.00

Client/Case _Ardmur_   File # 12135/2

Description Taxi fare w/ jood

to Hotl & back

7/26 # 25.00, 7/27 # 10.00

Office _____   GL # _____

Description _____

_____

_____

Reimbursement ☒   Firm Card _____

Signature _Chris_ _____

Origin _Hilton_

Destination _Airport_

Amount _10.50_

Date 7/27/11

---

| RECEIPT and/or CHARGE SLIP | Authorization # | Mileage |
|---|---|---|
| **YELLOW CAB**<br>735 South 600 West<br>Salt Lake City, Utah 84101<br>Phone: 521-2100 | | $2.25 FLAG DROP<br>20¢ Each 1/11 Mile<br>37¢ Min. Waiting Time |

Date 7/26/11

From _SLC Airport_

To _Hilton - Salt Lake City Center_

Cab. No _____   Time _____

Driver _____

Charge To _____

Signed or Received by: _____

Waiting Time: _____

Tip $ 3.00

Total Fare $ 25.00

5711 West Century Blvd. • Los Angeles, CA 90045
Phone (310) 410-4000 • Fax (310) 410-6177
Reservations
www.hilton.com or 1 800 HILTONS

Name & Address

DEVRIES, MELISSA
PO BOX 4947

MISSOULA, MT 59806
US

Confirmation Number : 3433146183

| | | |
|---|---|---|
| Room | 1526/K1T | |
| Arrival Date | 8/11/2011 | 9:40:00PM · |
| Departure Date | 8/12/2011 | |
| Adult/Child | 1/0 | |
| Room Rate | 249.99 | |

RATE PLAN    LV0

HH#
AL
BONUS AL    CAR

8/12/2011    PAGE    1

| DATE | DESCRIPTION | ID | REF. NO | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|---|---|
| 8/11/2011 | GUEST ROOM | TYIL | 10067753 | $249.99 | | |
| 8/11/2011 | ROOM OCCUPANCY TAX - RM | TYIL | 10067753 | $55.00 | | |
| 8/11/2011 | CA TOURISM ASSESSMENT | TYIL | 10067753 | $0.15 | | |
| 8/11/2011 | LA TOURISM ASSESSMENT FEE | TYIL | 10067753 | $3.75 | | |

WILL BE SETTLED TO AX *2001                              $288.89

EFFECTIVE BALANCE OF                                     $0.00

ROOM & TAX          $0.00

DAILY TOTAL          $0.00

*Thank you for choosing Hilton! Book your next stay at hilton.com and take advantage of our Internet-only Advance Purchase Rates and limited-time special offers!*

| | |
|---|---|
| DATE OF CHARGE | FOLIO NO./CHECK NO. 2198839   A |
| AUTHORIZATION | INITIAL |
| PURCHASES & SERVICES | |
| TAXES | |
| TIPS & MISC. | |
| TOTAL AMOUNT | |

## Zip-Out Check-Out®

Good Morning ! We hope you enjoyed your stay. With Zip-Out Check-Out® there is no need to stop at the Front Desk to check out.

• Please review this statement. It is a record of your charges as of late last evening.
• For any charges after your account was prepared, you may:
  • pay at the time of purchase.
  • charge purchases to your account, then stop by the Front Desk for an updated statement.
  • or request an updated statement be mailed to you within two business days.
Simply call the Front Desk from your room and tell us when you are ready to depart. Your account will be automatically checked out and you may use this statement as your receipt. Feel free to leave your key(s) in the room.
*Please call the Front Desk if you wish to extend your stay or if you have any questions about your account.*

T
H
A
N
K

Y
O
U



# Hilton
Los Angeles Airport

5711 West Century Blvd. • Los Angeles, CA 90045
Phone (310) 410-4000 • Fax (310) 410-6177
Reservations
www.hilton.com or 1 800 HILTONS

**Name & Address**

GOLDSTEIN, SAM
230 S 500 E STE 100

SALT LAKE CTY, UT 84102-2048
US

Confirmation Number : 3435796732

8/12/2011   PAGE   1

| | Room | 1648/K1T |
|---|---|---|
| | Arrival Date | 8/11/2011 |
| | Departure Date | 8/12/2011 |
| | Adult/Child | 1/0 |
| | Room Rate | 249.99 |

9:37:00PM

RATE PLAN        LV0

HH# 722569366 SILVER
AL   DL  #1001551056
BONUS AL           CAR

| DATE | DESCRIPTION | ID | REF. NO | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|---|---|
| 8/11/2011 | HIGH SPEED INTERNET | LINTR | 10097045 | $12.95 | | |
| 8/11/2011 | GUEST ROOM | TYIL | 10067766 | $249.99 | | |
| 8/11/2011 | ROOM OCCUPANCY TAX - RM | TYIL | 10067766 | $35.00 | | |
| 8/11/2011 | CA TOURISM ASSESSMENT | TYIL | 10067766 | $0.15 | | |
| 8/11/2011 | LA TOURISM ASSESSMENT FEE | TYIL | 10067766 | $3.75 | | |
| | WILL BE SETTLED TO AX *2001 | | | | | $301.84 |
| | EFFECTIVE BALANCE OF | | | | | $0.00 |
| ROOM & TAX | | $0.00 | | | | |
| DAILY TOTAL | | $0.00 | | | | |

*Thank you for choosing Hilton! Book your next stay at hilton.com and take advantage of our internet-only Advance Purchase Rates and limited-time special offers!*

## Zip-Out Check-Out®

Good Morning ! We hope you enjoyed your stay. With Zip-Out Check-Out® there is no need to stop at the Front Desk to check out.
* Please review this statement. It is a record of your charges as of late last evening.
* For any charges after your account was prepared, you may:
  · pay at the time of purchase,
  · charge purchases to your account, then stop by the Front Desk for an updated statement.
  · or request an updated statement be mailed to you within two business days.
Simply call the Front Desk from your room and tell us when you are ready to depart. Your account will be automatically checked out and you may use this statement as your receipt. Feel free to leave your key(s) in the room.
*Please call the Front Desk if you wish to extend your stay or if you have any questions about your account.*

| DATE OF CHARGE | | FOLIO NO./CHECK NO. 2196842   A |
|---|---|---|
| AUTHORIZATION | | INITIAL |
| PURCHASES & SERVICES | | |
| TAXES | | |
| TIPS & MISC. | | |
| TOTAL AMOUNT | | |





T H A N K   Y O U



## Your purchase is complete. Thank you for choosing Delta.

**Flight Confirmation Number: G42XYO**

Enjoy improved benefits to help speed you through the airport including faster check-in, our highest boarding priority, expedited baggage service, and more.

**What's Next**
Now that you've finished booking your trip:

- Your eTicket receipt(s) and confirmation have been sent to sam@samgoldstein.com.
- Delta Messenger will send flight updates based on the contact preferences in your profile. Subscribe/edit your contact preferences now.
- Check in for your flight, choose your seats, purchase Economy Comfort seating and more by managing your itinerary online.
- Add Trip Protector to protect against trip cancellations and interruptions with Access America.

**Get Notifications        Add to Calendar        Add Trip Services & Activities**

| Outbound  Thu, 11 Aug 2011 | | | | | | | | | | Show Details |
|---|---|---|---|---|---|---|---|---|---|---|
| 8:10pm | SLC | 9:17pm | LAX | Nonstop | 2 hr 07 min  Delta 1211 | Economy (K) | | | | |

| Return  Fri, 12 Aug 2011 | | | | | | | | | | Show Details |
|---|---|---|---|---|---|---|---|---|---|---|
| 4:14pm | LAX | 7:05pm | SLC | Nonstop | 1 hr 51 min  Delta 2004 | Economy (K) | | | | |

In-Flight services and amenities may vary and are subject to change.



Book with confidence. See Delta's Best Fare Guarantee.

Ticket price per passenger (including taxes/fees):   $473.40 (USD)

Miles earned = 1180
MQM earned = 1180 (details)

View baggage policies.
View change & cancellation policies.
View baggage policies.
This ticket is refundable, fees may apply.

| Passenger | From | To | Seat Assignment | | Special Services (e.g. Wheelchair) |
|---|---|---|---|---|---|
| Dr. Samuel Jack Goldstein  SkyMiles # 1001591055  Diamond / Elite Plus | Salt Lake City, UT (SLC) | Los Angeles, CA (LAX) | 21A | Change Seats | Add/Edit |
| | Los Angeles, CA (LAX) | Salt Lake City, UT (SLC) | 21C | Change Seats | Add/Edit |
| Dr. Melissa Devries | Salt Lake City, UT (SLC) | Los Angeles, CA (LAX) | 21F | Change Seats | Add/Edit |
| | Los Angeles, CA (LAX) | Salt Lake City, UT (SLC) | 21D | Change Seats | Add/Edit |

### Passenger Information

**Contact**
Telephone numbers: 801-589-7595 (Home), 801-532-1484 (Business)

**Billing Information**

[–] Feedback

| Payment Type: | American Express, ************2001 |
| Payee: | Dr. Samuel Jack Goldstein<br>230 S 500 E Ste 100<br>Salt Lake City, UT 64102, United States |

Travel may be on other airlines.
Terms and conditions apply to all offers and SkyMiles benefits. See specific offer for details, and visit SkyMiles Membership Guide & Program Rules.
+Subject to government approval.

| Price per Passenger | | | | | # of Psgrs | Total Price of Ticket(s) |
|---|---|---|---|---|---|---|
| Fare | U.S. Tax(es) | Base Fare | Taxes/Fees | Subtotal | | |
| $420.46 (USD) | $31.54 (USD) | $452.00 (USD) | $21.40 (USD) | $473.40 (USD) | 2 | $946.80 (USD) |
| View fare rules<br>View Taxes/Fees | | | | | | |

### Total Amounts Charged

Flight:                                                    $946.80 (USD)

Total amount charged (including taxes/fees):        $946.80 (USD)

### A Greener Way to Fly

Delta Air Lines has partnered with The Nature Conservancy® to help you offset your carbon footprint for this trip and offer you other ways to sustain our environment.



· 483803

# RECEIPT

SLC International Airport
Central Parking System
P.O. Box 22010
Salt Lake City, UT 84122

Device: ExVer 209 (on 809)
Audit#:

In: 08/11/11 19:39:39
Out: 08/12/11 20:49:47

Amount to Pay:        $ 10.00
American Express
xxxx xxxxxxx x0001

483807

# RECEIPT

SLC International Airport
Central Parking System
P.O. Box 22010
Salt Lake City, UT 84122

Device: ExVer 209 (on 809)
Audit#:

In: 08/11/11 18:39:49
Out: 08/12/11 20:50:32

Amount to Pay:        $ 10.00
American Express
xxxx xxxxxxx x0015

---

HMSHOST
DICK CLARK'S BANDSTAND
SALT LAKE CITY INT'L AIRPORT
CHECK:          5899          7:19PM
TABLE:          134/1
SERVER:         9138 TREV
DATE:           AUG11'11        A3
CARD TYPE:      AMEX
ACCT #:         XXXXXXXXXXXX2001
EXP DATE:       XX/XX
AUTH CODE:      580074

TOTAL:          16.05

TIP:

TOTAL:

X

I AGREE TO PAY THE ABOVE AMOUNT
IN ACCORDANCE WITH THE CARD
ISSUER'S AGREEMENT.

---

== BISTRO DELI ==
HILTON L.A. AIRPORT AND TOWERS
5711 WEST CENTURY BOULEVARD
LOS ANGELES, CALIFORNIA
(310) 410-4000
CHECK:          6621
SERVER:         22 EDGAR
DATE:           12AUG'11   12:28
CARD TYPE:      AMEX
ACCT #:         XXXXXXXXXXXX2001
EXP DATE:       XX/XX
AUTH CODE:      502050
                SAM GOLDSTEIN

SUBTOTAL:       24.36

GRATUITY_____

TOTAL_____

SIGNATURE _____  *THANK YOU*

# *Bill-To Invoice*

DOLLAR RENT A CAR
MISSOULA
1905 WEST BROADWAY
MISSOULA, MT 59808
PH: (406) 542-2311
FAX: (406) 721-5683

*file #7*

Date : 08/31/2011

Invoice Date:  08/31/2011

MILODRAGOVICH DALLE STEINBRENNER & NYG,  MILODF
P O BOX 4947

MISSOULA, MT 59806.
(406) 728-1455
Policy # :

MILODRAGOVICH DALLE STEINBRENNER & NYG
ATTN:  MARIA
P O BOX 4947

ENTERED

Claim # :
Date Of Loss :
PO Number :
RO Number :

MISSOULA, MT 59806
(406) 728-1455
Company Number : 10469

Agreement Number :      MSO-13201

| VIN Number | Vehicle Type | Vehicle Plate | Date Rented | Date Returned |
|---|---|---|---|---|
| 1G2ZA5E03A4162763 | 2010 PONTIAC G6 | 460692A | 08/24/2011 06:00 PM | 08/25/2011 06:44 PM |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1 | Day(s) @ | $45.00 | = | $45.00 | 0 | Day(s) @ | $0.00 | = | $0.00 |
| 0 | Day(s) @ | $0.00 | = | $0.00 | 0 | Weekend @ | $0.00 | = | $0.00 |
| 0 | Day(s) @ | $0.00 | = | $0.00 | 0 | Week(s) @ | $0.00 | = | $0.00 |
| 0 | Day(s) @ | $0.00 | = | $0.00 | 0 | Month(s) @ | $0.00 | = | $0.00 |

Rental Period :      1  day(s)

## STATEMENT OF CHARGES

| | | | |
|---|---|---|---|
| Rate Charge : | $45.00 | Interest Charge : | $0.00 |
| Mi/Km Charge : | $0.00 | Subtotal : | $63.84 |
| Late Charge : | $0.00 | | $0.00 |
| Surcharge Charge : | $1.89 | Airport/Admin | $0.00 |
| Fuel Charge : | $0.00 | Rental Car Tax | $1.80 |
| Damage Waiver : | $16.95 | | $0.00 |
| Personal Insurance : | $0.00 | | $0.00 |
| Liability Insurance : | $0.00 | | |
| Renter's Liability : | $0.00 | Total Charges : | $65.64 |
| Additional Driver : | $0.00 | | |
| Under Age : | $0.00 | Company Authorized : | $65.64 |
| Out of Area : | $0.00 | Company Payments : | $0.00 |
| Foreign Drop : | $0.00 | | |
| Upgrade : | $0.00 | Net Due From Company : $65.64 | |
| Other Charges : | $0.00 | | |

Tax ID :  810468122

Please Make Check Payable To and Remit To :

DOLLAR RENT A CAR
1905 WEST BROADWAY

MISSOULA, MT 59808

COSTS\OFFICE
121352
FILE NO.            ATTY: ChrisD
DATE F              9|2|11
OK TO PAY:  YES    NO
RE      CY:  CD
PA         DATE
FILED BY:

DUE UPON RECEIPT

Agreement Number :   MSO-13201
MILODRAGOVICH DALLE STEINBRENNER & NY

Please Pay This Amount :      $65.64

| Rental Location | Vehicle Information | Rental Expires On | Rental Agreement Number |
|---|---|---|---|
| AT A CAR<br>BROADWAY<br>, MT 59808<br>J6) 542-2311 Fax: (406) 721-5683<br><br>car To Be Returned To Above Unless Stated Below | **RENTAL IN**<br><br>*UNIT DETAILS* | 08/26/2011 08:00 AM | **MSO-13201** |

**\*UNIT DETAILS\***

| | |
|---|---|
| Unit#: | I404J |
| Model: | 2010  G6 |
| Color: | BLACK |
| License#: | 460692A |
| VIN#: | 1G2ZA5E03A4162763 |
| Miles In: | 34700 |
| Miles Out: | 33975 |
| Total Miles Allowed: | 0 |
| Fuel Out: | Full |
| Fuel In: | Full |

Repair Order:
Claim:
Purchase Order:
DATE/TIME IN:         08/25/2011 06:44 PM
DATE/TIME OUT:        08/24/2011 08:00 PM
DEPOSITS:             $0.00
MILES FREE:    UNLIMITED MILES
**CHARGE SUMMARY**
        Miles Unlimited

**Customer Information**

MILODRAGOVICH DALLE STEINBRENNER & NYG
P O BOX 4947
MISSOULA MT 59806

| License: | DOB:<br>05/05/1950 | Expires:<br>01/01/2012 . |
|---|---|---|
| Home Phone<br>(406) 728-1455 | Work Phone<br>(406) 728-1455 | Cell Phone |
| Local Address | | Phone |

Insurance Co:
SAFECO
**Additional Driver**
CHRISTOPHER DECKER
Address: 620 HIGH PARK WAY
MISSOULA MT 59803
License:           DOB:            Expires:
1201819824102      12/02/1982      12/02/2011
**Checked Out By:**   COREY
**Checked In By:**     JIM

| | | @Hours| @ $4.00 | |
|---|---|---|---|---|
| 1 | Day(s) | | @ $45.00 | $45.00 |

| EST TIME & MILEAGE: | | $45.00 |
|---|---|---|
| Fuel | @ $5.00 / Gal. | |
| Airport/Admin | @ 6.00% | $0.00 |
| Rental Car Tax | @ 4.00% | $1.80 |
| Surcharge | @ $1.89 /Day | $1.89 |
| OTHER CHARGES: | | |
| 1    CDW1 | @ $16.95 /Day | $16.95 |

## MONTANA - NOTICE TO RENTERS
## FAILURE TO RETURN VEHICLE

f you purposely and knowingly fail to return the rental vehicle within 48 hours of the due date and time provided for in this
agreement, without notice to the Company and without the company's permission, you will have committed the offense of
ailure to return rented or leased personal property.  If convicted of this offense, you shall be imprisoned in the state prison for
ι term not to exceed 10 years.

These terms supersede any conflicting terms stated elsewhere.

**PAYMENT SUMMARY**                    **DUE FROM COMPANY**

Close Payments:                        MILODRAGOVICH DALLE STEINBRENNER & NYG
                                       AMT:        $65.64

| TOTAL CHARGES: | $65.64 |
|---|---|
| RENTER PAYMENTS: | $0.00 |
| DUE FROM RENTER: | $0.00 |
| NET DUE FROM CO: | $65.64 |
| REFUNDS: | |

Deposit Payments:

Rental Agreement is between the undersigned and the company indentified above (the "Company").  By signature below, the undersigned acknowledges and represents that
are legally authorized to operate the rental vehicle by valid driver's license, and that they have read and agree to the terms, and conditions and notices, both printed and
in, including the Loss Damage Waiver information, that appear on this Rental statement and on the separate rental jacket (the "Agreement"), with is incorporated herein. THE
ERSIGNED AUTHORIZE THE COMPANY TO PROCESS A CHARGE TO THEIR CREDIT, DEBIT OR CHARGE CARD IN THE AMOUNT SPECIFIED ABOVE FOR THIS
TAL UPON SIGNATURE BELOW AND FOR ALL ADDITIONAL CHARGES DUE UPON RETURN OF THE VEHICLE.       **ALL CHARGES SUBJECT TO AUDIT.**
ιdditional drivers are permitted without the Company's approval.

RENTER   X_____     _____ ADDITIONAL DRIVER

# ENTERPRISE

RA 119246840          Inv 0
Rental    14-SEP-2011 02:25 PM
SAN DIEGO INTL ARPT CRCF
Return    17-SEP-2011 04:35 AM
SAN DIEGO INTL ARPT CRCF

CRISTIAN NYGREN
Vehicle # B1415221
Model       MAZDA3 4DR
Class Driven ICAR     Class Charged ICAR
License#  6NTW455    State/Province  CA
M/Kms Driven  138
M/Kms Out     17980
M/Kms In      18118

| Charges | No Unit | Price | Amount |
|---|---|---|---|
| FSO | 1 Rental | 54.91 | 54.91* |
| T & M | 3 Days | 30.48 | 91.44* |
| UNLIM M/KM | 0 M/Kms | | 0.00* |
| CUSTOMER-FACILITY CHG | | | 10.00 |
| CONCESSION RECOUP FEE | | | 16.33* |
| VLF | | | 0.66 |
| TOURISM | | | 2.61 |
| SALES TAX @7.750 % | | | 8.35 |
| FUEL SALES TAX @2.750 % | | | 1.51 |

Total Charges                USD 185.81

Deposit     MC     8744

Amount Due                   USD 185.81

* Taxable items
Subject to Audit
Your loyalty number is 706341156
For Reservatons: 1-800-RENT-A-CAR





1213512

09-16-11

**Chris Nygren**
**2112 Humble Rd**
**States**
**Missoula MT 59804**
**US**

| | |
|---|---|
| Folio No. | : 26630 |
| A/R Number | : |
| Group Code | : |
| Company | : milodragovich dale stein |
| Membership No. : | |
| Invoice No. | : |

| | |
|---|---|
| Room No. : | **111** |
| Arrival : | **09-14-11** |
| Departure : | **09-16-11** |
| Conf. No. : | **66071131** |
| Rate Code : | **IMGOV** |
| Page No. : | **1 of 1** |

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| 09-14-11 | *Accommodation | | 94.00 | |
| 09-14-11 | City Tax - Room | | 9.44 | |
| 09-15-11 | Photocopies | | 6.50 | |
| 09-15-11 | Meeting Room Rental | | 100.00 | |
| 09-15-11 | *Accommodation | | 94.00 | |
| 09-15-11 | City Tax - Room | | 9.44 | |
| 09-16-11 | MasterCard | XXXXXXXXXXXXX8744 | | 313.38 |
| | | **Total** | **313.38** | **313.38** |
| | | **Balance** | **0.00** | |

**Guest Signature:** _____

I have received the goods and / or services in the amount shown heron. I agree that my liability for this bill is not waived and agree to be held
personally liable in the event that the indicated person, company, or associate fails to pay for any part or the full amount of these charges. If
a credit card charge, I further agree to perform the obligations set forth in the cardholder's agreement with the issuer.

Holiday Inn Express Cardiff
1661 Villa Cardiff Drive
Cardiff, CA 92007
Telephone: 760.944.0427 Fax: 760.944.7708



## HOMEWOOD SUITES
### Hilton

2576 Laning Road • San Diego, CA 92106
Phone (619) 222-0500 • Fax (619) 222-0600
Reservations
www.sandiegoairport.homewoodsuites.com or 1-800-CALL-HOME ®

| Name & Address |
|---|

NYGREN, CHRIS
620 HIGH PARK WAY
P O BOX 4947
MISSOULA, MT 59806
US

12 135 12

| | |
|---|---|
| Suite | 357/KHBN |
| Arrival Date | 9/16/2011   8:53:00PM |
| Departure Date | 9/17/2011 |
| Adult/Child | 1/0 |
| Room Rate | $165.00 |

RATE PLAN          LV0
HH# 219946253 GOLD
AL          DL #2096432972
BONUS AL                    CAR

Confirmation: 85428647

9/17/2011     PAGE     1

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 9/16/2011 | 488803 | GUEST ROOM | $185.00 |
| 9/16/2011 | 488803 | ROOM TAX | $19.43 |
| 9/16/2011 | 488803 | SAN DIEGO TOURISM ASSESSMENT | $3.70 |
| | | WILL BE SETTLED TO MC *8744 | $208.13 |
| | | EFFECTIVE BALANCE OF | $0.00 |

Hilton HHonors®

Points & Miles®

You have earned approximately 2312 Hilton HHonors points and approximately 100 miles with Delta Air Lines for this stay. Visit HHonors.com to check your point balance from stays at any of the 3,700 ho

ESTIMATED CURRENCY TOTAL

## EXPRESS CHECK-OUT

Good Morning !  We hope you enjoyed your stay. With Express Check-Out
there is no need to stop at the Front Desk to check out.
• Please review this statement. It is a record of your charges as of late last
  evening.
• For any charges after your account was prepared, you may:
  + pay at the time of purchase.
  + charge purchases to your account, then stop by the Front Desk for an
    updated statement.
  + or request an updated statement be mailed to you within two business days.
Simply call the Front Desk from your room and tell us when you are ready to
depart. Your account will be automatically checked out and you may use this
statement as your receipt. Feel free to leave your key(s) in the room.
*Please call the Front Desk if you wish to extend your stay or if you have any
questions about your account.*

| DATE OF CHARGE | | FOLIO NO./CHECK NO. | |
|---|---|---|---|
| AUTHORIZATION | | 100289 | INITIAL |
| PURCHASES & SERVICES | | | |
| TAXES | | | |
| TIPS & MISC. | | | |
| TOTAL AMOUNT | | 0.00 | |

PAYMENT DUE UPON RECEIPT - 1.5% PER MONTH INTEREST CHARGE WILL BE APPLIED TO ALL PAST DUE INVOICES.

T H A N K

Y O U



## Holiday Inn

121351ว

09-14-11

| | | | |
|---|---|---|---|
| **Chris Nygren** | Folio No. : | Room No. : | **127** |
| **Po Box 4947** | A/R Number : | Arrival : | **09-13-11** |
| **Missoula Mt** | Group Code : | Departure : | **09-14-11** |
| **Missoula MT 59806** | Company : | Conf. No. : | **66499099** |
| **US** | Membership No. : | Rate Code : | **IGCOR** |
| | Invoice No. : | Page No. : | **1 of 1** |

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| 09-13-11 | *Accommodation | | 149.00 | |
| 09-13-11 | Lodging Tax | | 2.98 | |
| 09-13-11 | County Tourism Promotion | | 2.00 | |
| 09-13-11 | Sales Tax | | 12.96 | |
| 09-14-11 | MasterCard | | | 166.94 |
| | | **Total** | **166.94** | **166.94** |
| | | **Balance** | **0.00** | |

Guest Signature: _____

I have received the goods and / or services in the amount shown hereon. I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company, or associate fails to pay for any part or the full amount of these charges. If a credit card charge, I further agree to perform the obligations set forth in the cardholder's agreement with the issuer. Reviews of your stay are important to us and to prospective guests. After your stay, please take a moment to write a review of our hotel at **www.tripadvisor.com.**

Chris mc
12135/2



Wide World of Travel
P.O. Box 8387, Missoula, MT 59807

Phone: 406-721-4110
Fax: 406-721-4114

```
                                 044828 DUPLICATE RECEIPT
                                        PAGE NO.  1
                                        PNR: 1P-OSWGR2
```
$1223.40
4 - 40.00

```
      BECKI ARCHIBALD
      MILODRAGOVICH DALE
      STEINBRENNER NYGREN
      P.O. BOX 4947
      MISSOULA MT 59806

      NYGREN/CHRISTIAN


                              4067281455        21OCT11


 * ELECTRONIC TICKET *  POSITIVE IDENTIFICATION REQUIRED AT CHECK-IN
 **REQUEST TERMS/CONDITIONS OF TRAVEL AND CARRIER LIABILITY NOTICES FROM
   TRAVEL AGENCY OR THE TRANSPORTING CARRIER.**
 RESTRICTIONS-NONREF/PENALTY/APPLIES/
 ISSUED BY-WIDE WORLD OF TRAVEL MISSOULA MT

 A MO 31OCT LV MISSOULA         106P   DELTA         4632M OK
            AR SALT LAKE CITY   230P                      0STOP CRJ
            OPERATED BY SKYWEST DBA DELTA CONNECTION
            MILES   436    ELAPSED   1.24     COACH CLASS-M
            DL CONFO *HJYJGJ
                            SEAT    08-C **RESERVED**
                                    NYGREN/CHRISTIAN
 NOT VALID FOR TRAVEL-BEFORE 31OCT/AFTER 31OCT

 C MO 31OCT HERTZ                    CONFO-F2691785962
            SALT LAKE CITY IN-TERMINAL   PICKUP-31OCT MON/DL4632-1430
            775 NORTH TERMINAL DRIVE
            SALT LAKE CITY UTAH          RETURN-02NOV WED/1430
            PHONE-801.575.2683
            RATE-(GUARANTEED) USD 29.75 DAILY UNLIMITED MILEAGE
            EXTRA HOUR CHARGE 14.87 UNLIMITED MILEAGE
            APPROX TTL USD89.04 INC TAX-OTH CHGS
            1 INTERMEDIATE CAR
            CORPORATE ID-1616331

 A WE 02NOV LV SALT LAKE CITY   330P   DELTA         4764M OK
            AR MISSOULA         501P                      0STOP CRJ
            OPERATED BY SKYWEST DBA DELTA CONNECTION
            MILES   436    ELAPSED   1.31     COACH CLASS-M
            DL CONFO *HJYJGJ
                            SEAT    08-C **RESERVED**
                                    NYGREN/CHRISTIAN
 NOT VALID FOR TRAVEL-BEFORE 02NOV/AFTER 02NOV

            TICKET NUMBER(S):     E0068704440688
```

SERVICE FEE MCO:        8900563052349

```
                        AIR FARE            1118.14
                        TAX                  105.26
                        TOTAL AIR FARE      1223.40
                        SERVICE FEE           40.00
                        AMOUNT CHARGED      1263.40
```

THIS AMOUNT WILL BE CHARGED TO CREDIT CARD: CA XXXX XXXX XXXX 8744

TICKET IS NON-REFUNDABLE WITH A PENALTY FOR CHANGES
PLEASE ADVISE AIRLINE OF CANCELLATIONS PRIOR TO YOUR FIRST FLIGHT
CREDIT CARD STATEMENTS WILL REFLECT TWO CHARGES -
THE TICKET PRICE AND THE AGENCY SERVICE FEE
PLEASE CHECK IN 90 MINUTES PRIOR TO YOUR FLIGHT TIMES
AND RECONFIRM YOUR RETURN FLIGHTS
YOUR TICKET HAS BEEN PROCESSED ELECTRONICALLY
PRESENT YOUR PHOTO IDENTIFICATION AT THE AIRLINE
COUNTER UPON CHECK-IN TO CLAIM
YOUR TRAVEL ITINERARY CAN BE VIEWED BY LOGGING ON TO
MYTRIPANDMORE.COM AND ENTERING YOUR WORLDSPAN RECORD
LOCATOR FOR THIS TRIP WHICH IS OSWGR2
THANK YOU FOR YOUR BUSINESS - HAVE A GREAT TRIP - TRACY ENGEN

FREQUENT FLYER NUMBERS
NYGREN/CHRISTIAN        DL2096432972

THANK YOU FOR CHOOSING WIDE WORLD OF TRAVEL

iMagic™ - TRIP™ - © 2004 MagnaTech - all rights reserved - Travel Agency Systems by Magnatech

SALT LAKE CITY INTL AP

RR 121603646  12135 2 #01

CHRISTIAN
NYGREN

VEHICLE: 01697 / 1528363
1DMZA3   LIC: TX – BT7C577 —

CDP: 1616331 –PREFERRED GROUP

RES: F2691785962 / JLVD  / C
COMPLETED BY: 3617 /UTSAL11

RENTED:  SALT LAKE CITY INTL AP
RENTAL:  10/31 / 11  14:45
RETURN:  11/02 / 11  13:46
RETURNED: SALT LAKE CITY INTL AP

PLAN IN:   JLVD    RATE CLASS: C
PLAN OUT:  JLVD

MILES IN:   31959   TR-X MILES
MILES OUT:  31895   MILES ALLOWED
MILES DRIVEN:  64   MILES CHARGED

| | | | |
|---|---|---|---|
| DAYS          2 @ $   35.00 / DAY | | $ | 70.00 |
| SUBTOTAL 1 | | $ | 70.00 |
| DISCOUNT –      R 15 % | | $ | 10.50 |
| SUBTOTAL 2 | | T$ | 59.50 |
| CONCESSION FEE RECOVERY | | T$ | 8.71 |
| LDW            DECLINED | | | |
| LIS            DECLINED | | | |
| PAI, PEC       DECLINED | | | |
| FUEL & SVC $ .387/MI  $ 9.29/GL | | $ | 24.77 |
| CUST FAC CHG | | T$ | 8.00 |
| ENERGY SURCHARGE | | T$ | 1.03 |
| VEHICLE LICENSE COST RECOVERY | | T$ | 1.76 |
| TAX 16.350% ON       79.00 | | $ | 12.92 |
| NET DUE | | $ | 116.69 |
| PAID BY    MC    XXXXXXXXXXX8744 | | | |

HOW WAS YOUR EXPERIENCE?
WE'D LIKE YOUR FEEDBACK.

1) Call  1-800-278-1595, or
   Visit  WWW.HERTZSURVEY.COM

2) Enter Access Code:   02170

3) Take Brief 4 Question Survey

QUESTION?
Visit WWW.HERTZ.COM or
Call 1-800-654-4173

THANK YOU FOR RENTING FROM
# HERTZ

121352

**Chris Nygren**
**PO BOX 4947**
**Missoula, MT 59806**

*The*
# GRAND
# AMERICA
*Hotel*

| | | |
|---|---|---|
| Room No. | : | 1678 |
| Arrival | : | 10-31-11 |
| Departure | : | 11-02-11 |
| Page No. | : | 1 of 1 |
| Folio No. | : | 583838 |
| Conf. No. | : | 3665579 |
| Cashier No. | : | 421 |
| User ID | : | NSOLANO |
| Invoice No. | : | |

**INVOICE**
Membership No.   :
A/R Number   :
Group Code   :
Company Name   :

| Date | Description | Additional Information | Charges | Credits |
|---|---|---|---|---|
| 10-31-11 | Garden Cafe Dinner | Room# 1678 : CHECK# 4130 | 41.00 | |
| 10-31-11 | Room Charge | | 259.00 | |
| 10-31-11 | Taxes Room Tax | | 14.89 | |
| 10-31-11 | Taxes State Sales Tax | | 17.74 | |
| 11-01-11 | Room Charge | | 259.00 | |
| 11-01-11 | Taxes Room Tax | | 14.89 | |
| 11-01-11 | Taxes State Sales Tax | | 17.74 | |
| 11-02-11 | Mastercard Payment | | | 624.26 |
| | | XXXXXXXXXXXX8744 XX/XX | | |
| | | **Total** | **624.26** | **624.26** |
| | | **Balance** | | **0.00** |

I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated
person, company or association fails to pay for any part of the full amount of these charges.

Guest Signature: _____

| Rental Location | Vehicle Information | Rental Expires On | Rental Agreement Number |
|---|---|---|---|
| | **RENTAL IN** | 11/29/2011 05:00 PM | **MSO-14440** |

**DOLLAR RENT A CAR**
1905 WEST BROADWAY
MISSOULA MT 59808
Phone: (406) 542-2311   Fax: (406) 721-5683

Car To Be Returned To Above Unless Stated Below

**\*UNIT DETAILS\***

| | |
|---|---|
| Unit#: | BI708J |
| Model: | 2010 FORESTER |
| Color: | MAROON |
| License#: | 461705A |
| VIN#: | JF2SH6CC1AH789872 |
| Miles In: | 24657 |
| Miles Out: | 24420 |

Repair Order:
Claim:
Purchase Order:
DATE/TIME IN:   11/29/2011 03:47 PM
DATE/TIME OUT:   11/28/2011 04:30 PM
DEPOSITS:   $0.00
MILES FREE:   UNLIMITED MILES
**\*\*CHARGE SUMMARY\*\***
Miles Unlimited

Customer Information

MILODRAGOVICH DALLE STEINBRENNER & NYG
P O BOX 4947
MISSOULA MT 59806

| License: | DOB: | Expires: |
|---|---|---|
| 4 | 05/05/1950 | 01/01/2024 MT |
| Home Phone | Work Phone | Cell Phone |
| (406) 728-1455 | (406) 728-1455 | |
| Local Address | | Phone |

Insurance Co:
SAFECO
Additional Driver
CHRISTOPHER DECKER
Address: 620 HIGH PARK WAY
MISSOULA MT 59803

| License: | DOB: | Expires: |
|---|---|---|
| 1201819824102 | 12/02/1982 | 12/02/2011 |
| Checked Out By: | Brad | |
| Checked In By: | ANNA | |

MILODRAGOVICH DALLE STEINBRENNER & Hours  @ $15.00
Total Miles Allowed: 0
Fuel Out:   Full
Fuel In:   Full

| | | | |
|---|---|---|---|
| 1 | Day(s) | @ $65.00 | $65.00 |

**EST TIME & MILEAGE:**   $65.00

Fuel   @ $5.00 / Gal.

Airport/Admin @ 6.00%   $0.00
Rental Car Tax @ 4.00%   $2.60
Surcharge   @ $1.89 /Day   $1.89
OTHER CHARGES:

---

**MONTANA - NOTICE TO RENTERS**
**FAILURE TO RETURN VEHICLE**
If you purposely and knowingly fail to return the rental vehicle within 48 hours of the due date and time provided for in this agreement, without notice to the Company and without the company's permission, you will have committed the offense of failure to return rented or leased personal property. If convicted of this offense, you shall be imprisoned in the state prison for a term not to exceed 10 years.
**These terms supersede any conflicting terms stated elsewhere.**

---

**PAYMENT SUMMARY**

Close Payments:

**DUE FROM COMPANY**

MILODRAGOVICH DALLE STEINBRENNER & NYG
AMT:   $69.49

| | |
|---|---|
| TOTAL CHARGES: | $69.49 |
| RENTER PAYMENTS: | $0.00 |
| DUE FROM RENTER: | $0.00 |
| NET DUE FROM CO: | $69.49 |
| REFUNDS: | |

Deposit Payments:

The Rental Agreement is between the undersigned and the company indentified above (the "Company"). By signature below, the undersigned acknowledges and represents that they are legally authorized to operate the rental vehicle by valid driver's license, and that they have read and agree to the terms, and conditions and notices, both printed and written, including the Loss Damage Waiver information, that appear on this Rental statement and on the separate rental jacket (the "Agreement"), with is incorporated herein. THE UNDERSIGNED AUTHORIZE THE COMPANY TO PROCESS A CHARGE TO THEIR CREDIT, DEBIT OR CHARGE CARD IN THE AMOUNT SPECIFIED ABOVE FOR THIS RENTAL UPON SIGNATURE BELOW AND FOR ALL ADDITIONAL CHARGES DUE UPON RETURN OF THE VEHICLE.   ALL CHARGES SUBJECT TO AUDIT.
**No additional drivers are permitted without the Company's approval.**

X_____ RENTER   X_____ ADDITIONAL DRIVER



**Hilton Garden Inn**
Billings

2465 Grant Road • Billings, MT 59102
Phone (406) 655-8800 • Fax (406) 655-8802
Reservations
www.billings.HGI.com or 1 877 STAY HGI

Name & Address

NYGREN, CHRIS
620 HIGH PARK WAY
P O BOX 4947
MISSOULA, MT 59806
US

| | |
|---|---|
| Room | 424/K1RZ |
| Arrival Date | 11/21/2011 |
| Departure Date | 11/22/2011 8:33:00PM |
| Adult/Child | 1/0 |
| Room Rate | 139.00 |

RATE PLAN        L-AA

12135/2

HH# 219946253 GOLD
AL   DL #2096432972
BONUS AL                CAR

Confirmation Number : 3448875499

11/22/2011   PAGE   1

| DATE | DESCRIPTION | ID | REF. NO | CHARGES | CREDITS | BALANCE |
|------|-------------|-----|---------|---------|---------|---------|
| 11/21/2011 | GUEST ROOM | CJB | 508879 | $139.00 | | |
| 11/21/2011 | RM-STATE TAX | CJB | 508879 | $9.73 | | |
| 11/21/2011 | RM-TBID TAX | CJB | 508879 | $1.00 | | |
| | WILL BE SETTLED TO MC *8744 | | | | | $149.73 |
| | EFFECTIVE BALANCE OF | | | | | $0.00 |

*Hilton HHonors(R) stays are posted within 72 hours of checkout. To check
your earnings for this or any other stay at more than 3,000 Hilton Family
hotels worldwide, please visit HiltonHHonors.com.*

*Hilton Garden Inn is opening locations all over the world. Look for us in
Canada, Costa Rica, Germany, India, Italy, Mexico, Saudi Arabia, Turkey,
United Kingdom and throughout the USA. www.hgi.com*



## Zip-Out Check-Out®

**Good Morning !  We hope you enjoyed your stay. With Zip-Out Check-Out®
there is no need to stop at the Front Desk to check out.**

- Please review this statement. It is a record of your charges as of late last
  evening.
- For any charges after your account was prepared, you may:
  + pay at the time of purchase.
  + charge purchases to your account, then stop by the Front Desk for an
    updated statement.
  + or request an updated statement be mailed to you within two business days.

If the statement meets with your approval, simply press the Zip-Out Check-Out
button on your guest room telephone.  Your account will be automatically checked
out and you may use this statement as your receipt.  Feel free to leave your key(s)
in the room.  *Please call the Front Desk if you wish to extend your stay or if you
have any questions about your account.*

| | |
|---|---|
| DATE OF CHARGE | FOLIO NO./CHECK NO. |
| | 130914   A |
| AUTHORIZATION | INITIAL |
| PURCHASES & SERVICES | |
| TAXES | |
| TIPS & MISC. | |
| TOTAL AMOUNT | |

PAYMENT DUE UPON RECEIPT



**PREMIER**

*12135/2 — Colkin*
*Hotel — dep*

Room: 135   A
DECKER,   CHRIS

PO BOX 4947
MISSOULA MT
59806

Payment: MASTERCARD
1A, 0K, 0B Guest
CO
November 28, 2011
November 29, 2011
110N0P

BWR Tier: GCCI

BWR Number:
6006637393790712

| Date | Trans | Room | Comment | Debit | Credit | Balance |
|------|-------|------|---------|-------|--------|---------|
| Nov28'11 | ROOM | 135 | | 152.10 | | 152.10 |
| Nov28'11 | TAX | 135 | | 10.65 | | 162.75 |
| Nov28'11 | TOURISM FEE | 135 | | 1.00 | | 163.75 |

Balance due at checkout                                                                      163.75

X
Guest Signature

BEST WESTERN PREMIER Helena Great Northern Hotel
835 Great Northern Boulevard, Helena MT 59601
Phone: (406) 457-5500 * Fax: (406) 457-5501
www.gnhotelhelena.com
Each Best Western branded hotel is independently owned and operated.

# *Bill-To Invoice*

DOLLAR RENT A CAR
MISSOULA
1905 WEST BROADWAY
MISSOULA, MT 59808
PH: (406) 542-2311
FAX: (406) 721-5683

MILODRAGOVICH DALLE STEINBRENNER & NYG
ATTN: MARIA
P O BOX 4947

MISSOULA, MT 59806
(406) 728-1455
Company Number : 10469

Date :12/07/2011

Invoice Date: 12/07/2011

MILODRAGOVICH DALLE STEINBRENNER & NYG, MIL
P O BOX 4947

MISSOULA, MT 59806
(406) 728-1455
Policy # :
Claim # :
Date Of Loss :
PO Number :
RO Number :
Agreement Number :    MSO-14440

| VIN Number | Vehicle Type | | Vehicle Plate | Date Rented | | Date Returned | |
|---|---|---|---|---|---|---|---|
| JF2SH6CC1AH789872 | 2010 SUBARU FORESTER | | 461705A | 11/28/2011 04:30 PM | | 11/29/2011 03:47 PM | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Day(s) @ | $65.00 | = | $65.00 | | 0 | Day(s) @ | $0.00 | = | $0.00 |
| 0 | Day(s) @ | $0.00 | = | $0.00 | | 0 | Weekend @ | $0.00 | = | $0.00 |
| 0 | Day(s) @ | $0.00 | = | $0.00 | | 0 | Week(s) @ | $0.00 | = | $0.00 |
| 0 | Day(s) @ | $0.00 | = | $0.00 | | 0 | Month(s) @ | $0.00 | = | $0.00 |

Rental Period :    1    day(s)

## STATEMENT OF CHARGES

| | | | | |
|---|---|---|---|---|
| Rate Charge : | $65.00 | | Interest Charge : | $0.00 |
| Mi/Km Charge : | $0.00 | | Subtotal : | $66.89 |
| Late Charge : | $0.00 | | | $0.00 |
| Surcharge Charge : | $1.89 | | Airport/Admin. | $0.00 |
| Fuel Charge : | $0.00 | | Rental Car Tax | $2.60 |
| Damage Waiver : | $0.00 | | | $0.00 |
| Personal Insurance : | $0.00 | | | $0.00 |
| Liability Insurance : | $0.00 | | | |
| Renter's Liability : | $0.00 | | Total Charges : | $69.49 |
| Additional Driver : | $0.00 | | | |
| Under Age : | $0.00 | | Company Authorized : | $69.49 |
| Out of Area : | $0.00 | | Company Payments : | $0.00 |
| Foreign Drop : | $0.00 | | | |
| Upgrade : | $0.00 | | Net Due From Company : $69.49 | |
| Other Charges : | $0.00 | | | |
| | Tax ID : 810468122 | | | |

Please Make Check Payable To and Remit To : CLIENT COSTS          DUE UPON RECEIPT

DOLLAR RENT A CAR     FILE NO: 121357/2  ATTY: *Chris D* Agreement Number :   MSO-14440
1905 WEST BROADWAY                              MILODRAGOVICH DALLE STEINBRENNER & I
                      DATE REC'D: 12-8-11
MISSOULA, MT 59808
                      OK TO PAY:  YES        NO          Please Pay This Amount :  $69.49

                      REVIEWED BY:

                      PAID CK NO:         DATE:

                      FILED BY:

# *Bill-To Invoice*

Date :12/07/2011

DOLLAR RENT A CAR
MISSOULA
1905 WEST BROADWAY
MISSOULA, MT 59808
PH: (406) 542-2311
FAX: (406) 721-5683

Invoice Date: 12/07/2011

MILODRAGOVICH DALLE STEINBRENNER & NYG, MIL
P O BOX 4947

MISSOULA, MT 59806
(406) 728-1455
Policy # :
Claim # :
Date Of Loss :
PO Number :
RO Number :
Agreement Number :   MSO-14440

MILODRAGOVICH DALLE STEINBRENNER & NYG
ATTN:  MARIA
P O BOX 4947

MISSOULA, MT 59806
(406) 728-1455
Company Number : 10469

| VIN Number | Vehicle Type | | Vehicle Plate | Date Rented | Date Returned |
|---|---|---|---|---|---|
| JF2SH6CC1AH789872 | 2010 SUBARU FORESTER | | 461705A | 11/28/2011 04:30 PM | 11/29/2011 03:47 PM |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Day(s) @ | $65.00 | = | $65.00 | 0 | Day(s) @ | $0.00 | = | $0.00 |
| 0 | Day(s) @ | $0.00 | = | $0.00 | 0 | Weekend @ | $0.00 | = | $0.00 |
| 0 | Day(s) @ | $0.00 | = | $0.00 | 0 | Week(s) @ | $0.00 | = | $0.00 |
| 0 | Day(s) @ | $0.00 | = | $0.00 | 0 | Month(s) @ | $0.00 | = | $0.00 |

Rental Period :     1    day(s)

## STATEMENT OF CHARGES

| | | | |
|---|---|---|---|
| Rate Charge : | $65.00 | Interest Charge : | $0.00 |
| Ml/Km Charge : | $0.00 | Subtotal : | $66.89 |
| Late Charge : | $0.00 | | $0.00 |
| Surcharge Charge : | $1.89 | Airport/Admin. | $0.00 |
| Fuel Charge : | $0.00 | Rental Car Tax | $2.60 |
| Damage Waiver : | $0.00 | | $0.00 |
| Personal Insurance : | $0.00 | | $0.00 |
| Liability Insurance : | $0.00 | | |
| Renter's Liability : | $0.00 | Total Charges : | $69.49 |
| Additional Driver : | $0.00 | | |
| Under Age : | $0.00 | Company Authorized : | $69.49 |
| Out of Area : | $0.00 | Company Payments : | $0.00 |
| Foreign Drop : | $0.00 | | |
| Upgrade : | $0.00 | Net Due From Company : $69.49 | |
| Other Charges : | $0.00 | | |
| Tax ID : | 810468122 | | |

Please Make Check Payable To and Remit To :   CLIENT COSTS        DUE UPON RECEIPT

DOLLAR RENT A CAR      FILE NO: 121357 2  ATTY: Chris D   Agreement Number :   MSO-14440
1905 WEST BROADWAY                                 MILODRAGOVICH DALLE STEINBRENNER & I
                        DATE REC'D:   12-8-11
MISSOULA, MT 59808
                        OK TO PAY:  YES      NO           Please Pay This Amount :     $69.49

                        REVIEWED BY:

                        PAID CK NO:          DATE:

                        FILED BY:

| Rental Location | Vehicle Information | Rental Expires On | Rental Agreement Number |
|---|---|---|---|

**DOLLAR RENT A CAR**
1905 WEST BROADWAY
MISSOULA MT 59808
Phone: (406) 542-2311   Fax: (406) 721-5683

Car To Be Returned To Above Unless Stated Below

Customer Information

MILODRAGOVICH DALLE STEINBRENNER & NYG
P O BOX 4947
MISSOULA MT 59806

| License: | DOB: | Expires: |
|---|---|---|
| 4 | 05/05/1950 | 01/01/2024 MT |

| Home Phone | Work Phone | Cell Phone |
|---|---|---|
| (406) 728-1455 | (406) 728-1455 | |

**Local Address**                          Phone

Insurance Co:
SAFECO
**Additional Driver**
CHRISTOPHER DECKER
Address: 620 HIGH PARK WAY
MISSOULA MT 59803

| License: | DOB: | Expires: |
|---|---|---|
| 1201819824102 | 12/02/1982 | 12/02/2011 |

**Checked Out By:**   Brad
**Checked In By:**    ANNA

### RENTAL IN

**\*UNIT DETAILS\***

| Unit#: | BI708J |
|---|---|
| Model: | 2010 FORESTER |
| Color: | MAROON |
| License#: | 461705A |
| VIN#: | JF2SH6CC1AH789872 |
| Miles In: | 24657 |
| Miles Out: | 24420 |

Total Miles Allowed: 0
Fuel Out:   Full
Fuel In:    Full

| | 11/29/2011 05:00 PM | **MSO-14440** |
|---|---|---|

Repair Order:
Claim:
Purchase Order:

| DATE/TIME IN: | 11/29/2011 03:47 PM |
|---|---|
| DATE/TIME OUT: | 11/28/2011 04:30 PM |
| DEPOSITS: | $0.00 |
| MILES FREE: | UNLIMITED MILES |

**\*\*CHARGE SUMMARY\*\***
Miles Unlimited

| 1 | Hours | @ $15.00 | |
|---|---|---|---|
| | Day(s) | @ $65.00 | $65.00 |

| **EST TIME & MILEAGE:** | | $65.00 |
|---|---|---|

Fuel                        @ $5.00 / Gal.

| Airport/Admin @ 6.00% | | $0.00 |
|---|---|---|
| Rental Car Tax @ 4.00% | | $2.60 |
| Surcharge | @ $1.89 /Day | $1.89 |
| OTHER CHARGES: | | |

---

**MONTANA - NOTICE TO RENTERS**
**FAILURE TO RETURN VEHICLE**
If you purposely and knowingly fail to return the rental vehicle within 48 hours of the due date and time provided for in this agreement, without notice to the Company and without the company's permission, you will have committed the offense of failure to return rented or leased personal property. If convicted of this offense, you shall be imprisoned in the state prison for a term not to exceed 10 years.
**These terms supersede any conflicting terms stated elsewhere.**

**PAYMENT SUMMARY**

Close Payments:

**DUE FROM COMPANY**
MILODRAGOVICH DALLE STEINBRENNER & NYG
AMT:      $69.49

| TOTAL CHARGES: | $69.49 |
|---|---|
| RENTER PAYMENTS: | $0.00 |
| DUE FROM RENTER: | $0.00 |
| NET DUE FROM CO: | $69.49 |
| REFUNDS: | |

Deposit Payments:

The Rental Agreement is between the undersigned and the company indentified above (the "Company"). By signature below, the undersigned acknowledges and represents that they are legally authorized to operate the rental vehicle by valid driver's license, and that they have read and agree to the terms, and conditions and notices, both printed and written, including the Loss Damage Waiver Information, that appear on this Rental statement and on the separate rental jacket (the "Agreement"), with is incorporated herein. THE UNDERSIGNED AUTHORIZE THE COMPANY TO PROCESS A CHARGE TO THEIR CREDIT, DEBIT OR CHARGE CARD IN THE AMOUNT SPECIFIED ABOVE FOR THIS RENTAL UPON SIGNATURE BELOW AND FOR ALL ADDITIONAL CHARGES DUE UPON RETURN OF THE VEHICLE.          ALL CHARGES SUBJECT TO AUDIT.
**No additional drivers are permitted without the Company's approval.**

X_____ RENTER   X_____ ADDITIONAL DRIVER

# *Bill-To Invoice*

DOLLAR RENT A CAR
MISSOULA
1905 WEST BROADWAY
MISSOULA, MT 59808
PH: (406) 542-2311
FAX: (406) 721-5683

Date : 12/21/2011

Invoice Date: 12/21/2011

MILODRAGOVICH DALLE STEINBRENNER & NYG, MIL
P O BOX 4947

MISSOULA, MT 59806
(406) 728-1455
Policy # :
Claim # :
Date Of Loss :
PO Number :
RO Number :
Agreement Number :    MSO-14641

MILODRAGOVICH DALLE STEINBRENNER & NYG
ATTN:  MARIA·
P O BOX 4947

MISSOULA, MT 59806
(406) 728-1455
Company Number : 10469

| VIN Number | Vehicle Type | Vehicle Plate | Date Rented | Date Returned |
|---|---|---|---|---|
| 1G1ZC5EU2BF132807 | 2011 CHEVROLET MALIBU | 461597A | 12/19/2011 05:16 PM | 12/20/2011 03:30 PM |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Day(s) @ | $45.00 | = | $45.00 | 0 | Day(s) @ | $0.00 | = | $0.00 |
| 0 | Day(s) @ | $0.00 | = | $0.00 | 0 | Weekend @ | $0.00 | = | $0.00 |
| 0 | Day(s) @ | $0.00 | = | $0.00 | 0 | Week(s) @ | $0.00 | = | $0.00 |
| 0 | Day(s) @ | $0.00 | = | $0.00 | 0 | Month(s) @ | $0.00 | , = | $0.00 |

Rental Period :      1    day(s)

## STATEMENT OF CHARGES

| | | | |
|---|---|---|---|
| Rate Charge : | $45.00 | Interest Charge : | $0.00 |
| Mi/Km Charge : | $0.00 | Subtotal : | $46.89 |
| Late Charge : | $0.00 | | $0.00 |
| Surcharge Charge : | $1.89 | Airport/Admin | $0.00 |
| Fuel Charge : | $0.00 | Rental Car Tax | $1.80 |
| Damage Waiver : | $0.00 | | $0.00 |
| Personal Insurance : | $0.00 | | $0.00 |
| Liability Insurance : | $0.00 | | |
| Renter's Liability : | $0.00 | Total Charges : | $48.69 |
| Additional Driver : | $0.00 | | |
| Under Age : | $0.00 | Company Authorized : | $48.69 |
| Out of Area : | $0.00 | Company Payments : | $0.00 |
| Foreign Drop : | $0.00 | | |
| Upgrade : | $0.00 | Net Due From Company : $48.69 | |
| Other Charges : | $0.00 | | |
| Tax ID :  810468122 | | | |

Please Make Check Payable To and Remit To :     CLIENT COSTS

DUE UPON RECEIPT

DOLLAR RENT A CAR
1905 WEST BROADWAY

MISSOULA, MT 59808

FILE NO: 121357Z ATTY: Chris

DATE REC'D: 12-22-11

OK TO PAY   YES        NO

REVIEWED BY

PAID

Agreement Number :   MSO-14641
MILODRAGOVICH DALLE STEINBRENNER & I

Please Pay This Amount :     $48.69

| Rental Location | Vehicle Information | Rental Expires On | Rental Agreement Number |
|---|---|---|---|

**DOLLAR RENT A CAR**
1905 WEST BROADWAY
MISSOULA MT 59806
Phone: (406) 542-2311   Fax: (406) 721-5683

**RENTAL IN**

**12/20/2011 05:00 PM**

**MSO-14641**

*UNIT DETAILS*

Repair Order:
Claim:

Car To Be Returned To Above Unless Stated Below

| | |
|---|---|
| Unit#: | S411J |
| Model: | 2011 MALIBU |
| Color: | SILVER |
| License#: | 461597A |
| VIN#: | 1G1ZC5EU2BF132807 |
| Miles In: | 29913 |
| Miles Out: | 29648 |

Purchase Order:
DATE/TIME IN:   12/20/2011 03:30 PM
DATE/TIME OUT:  12/19/2011 05:16 PM
DEPOSITS:            $0.00
MILES FREE:   UNLIMITED MILES
**CHARGE SUMMARY**

Customer Information

**MILODRAGOVICH DALLE STEINBRENNER & NYG**
P O BOX 4947
MISSOULA MT 59806

| License: | DOB: 05/05/1950 | Expires: 01/01/2015 . |
|---|---|---|
| **Home Phone** (406) 728-1455 | **Work Phone** (406) 728-1455 | **Cell Phone** |
| **Local Address** | | **Phone** |

Insurance Co:
SAFECO
**Additional Driver**
CHRISTOPHER DECKER
Address: 620 HIGH PARK WAY
MISSOULA MT 59803

| License: 1201819824102 | DOB: 12/02/1982 | Expires: 12/02/2011 |
|---|---|---|
| **Checked Out By:** | COREY | |
| **Checked In By:** | ETHAN | |

**MILODRAGOVICH DALLE STEINBRENNER &** Hours    @ $15.00
Total Miles Allowed: 0
Fuel Out:   Full
Fuel In:    Full

Miles Unlimited
1    Day(s)   @ $45.00              $45.00

**EST TIME & MILEAGE:**              $45.00

Fuel              @ $5.00 / Gal.

Airport/Admin  @ 6.00%              $0.00
Rental Car Tax @ 4.00%    .         $1.80
Surcharge        @ $1.89  /Day      $1.89
OTHER CHARGES:

**MONTANA - NOTICE TO RENTERS**
**FAILURE TO RETURN VEHICLE**
If you purposely and knowingly fail to return the rental vehicle within 48 hours of the due date and time provided for in this agreement, without notice to the Company and without the company's permission, you will have committed the offense of failure to return rented or leased personal property. If convicted of this offense, you shall be imprisoned in the state prison for a term not to exceed 10 years.
**These terms supersede any conflicting terms stated elsewhere.**

**PAYMENT SUMMARY**

Close Payments:

**DUE FROM COMPANY**

MILODRAGOVICH DALLE STEINBRENNER & NYG
AMT:      $48.69

| | |
|---|---|
| **TOTAL CHARGES:** | **$48.69** |
| **RENTER PAYMENTS:** | **$0.00** |
| **DUE FROM RENTER:** | **$0.00** |
| **NET DUE FROM CO:** | **$48.69** |
| **REFUNDS:** | |

Deposit Payments:

The Rental Agreement is between the undersigned and the company indentified above (the "Company"). By signature below, the undersigned acknowledges and represents that they are legally authorized to operate the rental vehicle by valid driver's license, and that they have read and agree to the terms, and conditions and notices, both printed and written, including the Loss Damage Waiver information, that appear on this Rental statement and on the separate rental jacket (the "Agreement"), with is incorporated herein. THE UNDERSIGNED AUTHORIZE THE COMPANY TO PROCESS A CHARGE TO THEIR CREDIT, DEBIT OR CHARGE CARD IN THE AMOUNT SPECIFIED ABOVE FOR THIS RENTAL UPON SIGNATURE BELOW AND FOR ALL ADDITIONAL CHARGES DUE UPON RETURN OF THE VEHICLE.          ALL CHARGES SUBJECT TO AUDIT.
**No additional drivers are permitted without the Company's approval.** .

X_____ RENTER   X_____ ADDITIONAL DRIVER

√PR
√10/05

# EXPENSES

Date __1/8/12__    Amount __$40.00__

(Client Expense)  or   Office Expense

Client # __12135/2__

Reimbursement __✗__ Firm Card _____

Task Code: L _____    Exp Code: E _____

Description __Cab fare from__

__airport to hotel in__

__San Diego for Dr.__

__Tal David deposition.__

Signature __Christoph Denk__

---

```
M    Fare Receipt  (619) (858) (760)  D. David depo
T                   444-4464  Date  1/8/12
S
T                     12135/2
A                            Passenger: Christoph Denk
0
0                     The sum of $  40.00
0
0    From  San Diego Airport
0
0    To  Marriot Courtyard San Diego
0
2    Cab
     No. _____  Driver _____
```

## Your purchase is complete. Thank you for choosing Delta.

### Flight Confirmation Number: GJD6R2

Enjoy improved benefits to help speed you through the airport including faster check-in, our highest boarding priority, expedited baggage service, and more.

### What's Next
Now that you've finished booking your trip:

- Your eTicket receipt(s) and confirmation have been sent to sam@samgoldstein.com.
- Delta Messenger will send flight updates based on the contact preferences in your profile. **Subscribe/edit** your contact preferences now.
- Visit **My Trips** to access your itinerary and manage your flight online.
- Add **Trip Protector** to protect against trip cancellations and interruptions with Access America.
- If you have a smartphone, **get the Delta app** to check in, get alerts on flight and gate changes, and more.

✉ Please go to **My Trips** to verify the status of any upgrades.

| | Get Notifications | Add to Calendar | Add Trip Services & Activities |

| Outbound Thu, 26 Jan 2012 | | | | Show Details |
|---|---|---|---|---|
| 9:45am SLC | 11:25am MSO | Nonstop 1 hr 40 min Delta 4540[1] | Economy (M) | Not Upgrade Eligible |
| Operated by: | [1]SkyWest Dba Delta Connection | | | |

| Return Thu, 26 Jan 2012 | | | | Show Details |
|---|---|---|---|---|
| 5:30pm MSO | 6:53pm SLC | Nonstop 1 hr 23 min Delta 4754[1] | Economy (M) | Not Upgrade Eligible |
| Operated by: | [1]SkyWest Dba Delta Connection | | | |

**In-Flight services and amenities may vary and are subject to change.**



Total balance due (including taxes/fees): $1,121.60 (USD)

Book with confidence. See Delta's Best Fare Guarantee.

Miles earned = 1500
MQMs earned = 1500 (details)

View terms/fees policies.
View change & cancellation policies.
View baggage policies.
This ticket is non-refundable.

| Passenger | From | To | Seat Assignment | | Special Services (e.g. Wheelchair) |
|---|---|---|---|---|---|
| Dr. Samuel Jack Goldstein SkyMiles # 1001991098 Diamond / Elite Plus | Salt Lake City, UT (SLC) | Missoula, MT (MSO) | 02C | Change Seats | Add/Edit |
| | Missoula, MT (MSO) | Salt Lake City, UT (SLC) | 01C | Change Seats | Add/Edit |

### Passenger Information

**Contact**
Telephone numbers: 801-580-7595 (Home), 801-332-1484 (Business)
**Billing Information**

| Payment Type: | American Express, ************2001 |
|---|---|
| Payee: | Dr. Samuel Jack Goldstein 230 S 500 E Ste 100 Salt Lake City, UT 84102, United States |

Feedback

| Price per Passenger | | | | | # of Psgrs | Total Price of Ticket(s) |
|---|---|---|---|---|---|---|
| Fare | U.S. Tax(es) | Base Fare | Taxes/Fees | Subtotal | | |
| $1,023.26 (USD) | $76.74 (USD) | $1,100.00 (USD) | $21.60 (USD) | $1,121.60 (USD) | 1 | $1,121.60 (USD) |
| View fare rules View Taxes/Fees | | | | | | |

Travel may be on other airlines. Terms and conditions apply to all offers and SkyMiles benefits. See specific offer for details, and visit SkyMiles Membership Guide & Program Rules.
+Subject to government approval.

| Baggage Fees (per passenger each way) | | Economy Class | First / Business Elite[1] |
|---|---|---|---|
| Carry-on Baggage (one bag plus one personal item) | Carry-on Baggage | Complimentary | Complimentary |
| First Checked Bag Want first bag free? | Checked Baggage | Within U.S. and Canada: $25 U.S./Canada and Caribbean: $25 International: Complimentary | Complimentary |
| Second Checked Bag* | | Within U.S. and Canada: $40 Mexico, Central America, and Caribbean: $40 Japan and Micronesia: $40 South America, Transatlantic and Transpacific: $75 | Complimentary |

[1]SkyMiles Medallion Members are eligible for fee waivers and other benefits.
Lower fees may be available when you check-in online. Fees are charged in CAD or EUR for flights exiting Canada or Europe respectively. Additional fees apply for oversize, overweight, or additional pieces of checked baggage. Please review Delta's baggage guidelines for details.
*Travelers to/from Key West Florida are limited to one checked bag.

**Total Amounts Charged**

Flight:                                                        $1,121.60 (USD)

Total amount charged (including taxes/fees):          $1,121.60 (USD)

**A Greener Way to Fly**

Delta Air Lines has partnered with The Nature Conservancy® to help you offset your carbon footprint for this trip and offer you other ways to sustain our environment.



MY ACCOUNT    CARDS    TRAVEL    REWARDS    BUSINESS          Need help?

Account Home | Statements & Activity | Payments | Profile & Preferences | Benefits | Additional Cards

### View Billing Statements

CARD ACTIVITY for GARY BARRUS

Gold Delta SkyMiles®      91000

TIME PERIOD
Current Statement    Dec 30, 2011 to Jan 29, 2012

Settings  Download  Print  Need Help  Year-End Summary

NARROW RESULTS
Search Transactions

Other Filters

VIEW BY:  CATEGORY  MERCHANT

GRAPH ON

1 - 6 of 6 Transactions

| Date | | Description | Amount $ |
|---|---|---|---|
| 01/18/2012 | Wed | UNIVOFUT ATHLETIC 00SALT LAKE CIT UT | 40.00 |
| 01/11/2012 | Wed | ONLINE PAYMENT - THANK YOU | -1,128.21 |
| 01/06/2012 | Fri | EXPEDIA*142152730544800-397-3342 WA | -734.47 |
| 01/06/2012 | Fri | EXPEDIA*142152730544800-397-3342 WA | 734.47 |
| 01/06/2012 | Fri | EXPEDIA*142154857529800-397-3342 WA | 729.34 |
| 01/06/2012 | Fri | TRAVELSCAPE LLC ATLANTA GA | 601.80 |

1 - 6 of 6 Transactions

View Your Billing Statement For This Period

Interest Charge Calculation

| | |
|---|---|
| Previous Balance as of 12/29/11 | 1,862.66 |
| Payments | -1,128.21 |
| Charges | 2,105.41 |
| Fees | 0.00 |
| Interest Charged | 0.00 |
| Credits | -734.47 |
| New Balance | 2,105.41 |
| Minimum Payment Due | 42.00 |

Closing Date: 01/29/12
Transfer available credit to another Card

Payment Due Date: 02/23/12  PAY BILL

Dispute/Inquire about account activity

* Indicates posting date

### YOUR REWARDS

Delta SkyMiles®
View More

**MANAGE YOUR TAGS**

Create a new Tag
Enter Tag name     +

TAG RULES

**Your Credit Matters**

Obtaining your complimentary
Credit Score & Report is easy.

Your credit impacts all areas of your
financial life. Learn what is being
reported about you.

**Learn More**

FREE Get Your Cookbook

Bonus! $100 Restaurant Certificate.

FREE $100
RESTAURANT
CERTIFICATE

FEEDBACK

**American Express Cards**
Personal Cards
Small Business Credit Cards
Corporate Cards
Gift Cards
Prepaid Cards

**More Products & Services**
Membership Rewards® Program
Savings Accounts & CDs
Accept American Express Cards
Business Apps
Mobile Services

**Protection Services**
Credit Scores & Reports
Financial Tools
Fraud Protection Center
Learn About Credit
Travel Insurance

**Company Information**
About American Express
Contact Us
Careers
Site Map

Terms of Service | Privacy Statement | Card Agreements
All users of our online services subject to Privacy Statement and agree to be bound by Terms of Service. Please read.

© 2012 American Express Company. All rights reserved.

United States (Change Country)   Contact Us   LOG OUT

**MY ACCOUNT    CARDS    TRAVEL    REWARDS    BUSINESS**    Need help?

| Account Home | Statements & Activity | Payments | Profile & Preferences | Benefits | Additional Cards |

**View Billing Statements**

CARD ACTIVITY for JOHN C EBERHARDT          TIME PERIOD          Settings   Download   Print   Need Help   Year-End Summary

| Platinum Delta SkyMiles® | 02007 (All Cards) | Recent Activity | Jan 12, 2012 to Present | NARROW RESULTS  Search Transactions  Other Filters |

TRANSACTION DETAILS   VIEW BY:   CATEGORY   MERCHANT   CARDMEMBER          GRAPH ON

**View Pending Charges**

1 - 27 of 27 Transactions

| Date | Description | Cardmember | Amount $ |
|---|---|---|---|
| 02/03/2012 Fri | ELECTRONIC PAYMENT RECEIVED-THANK | JOHN C EBERHARDT | -6,021.73 |
| 02/02/2012 Thu | SDI SDI SALT LAKE CITY UT | JOHN C EBERHARDT | 20.68 |
| 02/01/2012 Wed | CHEESECAKE FACTORY #MURRAY UT | JOHN C EBERHARDT | 60.45 |
| 01/29/2012 Sat | MID GAD CAFETERIA SNOWBIRD UT | JOHN C EBERHARDT | 38.59 |
| 01/28/2012 Sat | SALT CITY BURGER CO SANDY UT | JOHN C EBERHARDT | 20.93 |
| 01/24/2012 Tue | ORBITZ MANKATO MN | JOHN C EBERHARDT | 433.20 |
| 01/24/2012 Tue | ORBITZ.COM CHICAGO IL | JOHN C EBERHARDT | 134.24 |
| 01/23/2012 Mon | PERKINS FMLY RSTR 23MISSOULA MT | JOHN C EBERHARDT | 8.40 |
| 01/23/2012 Mon | PIZZA HUT #219 0045 MISSOULA MT | JOHN C EBERHARDT | 29.49 |
| 01/23/2012 Mon | SLC INTERNATIONAL AISALT LAKE CIT UT | JOHN C EBERHARDT | 13.00 |
| 01/21/2012 Sat | CAFE RIO SANDY 0347 SANDY UT | JOHN C EBERHARDT | 40.75 |
| 01/19/2012 Thu | ORBITZ MANKATO MN | JOHN C EBERHARDT | 1,221.00 |
| 01/19/2012 Thu | ORBITZ.COM CHICAGO IL | JOHN C EBERHARDT | 99.30 |
| 01/19/2012 Thu | ORBITZ.COM CHICAGO IL | JOHN C EBERHARDT | 528.90 |
| 01/13/2012 Fri | ORBITZ.COM CHICAGO IL | JOHN C EBERHARDT | 1,092.62 |
| 01/12/2012 Thu | COSTA VIDA MAVERICK WEST VALLEY CITY UT | JOHN C EBERHARDT | 17.68 |
| 02/03/2012 Fri | COSTCO GAS #0522 000WEST VALLEY UT | SANDRA D EBERHARDT | 57.22 |
| 01/27/2012 Fri | COSTCO GAS #0487 000SANDY UT | SANDRA D EBERHARDT | 63.58 |
| 01/25/2012 Wed | RITE AID 6143 RITE ASALT LAKE CTY UT | SANDRA D EBERHARDT | 25.72 |
| 01/22/2012 Sun | NETFLIX NONE LOS GATOS CA | SANDRA D EBERHARDT | 21.35 |
| 01/20/2012 Fri | COSTCO GAS #0522 000WEST VALLEY UT | SANDRA D EBERHARDT | 36.64 |
| 01/16/2012 Mon | GE APPLIANCE REPAIR 866-933-4476 KY | SANDRA D EBERHARDT | 309.05 |
| 01/16/2012 Mon | NETFLIX NONE LOS GATOS CA | SANDRA D EBERHARDT | 0.82 |
| 01/14/2012 Sat | MARKET STREET GRILL SALT LAKE CITY UT | SANDRA D EBERHARDT | 14.65 |
| 01/14/2012 Sat | RITE AID 6143 RITE ASALT LAKE CTY UT | SANDRA D EBERHARDT | 30.77 |
| 01/13/2012 Fri | COSTCO GAS #0522 000WEST VALLEY UT | SANDRA D EBERHARDT | 48.30 |
| 01/13/2012 Fri | RITE AID 6143 RITE ASALT LAKE CTY UT | SANDRA D EBERHARDT | 39.96 |

1 - 27 of 27 Transactions

|  |  |
|---|---|
| Previous Balance as of 01/11/12 | 6,021.73 |
| Payments | -6,021.73 |
| Charges | 4,410.86 |
| Fees | 0.00 |
| Credits | 0.00 |
| Outstanding Balance | 4,410.86 |

Closing Date: 02/09/12

PAY BILL

Dispute/Inquire about account activity

**ACTIVITY BY CARD**

| Cardmember Name | Payments | Charges | Credits |
|---|---|---|---|
| JOHN C EBERHARDT | $ -6,021.73 | $ 3,759.23 | $ 0.00 |
| SANDRA D EBERHARDT | $ 0.00 | $ 651.23 | $ 0.00 |
| Total | $ -6,021.73 | $ 4,410.86 | $ 0.00 |

**YOUR REWARDS**

Delta SkyMiles®

Mileage Balance    75,727
View More

Meet the new Amex tablet app.
Get It Now

**MANAGE YOUR TAGS**

Create a new Tag
Enter Tag name    +

TAG RULES

**Your Credit Matters**
Obtaining your complimentary Credit Score & Report is easy.
Your credit impacts all areas of your financial life. Learn what is being reported about you.
Learn More

*[handwritten: Brent]*
*[handwritten: John]*
*[handwritten: Both $2942.41]*



# INVOICE

## CITICOURT
### THE REPORTING GROUP

236 South 300 East, Salt Lake City, Utah 84111
Toll-Free: 877.532.3441  Phone: 801.532.3441  Fax: 801.532.3414

Christian T. Nygren
Milodragovich Dale Steinbrenner & Nygren
620 High Park Way
Missoula, MT 59803

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 49870 | 8/12/2011 | 31407 |
| **Job Date** | **Case No.** | |
| 7/26/2011 | 9:10-CV-00128-DWM-JCL. | |
| **Case Name** | | |
| Mann, et al. vs. Redman Van & Storage Co., Inc., et al. | | |
| **Payment Terms** | | |
| Net 30, 1.5% per month plus fees * | | |

1. CERTIFIED COPY OF TRANSCRIPT OF:
   Barney Pounds                                                                418.05
   Shipping/Delivery                                                             12.50

                                             **TOTAL DUE >>>**          **$430.55**

COMPLIMENTARY CONDENSED TRANSCRIPT
   Thank you for using CitiCourt.

*When paid by credit card add 3% surcharge

COSTS/OFFICE
FILE NO. 21352 ATTY CTM
DATE REC'D 8·18·11
CK TO PAY  YES  NO
GL#_____ AUTH BY_____
DATE TO PAY_____

**SCANNED**

**Tax ID:** 87-0661285

Phone: 406-728-1455   Fax: 406-549-7077

---

*Please detach bottom portion and return with payment.*

Christian T. Nygren
Milodragovich Dale Steinbrenner & Nygren
620 High Park Way
Missoula, MT 59803

Job No.      : 31407          BU ID      : 1-CITI
Case No.     : 9:10-CV-00128-DWM-JCL
Case Name    : Mann, et al. vs. Redman Van & Storage Co.,
                Inc., et al.
Invoice No.  : 49870          Invoice Date : 8/12/2011
Total Due    : $ 430.55

Remit To: **CitiCourt, LLC**
          **236 South 300 East**
          **Salt Lake City, UT 84111**

**PAYMENT WITH CREDIT CARD**   AMEX  [MasterCard]  VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____   Phone#: _____
Billing Address: _____
Zip: _____   Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

# INVOICE

## CITICOURT
### THE REPORTING GROUP
236 South 300 East, Salt Lake City, Utah 84111
Toll-Free: 877.532.3441 Phone: 801.532.3441 Fax: 801.532.3414

Christian T. Nygren
Milodragovich Dale Steinbrenner & Nygren
620 High Park Way
Missoula, MT 59803

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 49862 | 8/12/2011 | 31409 |
| **Job Date** | **Case No.** | |
| 7/27/2011 | 9:10-CV-00128-DWM-JCL | |
| **Case Name** | | |
| Mann, et al. vs. Redman Van & Storage Co., Inc., et al. | | |
| **Payment Terms** | | |
| Net 30, 1.5% per month plus fees * | | |

| | | |
|---|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | |
| John Eberhardt | | 181.00 |
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | |
| Gary Barrus | | 97.20 |
| Shipping/Delivery | | 12.50 |
| | **TOTAL DUE >>>** | **$290.70** |

COMPLIMENTARY CONDENSED TRANSCRIPT
Thank you for using CitiCourt.

*When paid by credit card add 3% surcharge

COST/NO/OFFICE
FILE NO. 21362 ATTY. CM
DATE RECD. 8/17/11
CK TO PAY: YES NO
GL #_____ AUTH BY _____
DATE TO PAY _____

**SCANNED**

**Tax ID:** 87-0661285

Phone: 406-728-1455   Fax: 406-549-7077

*Please detach bottom portion and return with payment.*

---

Christian T. Nygren
Milodragovich Dale Steinbrenner & Nygren
620 High Park Way
Missoula, MT 59803

Job No. : 31409   BU ID : 1-CITI
Case No. : 9:10-CV-00128-DWM-JCL
Case Name : Mann, et al. vs. Redman Van & Storage Co., Inc., et al.

Invoice No. : 49862   Invoice Date : 8/12/2011
**Total Due : $ 290.70**

Remit To: **CitiCourt, LLC**
**236 South 300 East**
**Salt Lake City, UT 84111**

| PAYMENT WITH CREDIT CARD | AMEX | MasterCard | VISA |
|---|---|---|---|

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____   Phone#: _____
Billing Address: _____
Zip: _____   Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

# INVOICE

CITICOURT

THE REPORTING GROUP

236 South 300 East, Salt Lake City, Utah 84111
Toll-Free: 877.532.3441 Phone: 801.532.3441 Fax: 801.532.3414

Christian T. Nygren
Milodragovich Dale Steinbrenner & Nygren
620 High Park Way
PO Box 4947
Missoula, MT 59806-4947

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 53185 | 1/24/2012 | 33123 |
| **Job Date** | **Case No.** | |
| 1/23/2012 | 9:10-CV-00128-DWM-JCL | |
| **Case Name** | | |
| Mann, et al. vs. Redman Van & Storage Co., Inc., et al. | | |
| **Payment Terms** | | |
| Net 30, 1.5% per month plus fees * | | |

Scheduled Deposition of:
  Sam Goldstein, Ph.D.
    Videoconference Cancellation Fee                    2.00 Hours                    300.00

                                                        TOTAL DUE >>>                 $300.00

        Thank you for using CitiCourt.

*When paid by credit card add 3% surcharge

**Tax ID:** 87-0661285

Phone: 406-728-1455  Fax:406-549-7077

*Please detach bottom portion and return with payment.*

Christian T. Nygren
Milodragovich Dale Steinbrenner & Nygren
620 High Park Way
PO Box 4947
Missoula, MT 59806-4947

Job No.     : 33123          BU ID    : 1-CITI
Case No.    : 9:10-CV-00128-DWM-JCL
Case Name   : Mann, et al. vs. Redman Van & Storage Co.,
              Inc., et al.
Invoice No. : 53185          Invoice Date : 1/24/2012
**Total Due : $ 300.00**

Ramit To: **CitiCourt, LLC**
          **236 South 300 East**
          **Salt Lake City, UT 84111**

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:                    Card Security Code:
Amount to Charge:
Cardholder's Signature:



1440 Blake Street, Suite 320
Denver, CO 80202
depos@coffmanreporting.com
303.893.0202
Toll Free: 800.831.6322
Fax: 303.893.2230

January 13, 2012

CHRISTIAN T. NYGREN, ESQ.
Milodragovich, Dale,
    Steinbrenner & Nygren, P.C.
PO Box 4947
Missoula, MT 59806

| **Invoice Number** |
|:---:|
| **27958** |

Re:  Mann vs. Redman Van & Storage Co.

| Description of Services | | Pgs/Qty | Rate | Extension |
|---|---|---|---|---|
| VC Room Rental | 12/19/2011 | 2.00 | 200.00 | 400.00 |
| VC Service (IP) | James M. Gracey, Ed.D. | 1.00 | 0.00 | No Charge |
| | | **Invoice total:** | | **$400.00** |

This invoice is for Videoconferencing Services Only

Please Return One Copy With Your Payment
Remit To:
Coffman Reporting & Litigation Support, Inc.
1440 Blake Street, Suite 320
Denver, CO 80202

~~ Thank You ~~
Tax ID 84-1272970
Please Return One Copy With Your Payment
Interest is applied to open balances beyond 45 days at 1% per month

CLIENT COSTS

ALE NO 2135  ATTY. Chris
DATE REC'D.  1 -16 -12
OK TO PAY:  YES  NO
REVIEWED BY:
PAID CK N°  DATE
CHECK NO.



1440 Blake Street, Suite 320
Denver, CO 80202
depos@coffmanreporting.com
303.893.0202
Toll Free: 800.831.6322
Fax: 303.893.2230

January 13, 2012

CHRISTIAN T. NYGREN, ESQ.
Milodragovich, Dale,
Steinbrenner & Nygren, P.C.
PO Box 4947
Missoula, MT 59806

| Invoice Number |
|---|
| 27957 |

Re: Mann vs. Redman Van & Storage Co.

| Description of Services | | Pgs/Qty | Rate | Extension |
|---|---|---|---|---|
| V Orig Transcript Svcs | James M. Gracey, Ed.D. | 70.00 | 4.05 | 283.50 |
| Appearance Fee (min) | 12/19/2011 | 1.00 | 60.00 | 60.00 |
| ETran Conversion | (First Conversion) | 1.00 | 20.00 | 20.00 |
| Exhibits-Scan | | 200.00 | 0.25 | 50.00 |
| *Delivery | | 1.00 | 20.00 | 20.00 |
| | | Invoice total: | | $433.50 |

Please Return One Copy With Your Payment
Remit To:
Coffman Reporting & Litigation Support, Inc.
1440 Blake Street, Suite 320
Denver, CO 80202

~~ Thank You ~~
Tax ID 84-1272970
Please Return One Copy With Your Payment
Interest is applied to open balances beyond 45 days at 1% per month

# INVOICE

**DEPOMAXMERIT**
LITIGATION SERVICES
800-337-6629  801-328-1188

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 150072 | 11/22/2011 | 86571 |
| **Job Date** | **Case No.** | |
| 11/2/2011 | 9:10-CV-00128-DWM-JCL | |
| **Case Name** | | |
| Mann v. Redman Van & Storage Co., Inc. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Christian T. Nygren
MILODRAGOVICH, DALE, STEIBRENNER & BINNEY
620 High Park Way
P.O. Box 4947
Missoula, MT 59806-4947

| | |
|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | |
| David Beaufort | 344.62 |
| **TOTAL DUE >>>** | **$344.62** |

We accept Visa, Mastercard, Discover and American Express.

Payment not received within 30 days of date billed will result in an additional charge of 1.5% per month.

COSTS/OFFICE
FILE NO:_____ ATT: _CTN_
DATE REC'D___11-23-11___
OK TO PAY:   YES    NO   _P_
REVIEWED BY:_____
FILED BY:_____DATE PD:_____

**Tax ID:** 87-0623280

Phone: 406-728-1455   Fax:406-549-7077

*Please detach bottom portion and return with payment.*

Christian T. Nygren
MILODRAGOVICH, DALE, STEIBRENNER & BINNEY
620 High Park Way
P.O. Box 4947
Missoula, MT 59806-4947

| | | |
|---|---|---|
| Invoice No. | : | 150072 |
| Invoice Date | : | 11/22/2011 |
| **Total Due** | : | **$ 344.62** |

Remit To: **DepomaxMerit Litigation Services**
**333 S. Rio Grande**
**Salt Lake City, UT 84101**

| | | |
|---|---|---|
| Job No. | : | 86571 |
| BU ID | : | DM |
| Case No. | : | 9:10-CV-00128-DWM-JCL |
| Case Name | : | Mann v. Redman Van & Storage Co., Inc. |



## Charles Fisher Court Reporting, Inc.

503 East Mendenhall
Bozeman, MT 59715
406-587-9016
maindesk@fishercourtreporting.com

# Invoice

| Date | Invoice # |
|------|-----------|
| 12/23/2011 | JAB11-9 |

**Bill To**

Mr. Christian Nygren
Milodragovich, Dale, Steinbrenner &Nygren
P.O. Box 4947
Missoula, MT 59806-4947

Court: US District - Missoula, MT
Cause No. 10-128-M-DWM-JCL
Mann vs. Redman Van & Storage, et al.

| Terms | Due Date |
|-------|----------|
| Net 30 | 1/22/2012 |

| Item | Service Date | Description | Amount |
|------|--------------|-------------|--------|
| Deposition-1 Copy | 11/22/2011 | Reg Gibbs | 292.55 |

CLIENT COSTS
INS NO 2135/ ATTY Chris
DATE REC'D 12-27-11
OK TO PAY: YES     NO
REVIEWED BY:
PAID CK NO:     DATE
ELED BY:

Thank you for your business.

Federal Tax ID: 81-0459321

| Payments/Credits | $0.00 |
|------------------|-------|
| **Balance Due** | $292.55 |



# Invoice

### Charles Fisher Court Reporting, Inc.
503 East Mendenhall
Bozeman, MT 59715
406-587-9016
maindesk@fishercourtreporting.com

| Date | Invoice # |
|------|-----------|
| 9/14/2011 | CU11-29 |

**Bill To**

Mr. Christopher T. Decker
Milodragovich Dale Steinbrenner & Nygren
P.O. Box 4947
Missoula, MT 59806-4947

Court: US District - Missoula, MT
Cause No. 10-128-M-DWM-JCL
Mann vs. Redman Van & Storage

| Terms |
|-------|
| Net 30 |

| Item | Service Date | Description | Amount |
|------|--------------|-------------|--------|
| Deposition - 1 Copy | 8/25/2011 | Luke Powell | 214.05 |

CLIENT COSTS

FILE NO. 2135/2 ATTY: Chris D

DATE REC'D: 9-16-11

OK TO PAY: YES     NO

REVIEWED BY:

PAID CK NO:          DATE:

FILED ON:

Thank you for your business.

Federal Tax ID: 81-0459321

| Payments/Credits | $0.00 |
|------------------|-------|
| **Balance Due** | **$214.05** |

# JEFFRIES COURT REPORTING, INC.

MELODY JEFFRIES PETERS, RDR, CRR
jcrcourt@montana.com
jeffriescourtreporting.com
bigskyvideoconferenceofmontana.com

1015 MOUNT AVENUE, SUITE C
MISSOULA, MONTANA 59801
(406) 721-1143 / FAX (406) 728-0888
1-800-769-1052

| Bill To |
| --- |
| Chris Nygren, Esq.<br>Milodragovich, Dale, Steinbrenner &<br>Nygren, P.C.<br>620 High Park Way<br>Missoula, Montana 59803 |

| Date | Invoice # |
| --- | --- |
| 12/20/2011 | 20914 |

| Terms | Due Date |
| --- | --- |
| Net 30 | 1/19/2012 |

| | Rep |
| --- | --- |
| | offic |

| Description | Amount |
| --- | --- |
| 11-692 - MANN vs REDMAN VAN, et al. - #CV-10-128-M-DWM-JCL | |
| Video Conference Deposition taken on Monday, December 19, 2011 in MIssoula, MT at Jeffries Court Reporting | |
| Video Conference Deposition - 1:30 Till 3:30 - Conference Room, Equipment Use and Co-ordinating | 220.00 |

CLIENT COSTS

FILE NO. 12135 ATTY Chris

DATE REC'D: 12-22-11

OK TO PAY: YES    NO

REVIEWED BY:

PAID CK NO:    DATE:

BUST: IN

| THANK YOU!<br>TAX ID #81-0512162 | **Total** | $220.00 |
| --- | --- | --- |

PLEASE INCLUDE INVOICE NUMBER ON THE CHECK. A FINANCE CHARGE OF 1.5% WILL
BE ADDED ON ACCOUNTS 30 DAYS PAST DUE.

SCANNED

# JEFFRIES COURT REPORTING, INC.

MELODY JEFFRIES PETERS, RDR, CRR
jcrcourt@montana.com
jeffriescourtreporting.com
bigskyvideoconferenceofmontana.com

1015 MOUNT AVENUE, SUITE C
MISSOULA, MONTANA 59801
(406) 721-1143 / FAX (406) 728-0888
1-800-769-1052

| Bill To |
| --- |
| Chris Nygren, Esq.<br>Milodragovich, Dale, Steinbrenner &<br>Nygren, P.C.<br>620 High Park Way<br>Missoula, Montana 59803 |

| Date | Invoice # |
| --- | --- |
| 2/1/2012 | 20999 |

| Terms | Due Date |
| --- | --- |
| Net 30 | 3/2/2012 |

| | Rep |
| --- | --- |
| | STG |

| Description | Amount |
| --- | --- |
| 12-57 - DAVID MANN vs REDMAN VAN & STORAGE | |
| Video / Video Conference Deposition Scheduled for Monday, January 23, 2012 After 5:00 | |
| After Hours Set Up and Testing of Video Equipment on Video Conference Screen | 150.00 |
| Reporter - After Hours Set Up and Stand By | 150.00 |
| After Hours Video Conference Set-Up and Testing - Phone Calls and Testing Prior To Day of Deposition | 150.00 |
| Above Charges Reflect Late Cancellation of After Business Hours Job | |

CLIENT COSTS

FILE NO. 2135/2

DATE REC'D. 2-3-12

OK-TO-PAY: YES

REVIEWED BY:

PAID CK NO:

FILED BY.

THANK YOU!
TAX ID #81-0512162

**Total** $450.00

PLEASE INCLUDE INVOICE NUMBER ON THE CHECK. A FINANCE CHARGE OF 1.5% WILL BE ADDED ON ACCOUNTS 30 DAYS PAST DUE.

DOUG KETCHAM & ASSOCIATES, INC.
CERTIFIED SHORTHAND REPORTERS
118 Broadway N., Suite 200
P. O. Box 3165
Fargo, ND     58108
701-237-0275 - 1-866-737-0275
FAX 701-237-0298
e-mail reporters@ketchamcourtreporters.com

INV#: 12827
DATE: 01/10/2012

FEDERAL ID NO: 45-0425181

CHRISTOPHER DECKER
MILODRAGOVICH, DALE, STEINBRENNER & BINNEY,
P.C.
620 High Park Way
P.O. Box 4947
Missoula, MT  59806

Kerstin/FL

Mann                              Expert-Conf. Call
vs
Redman Van

DATE TAKEN:  12/14/2011

Deposition of Dr. Mariusz Ziejewski
     One Copy
          22 Pages                              44.00

     Exhibit Fee - 240 pages                    60.00
          Exhibit pages - 240 x   $ 0.25
     Postage                                    14.05
     E-TRAN@15, color copy @0.90               140.10
     Conference Call                            33.55

               TOTAL AMOUNT DUE:  $            291.70

CLIENT COSTS

N&E NO/2135/2 ATTY: Chkler

THANK YOU!                    DATE REC'D: 1-12-12

                              OK TO PAY:  YES      NO

                              REVIEWED BY:

                              PAID CK NO,         DATE:

AMOUNT DUE IS PAYABLE UPON RECEIPT OF INVOICE.    AMOUNT PAST
DUE WILL INCUR MONTHLY FINANCE CHARGE OF 1.50 PERCENT.

# Lesofski Court Reporting and Video Conferencing

7 West Sixth Avenue, Suite 2A
Helena, MT 59601
(406) 443-2010 E-mail: lcr@mt.net
Tax ID 20-8597953

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 12/22/2011 | 4271 |

### BILL TO

Christopher L. Decker, Esquire
Milodragovich, Dale, Steinbrenner
 & Nygren
P.O. Box 4947
Missoula, MT 59806-4947

| CASE NAME | REPTR | DATE OF JOB |
|-----------|-------|-------------|
| Mann v. Redman Van | LRL | 11/29/2011 |
| DESCRIPTION | PAGES | AMOUNT |
| **Deposition of Al Calkin**<br>**One Copy** | 150 | 315.00 |
| **Exhibits** | 358 | 107.40 |

CLIENT CODE
INV NO/2135/2111 CHRISD
DATE REC'D 12-23-11
OK TO PAY $113
RECEIVED
PAID
THS

| Please reference invoice number with payment. | **TOTAL** | $422.40 |
|-----------|-------|-------------|
| We appreciate your business. | | |

# INVOICE

## Peterson Reporting
Truth and Technology, Transcribed.

530 B Street Suite 350
San Diego, CA 92101
bookadepo.com

800 649 6353 toll free
619 260 1069 tel
619 688 1733 fax

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 208029 | 1/6/2012 | 160905 |
| **Job Date** | **Case No.** | |
| 9/14/2011 | CV-10-128-M-DWM-JCL | |
| | **Case Name** | |
| David K. Mann v. Redman Van & Storage Co. | | |
| | **Payment Terms** | |
| Due upon receipt | | |

Christian T. Nygren
Milodragovich, Dale, Steinbrenner & Nygren, PC
620 High Park Way
PO Box 4947
Missoula, MT 59803



One certified transcript of the trial testimony of:
Christine Wood, M.D. .................................................. 292.41

**TOTAL DUE >>>** **$292.41**

Thank you for calling Peterson Reporting!
Credit card payments are accepted.

| | |
|---|---|
| **(-) Payments/Credits:** | 292.41 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **$0.00** |

PAID

**Tax ID:** 33-0684781

Phone: (406) 728-1455    Fax:(406) 549-7077

*Please detach bottom portion and return with payment.*

Christian T. Nygren
Milodragovich, Dale, Steinbrenner & Nygren, PC
620 High Park Way
PO Box 4947
Missoula, MT 59803

| | | |
|---|---|---|
| Invoice No. | : | 208029 |
| Invoice Date | : | 1/6/2012 |
| **Total Due** | : | **$ 0.00** |

Remit To: **Peterson Reporting Video & Litigation
Services
530 B Street , Suite 350
San Diego, CA 92101-4403** .

| | | |
|---|---|---|
| Job No. | : | 160905 |
| BU ID | : | SD |
| Case No. | : | CV-10-128-M-DWM-JCL |
| Case Name | : | David K. Mann v. Redman Van & Storage Co. |

# INVOICE

**Peterson** Reporting
Truth and Technology, Transcribed.

530 B Street Suite 350
San Diego, CA 92101
bookadepo.com

800 649 6355 toll free
619 260 1069 tel.
619 688 1733 fax

Christian T. Nygren
Milodragovich, Dale, Steinbrenner & Nygren, PC
620 High Park Way
PO Box 4947
Missoula, MT 59806

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 207972 | 9/30/2011 | 161665 |

| Job Date | Case No. | |
|---|---|---|
| 9/14/2011 | CV-10-128-M-DWM-JCL | |

| Case Name |
|---|
| David K. Mann v. Redman Van & Storage Co. |

| Payment Terms |
|---|
| Due upon receipt |

Original and one certified transcript of the deposition of:
Christine Wood, M.D.

Thank you for calling Peterson Reporting!
Credit card payments are accepted.

|  |  |
|---|---|
|  | 338.09 |
| **TOTAL DUE >>>** | **$338.09** |
| **(-) Payments/Credits:** | 338.09 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **$0.00** |

**Tax ID:** 33-0684781

Phone: (406) 728-1455   Fax:(406) 549-7077

*Please detach bottom portion and return with payment.*

Christian T. Nygren
Milodragovich, Dale, Steinbrenner & Nygren, PC
620 High Park Way
PO Box 4947
Missoula, MT 59806

Invoice No.   : 207972
Invoice Date  : 9/30/2011
**Total Due    : $ 0.00**

**Remit To: Peterson Reporting Video & Litigation Services**
**530 B Street , Suite 350**
**San Diego, CA 92101-4403**

Job No.    : 161665
BU ID      : SD
Case No.   : CV-10-128-M-DWM-JCL
Case Name  : David K. Mann v. Redman Van & Storage Co.

# INVOICE

## Peterson Reporting
Truth and Technology, Transcribed.

530 B Street Suite 350
San Diego, CA 92101
bookadepo.com

800 649 6353 toll free
619 260 1069 tel
619 688 1733 fax

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 207970 | 9/30/2011 | 161242 |

| Job Date | Case No. | |
|---|---|---|
| 9/15/2011 | CV-10-128-M-DWM-JCL | |

| Case Name | | |
|---|---|---|
| David K. Mann v. Redman Van & Storage Co. | | |

| Payment Terms |
|---|
| Due upon receipt |

Christian T. Nygren
Milodragovich, Dale, Steinbrenner & Nygren, PC
620 High Park Way
PO Box 4947
Missoula, MT 59806

Original and one certified transcript of the deposition of:
  Kalyani Korabathina, M.D.                                         244.29

Thank you for calling Peterson Reporting!
Credit card payments are accepted.

TOTAL DUE  >>>                        **$244.29**

(-) Payments/Credits:                 244.29
(+) Finance Charges/Debits:            0.00
(=) New Balance:                      **$0.00**

**Tax ID:** 33-0684781

Phone: (406) 728-1455    Fax:(406) 549-7077

*Please detach bottom portion and return with payment.*

Christian T. Nygren
Milodragovich, Dale, Steinbrenner & Nygren, PC
620 High Park Way
PO Box 4947
Missoula, MT 59806

Invoice No.   : 207970
Invoice Date  : 9/30/2011
**Total Due**     : **$ 0.00**

Remit To: **Peterson Reporting Video & Litigation**
**Services**
**530 B Street, Suite 350**
**San Diego, CA 92101-4403**

Job No.    : 161242
BU ID      : SD
Case No.   : CV-10-128-M-DWM-JCL
Case Name  : David K. Mann v. Redman Van & Storage Co.

# INVOICE

## Peterson Reporting
Truth and Technology, Transcribed.

530 B Street Suite 350
San Diego, CA 92101
bookadepo.com

800 649 6353 toll free
619 260 1069 tel
619 688 1733 fax

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 208034 | 1/6/2012 | 161714 |

| Job Date | Case No. | |
|---|---|---|
| 9/15/2011 | CV-10-128-M-DWM-JCL | |

| Case Name | | |
|---|---|---|
| David K. Mann v. Redman Van & Storage Co. | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Christian T. Nygren
Milodragovich, Dale, Steinbrenner & Nygren, PC
620 High Park Way
PO Box 4947
Missoula, MT 59803

One certified transcript of the trial testimony of:
Kalyani Korabathina, M.D.                                    234.07

TOTAL DUE ->>                                    **$234.07**

Thank you for calling Peterson Reporting!
Credit card payments are accepted.

(-) Payments/Credits:                    234.07
(+) Finance Charges/Debits:                    0.00
(=) New Balance:                    **$0.00**

PAID

**Tax ID:** 33-0684781                    Phone: (406) 728-1455    Fax:(406) 549-7077

*Please detach bottom portion and return with payment.*

Christian T. Nygren
Milodragovich, Dale, Steinbrenner & Nygren, PC
620 High Park Way
PO Box 4947
Missoula, MT 59803

Invoice No.    :   208034
Invoice Date   :   1/6/2012
**Total Due**    :   **$ 0.00**

Remit To: **Peterson Reporting Video & Litigation
Services
530 B Street , Suite 350
San Diego, CA 92101-4403**

Job No.      :   161714
BU ID       :   SD
Case No.     :   CV-10-128-M-DWM-JCL
Case Name   :   David K. Mann v. Redman Van & Storage Co.

# INVOICE

## Peterson Reporting
Truth and Technology, Transcribed.

530 B Street.Suite 350　　800 649 6353 toll free
San Diego, CA  92101　　619 260 1069 tel
bookadepo.com　　619 688 1733 fax

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 207981 | 9/30/2011 | 161241 |
| **Job Date** | **Case No.** | |
| 9/15/2011 | CV-10-128-M-DWM-JCL | |
| **Case Name** | | |
| David K. Mann v. Redman Van & Storage Co. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Christian T. Nygren
Milodragovich, Dale, Steinbrenner & Nygren, PC
620 High Park Way
PO Box 4947
Missoula, MT  59806

Original and one certified transcript of the deposition of:
　Elizabeth Mann, Vol. 2

704.84

**TOTAL DUE >>>**　　**$704.84**

Thank you for calling Peterson Reporting!
Credit card payments are accepted.

**(-) Payments/Credits:**　　704.84
**(+) Finance Charges/Debits:**　　0.00

**(=) New Balance:**　　**$0.00**

**Tax ID:** 33-0684781

Phone: (406) 728-1455　　Fax:(406) 549-7077

*Please detach bottom portion and return with payment.*

Christian T. Nygren
Milodragovich, Dale, Steinbrenner & Nygren, PC
620 High Park Way
PO Box 4947
Missoula, MT  59806

Invoice No.　:　207981
Invoice Date　:　9/30/2011
**Total Due**　**:　$ 0.00**

Remit To: **Peterson Reporting Video & Litigation**
**Services**
**530 B Street , Suite 350**
**San Diego, CA  92101-4403**

Job No.　:　161241
BU ID　:　SD
Case No.　:　CV-10-128-M-DWM-JCL
Case Name　:　David K. Mann v. Redman Van & Storage Co.

# INVOICE

## Peterson Reporting
Truth and Technology, Transcribed.

530 B Street Suite 350
San Diego, CA 92101
bookadepo.com

800 649 6353 toll free
619 260 1069 tel
619 688 1733 fax

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 207984 | 10/21/2011 | 161597 |

| Job Date | Case No. | |
|---|---|---|
| 9/16/2011 | CV-10-128-M-DWM-JCL | |

| Case Name |
|---|
| David K. Mann v. Redman Van & Storage Co. |

| Payment Terms |
|---|
| Due upon receipt |

Christian T. Nygren
Milodragovich, Dale, Steinbrenner & Nygren, PC
620 High Park Way
PO Box 4947
Missoula, MT 59806

DVD to the deposition of:
Mark McDonough, M.D./ TRIAL TESTIMONY                        135.00

**TOTAL DUE >>>**        **$135.00**

Thank you for calling Peterson Reporting!
Credit card payments are accepted.

| | |
|---|---|
| (-) Payments/Credits: | 135.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | $0.00 |

**Tax ID:** 33-0684781

Phone: (406) 728-1455    Fax:(406) 549-7077

*Please detach bottom portion and return with payment.*

Christian T. Nygren
Milodragovich, Dale, Steinbrenner & Nygren, PC
620 High Park Way
PO Box 4947
Missoula, MT 59806

Invoice No.    : 207984
Invoice Date  : 10/21/2011
**Total Due    : $ 0.00**

Remit To: **Peterson Reporting Video & Litigation Services**
**530 B Street , Suite 350**
**San Diego, CA 92101-4403**

Job No.     : 161597
BU ID       : US
Case No.    : CV-10-128-M-DWM-JCL
Case Name   : David K. Mann v. Redman Van & Storage Co.

# INVOICE

## Peterson Reporting
Truth and Technology, Transcribed.

530 B Street Suite 350    800 649 6353 toll free
San Diego, CA 92101    619 260 1069 tel
bookadepo.com    619 688 1733 fax

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 208036 | 1/6/2012 | 161716 |

| Job Date | Case No. | |
|---|---|---|
| 9/16/2011 | CV-10-128-M-DWM-JCL | |

| Case Name | | |
|---|---|---|
| David K. Mann v. Redman Van & Storage Co. | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Christian T. Nygren
Milodragovich, Dale, Steinbrenner & Nygren, PC
620 High Park Way
PO Box 4947
Missoula, MT 59803

One certified transcript of the trial testimony of:
  Mark McDonough, M.D.    359.32

**TOTAL DUE >>>**    **$359.32**

Thank you for calling Peterson Reporting!
Credit card payments are accepted.

(-) Payments/Credits:    359.32
(+) Finance Charges/Debits:    0.00
(=) New Balance:    $0.00

PAID

**Tax ID:** 33-0684781    Phone: (406) 728-1455   Fax:(406) 549-7077

*Please detach bottom portion and return with payment.*

Christian T. Nygren
Milodragovich, Dale, Steinbrenner & Nygren, PC
620 High Park Way
PO Box 4947
Missoula, MT 59803

Invoice No.  :  208036
Invoice Date  :  1/6/2012
**Total Due**  :  **$ 0.00**

Remit To: **Peterson Reporting Video & Litigation
     Services
     530 B Street , Suite 350
     San Diego, CA 92101-4403**

Job No.  :  161716
BU ID  :  SD
Case No.  :  CV-10-128-M-DWM-JCL
Case Name  :  David K. Mann v. Redman Van & Storage Co.

# INVOICE

## Peterson Reporting
Truth and Technology, Transcribed.

530 B Street Suite 350
San Diego, CA 92101
bookadepo.com

800-649-6353 toll free
619 260 1069 tel
619 688 1733 fax

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 207967 | 9/30/2011 | 160906 |
| **Job Date** | **Case No.** | |
| 9/16/2011 | CV-10-128-M-DWM-JCL | |
| **Case Name** | | |
| David K. Mann v. Redman Van & Storage Co. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Christian T. Nygren
Milodragovich, Dale, Steinbrenner & Nygren, PC
620 High Park Way
PO Box 4947
Missoula, MT 59806

Original and one certified transcript of the deposition of:
  Mark McDonough, M.D.

Thank you for calling Peterson Reporting!
Credit card payments are accepted.

| | |
|---|---|
| | 546.34 |
| **TOTAL DUE >>>** | **$546.34** |
| | |
| **(-) Payments/Credits:** | 546.34 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **$0.00** |

**Tax ID:** 33-0684781

Phone: (406) 728-1455   Fax:(406) 549-7077

*Please detach bottom portion and return with payment.*

Christian T. Nygren
Milodragovich, Dale, Steinbrenner & Nygren, PC
620 High Park Way
PO Box 4947
Missoula, MT 59806

Invoice No. : 207967
Invoice Date : 9/30/2011
**Total Due** : **$ 0.00**

Remit To: **Peterson Reporting Video & Litigation**
**Services**
**530 B Street, Suite 350**
**San Diego, CA 92101-4403**

Job No. : 160906
BU ID : SD
Case No. : CV-10-128-M-DWM-JCL
Case Name : David K. Mann v. Redman Van & Storage Co.

# INVOICE

## Peterson Reporting
Truth and Technology, Transcribed.

530 B Street Suite 350
San Diego, CA 92101
bookadepo.com

800 649 6353 toll free
619 260 1069 tel
619 688 1733 fax

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 210309 | 1/16/2012 | 164501 |

| Job Date | Case No. | |
|---|---|---|
| 1/9/2012 | CV-10-128-M-DWM-JCL | |

| Case Name | | |
|---|---|---|
| David K. Mann v. Redman Van & Storage Co. | | |

| Payment Terms | |
|---|---|
| Due upon receipt | |

Christopher Decker
Milodragovich, Dale, Steinbrenner & Nygren, PC
620 High Park Way
PO Box 4947
Missoula, MT 59803

1 CERTIFIED COPY OF TRANSCRIPT OF:
    Tal David, M.D.                 541.09

TOTAL DUE >>>     **$541.09**

Thank you for calling Peterson Reporting!
Credit card payments are accepted with an additional 3.5% administration fee.

(-) Payments/Credits:     541.09
(+) Finance Charges/Debits:     0.00
(=) New Balance:     **$0.00**



Tax ID: 33-0684781                 Phone: (406) 728-1455    Fax:(406) 549-7077

*Please detach bottom portion and return with payment.*

Christopher Decker
Milodragovich, Dale, Steinbrenner & Nygren, PC
620 High Park Way
PO Box 4947
Missoula, MT 59803

| | | |
|---|---|---|
| Invoice No. | : | 210309 |
| Invoice Date | : | 1/16/2012 |
| **Total Due** | : | **$ 0.00** |

Remit To: **Peterson Reporting Video & Litigation**
          **Services**
          **530 B Street , Suite 350**
          **San Diego, CA 92101-4403**

| | | |
|---|---|---|
| Job No. | : | 164501 |
| BU ID | : | SD |
| Case No. | : | CV-10-128-M-DWM-JCL |
| Case Name | : | David K. Mann v. Redman Van & Storage Co. |

# INVOICE

**Peterson** Reporting
*Truth and Technology, Transcribed.*

530 B Street Suite 350
San Diego, CA 92101
bookadepo.com

800 649 6353 toll free
619 260 1069 tel
619 688 1733 fax

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 210300 | 1/16/2012 | 164502 |

| Job Date | Case No. | |
|---|---|---|
| 1/9/2012 | CV-10-128-M-DWM-JCL | |

| Case Name | | |
|---|---|---|
| David K. Mann v. Redman Van & Storage Co. | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Christopher Decker
Milodragovich, Dale, Steinbrenner & Nygren, PC
620 High Park Way
PO Box 4947
Missoula, MT 59803

Synchronized DVD to the deposition of:
Dr. Tal David                                                          285.00

**TOTAL DUE  >>>**                                      **$285.00**

Thank you for calling Peterson Reporting!
Credit card payments are accepted with an additional 3.5% administration fee.

| | |
|---|---|
| (-) Payments/Credits: | 285.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | **$0.00** |

**PAID**

**Tax ID:** 33-0684781

Phone: (406) 728-1455    Fax:(406) 549-7077

*Please detach bottom portion and return with payment.*

Christopher Decker
Milodragovich, Dale, Steinbrenner & Nygren, PC
620 High Park Way
PO Box 4947
Missoula, MT 59803

| | | |
|---|---|---|
| Invoice No. | : | 210300 |
| Invoice Date | : | 1/16/2012 |
| **Total Due** | : | **$ 0.00** |

Remit To: **Peterson Reporting Video & Litigation**
**Services**
**530 B Street , Suite 350**
**San Diego, CA 92101-4403**

| | | |
|---|---|---|
| Job No. | : | 164502 |
| BU ID | : | US |
| Case No. | : | CV-10-128-M-DWM-JCL |
| Case Name | : | David K. Mann v. Redman Van & Storage Co. |

# INVOICE

## Peterson Reporting
Truth and Technology, Transcribed.

530 B Street Suite 350
San Diego, CA 92101
bookadepo.com

800 649 6353 toll free
619 260 1069 tel
619 688 1733 fax

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 210342 | 1/16/2012 | 164533 |

| Job Date | Case No. | |
|---|---|---|
| 1/10/2012 | CV-10-128-M-DWM-JCL | |

| Case Name | | |
|---|---|---|
| David K. Mann v. Redman Van & Storage Co. | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Christopher Decker
Milodragovich, Dale, Steinbrenner & Nygren, PC
620 High Park Way
PO Box 4947
Missoula, MT 59803

1 CERTIFIED COPY OF TRANSCRIPT OF:
William Holland, M.D.                                                    253.15

**TOTAL DUE >>>**                                              **$253.15**

Thank you for calling Peterson Reporting!
Credit card payments are accepted with an additional 3.5% administration fee.

| (-) Payments/Credits: | 253.15 |
|---|---|
| (+) Finance Charges/Debits: | 0.00 |
| **(=) New Balance:** | **$0.00** |

PAID

**Tax ID:** 33-0684781                    Phone: (406) 728-1455    Fax:(406) 549-7077

*Please detach bottom portion and return with payment.*

Christopher Decker
Milodragovich, Dale, Steinbrenner & Nygren, PC
620 High Park Way
PO Box 4947
Missoula, MT 59803

| Invoice No. | : | 210342 |
|---|---|---|
| Invoice Date | : | 1/16/2012 |
| **Total Due** | : | **$ 0.00** |

| Job No. | : | 164533 |
|---|---|---|
| BU ID | : | SD |
| Case No. | : | CV-10-128-M-DWM-JCL |
| Case Name | : | David K. Mann v. Redman Van & Storage Co. |

Remit To: **Peterson Reporting Video & Litigation
Services
530 B Street , Suite 350
San Diego, CA 92101-4403**

# INVOICE

## **Peterson** Reporting
Truth and Technology, Transcribed.

530 B Street Suite 350
San Diego, CA 92101
bookadepo.com

800 649 6353 toll free
619 260 1069 tel
619 688 1733 fax

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 210340 | 1/16/2012 | 164534 |

| Job Date | Case No. | |
|---|---|---|
| 1/10/2012 | CV-10-128-M-DWM-JCL | |

| Case Name | | |
|---|---|---|
| David K. Mann v. Redman Van & Storage Co. | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Christopher Decker
Milodragovich, Dale, Steinbrenner & Nygren, PC
620 High Park Way
PO Box 4947
Missoula, MT 59803

Synchronized DVD to the deposition of:
William C. Holland                                                    270.00

**TOTAL DUE >>>**                                              **$270.00**

Thank you for calling Peterson Reporting!
Credit card payments are accepted with an additional 3.5% administration fee.

(-) Payments/Credits:                                            270.00
(+) Finance Charges/Debits:                                      0.00
(=) New Balance:                                                **$0.00**

PAID

**Tax ID:** 33-0684781

Phone: (406) 728-1455     Fax:(406) 549-7077

*Please detach bottom portion and return with payment.*

Christopher Decker
Milodragovich, Dale, Steinbrenner & Nygren, PC
620 High Park Way
PO Box 4947
Missoula, MT 59803

| | | |
|---|---|---|
| Invoice No. | : | 210340 |
| Invoice Date | : | 1/16/2012 |
| **Total Due** | : | **$ 0.00** |

Remit To: **Peterson Reporting Video & Litigation**
**Services**
**530 B Street , Suite 350**
**San Diego, CA 92101-4403**

| | | |
|---|---|---|
| Job No. | : | 164534 |
| BU ID | : | US |
| Case No. | : | CV-10-128-M-DWM-JCL |
| Case Name | : | David K. Mann v. Redman Van & Storage Co. |

# INVOICE

Daniel Alzheimer M.D.
PO Box 688
Sheridan, WY 82801

**DATE: 08/29/11**
**INVOICE**

**Bill To:** MILODRAGOVICH, DALE, SCHNEIDER & NYGREN P.C.
ATTN: CHRI S DECKER
PO BOX 4947
620 HIGH PARK WAY
MISSOULA, MT 59806-4947
406-728-1455 ( office )  406-549-7077 ( fax )



| DESCRIPTION | CHARGES |
|---|---|
| MEDICAL REVIEW OF : MCKENZIE MANN | |
| Review of Brain Spect 05/24/11 | $ 150.00 |
| Literature Search Brain Trauma & Spect Imaging ( 1 hour at $ 400.00 / hour ) | $ 400.00 |
| Letter to Chris Decker ( ¼ hour ) | $ 100.00 |
| **TOTAL** | **$ 650.00** |

*Handwritten annotations:*
CLIENT COSTS
NO. 2135/2  ATTY: Chris D
DATE REC'D: 9-12-11
OK TO PAY: YES  NO
REVIEWED BY: CD
PAID CK NO:  DATE
FILED BY:

Please make check payable to :
**Daniel Alzheimer M.D.**
**PO Box 688**
**Sheridan, WY 82801**

SCANNED

# INVOICE

COST/OFFICE
FILE NO. 21357  ATTY CM CD
DATE REC'D  1.11.12
OK TO PAY:  YES  NO
GL #_____ AUTH BY CD
DATE TO PAY_____

| DANIEL ALZHEIMER M.D.<br>P.O. Box 688<br>Sheridan, WY 82801 | **DATE: 01/05/12** |
|---|---|

| **Bill To: MILODRAGOVICH, DALE**<br>**STEINBRENNER & NYGREN, PC**<br>**ATTN: CHRIS DECKER**<br>**PO BOX 4947**<br>**MISSOULA, MT. 59806** | **For:**<br>MEDICAL REVIEW |
|---|---|

| DESCRIPTION | RATE | AMOUNT |
|---|---|---|
| **McKanzie Mann case:** | | |
| Review pertinent literature  4hrs @ $500/hr | | $ 2,000.00 |
| Review prior to deposition  2hrs @ $500/hr | | $ 1,000.00 |
| | **TOTAL** | **$3,000.00** |

THANK YOU FOR YOUR BUSINESS!

SCANNED

# INVOICE

Daniel Alzheimer M.D.
PO Box 688
Sheridan, WY 82801

**DATE: 01/31/2012**
**INVOICE**

**Bill To:** MILODRAGOVICH, DALE, SCHNEIDER & NYGREN P.C.
ATTN: CHRIS S DECKER
PO BOX 4947
620 HIGH PARK WAY
MISSOULA, MT 59806-4947
406-728-1455 ( office )   406-549-7077 ( fax )

| DESCRIPTION | CHARGES |
|---|---|
| MEDICAL REVIEW OF : MCKENZIE MANN | |
| | |
| Book on Brain Injury | $157.49 |
| Travel to Missoula –mileage @ 0.44/mile (962 miles) | $ 423.38 |
| 14 hrs @ $250/hr | $ 3,500.00 |
| Meet with Chris Decker ( x 2 : 10th & 27th) | $500.00 |
| Phone meeting with Dr. Warman 1.5 hrs | $750.00 |
| Review – Jan 27th ( 4 hours) | $ 2,000.00 |
| Review Hipscombs prior testimony ( 3.5 hrs @ $ 500/hr) | $ 1750.00 |
| Article acquisition & review ( 6 hours @ $ 500 /hr) | $ 3,000.00 |
| | |
| **TOTAL** | **$12,080.87** |

Please make check payable to :
Daniel Alzheimer M.D.
PO Box 688
Sheridan, WY 82801