

**Beaufort**
**Consulting, Inc.**
Accident Reconstruction Services

406 East Broadway, Suite 405
Salt Lake City, UT 84111

Tel. (801)-532-9270
Fax (801)-531-8486
Cell (801)-556-4035

# INVOICE

Name: Chris Nygren

Date: August 4, 2011

Address:
Milodragovich, Dale, Steinbrenner, Nygren, HagEstad,
O'Halloran & Schneider
P.O. Box 4947
Missoula, MT 59806

Job Number: 5713
Job Name: Mann v Redman Van

Beaufort Consulting, Inc. Federal Tax ID 87-0638474

| Work Description | Hours | Amount | Total Due |
|---|---|---|---|
| June 2011 | | | |
| File Review | 2.0 | $400.00 | |
| | | | |
| July 2011 | | | |
| Deposition Review | 13.0 | $2600.00 | |
| Travel Time | 6.0 | $1200.00 | |
| Scene Inspection & Mapping | 3.0 | $600.00 | |
| Analysis | 7.0 | $1400.00 | |
| Photogrammetry | 4.0 | $800.00 | |
| Report Preparation | 7.0 | $1400.00 | |
| Direct Costs | | | |
| Airfare | | $1215.40 | |
| Meals | | $6.99 | |
| Rental Car | | $71.49 | |
| Parking | | $7.00 | |
| photo printing | | $13.00 | |
| | | **TOTAL DUE** | **$9713.88** |

CLIENT COSTS

FILE NO: 2135/2 ATTY: Cohn

DATE REC'D: 8-8-11

OK TO PAY: YES NO

REVIEWED BY:

PAID CK NO: DATE:

THANK YOU!
Terms: Net 30 days, 1-1/2% per month thereafter.



**Beaufort**
**Consulting, Inc.**
Accident Reconstruction Services

406 East Broadway, Suite 406
Salt Lake City, UT 84111

Tel. (801)-532-9270
Fax (801)-531-8486
Cell (801)-556-4035

# INVOICE

Name: Chris Nygren

Date: September 20, 2011

Address:
Milodragovich, Dale, Steinbrenner, Nygren, HagEstad,
O'Halloran & Schneider
P.O. Box 4947
Missoula, MT 59806

Job Number: 5713
Job Name: Mann v Redman Van

Beaufort Consulting, Inc.   Federal Tax ID      87-0638474

| Work Description | Hours | Amount | Total Due |
|---|---|---|---|
| **June 2011** | | | |
| File Review | 2.0 | $400.00 | |
| **July 2011** | | | |
| Deposition Review | 13.0 | $2600.00 | |
| Travel Time | 6.0 | $1200.00 | |
| Scene Inspection & Mapping | 3.0 | $600.00 | |
| Analysis | 7.0 | $1400.00 | |
| Photogrammetry | 4.0 | $800.00 | |
| Report Preparation | 7.0 | $1400.00 | |
| Direct Costs | | | |
| Airfare | | $1215.40 | |
| Meals | | $6.99 | |
| Rental Car | | $71.49 | |
| Parking | | $7.00 | |
| photo printing | | $13.00 | |
| | | **TOTAL DUE** | $9713.88 |
| Past Due Interest | | | $145.70 |
| August 2011 | | | |
| Rebuttal Report Preparation | 2.0 | $400.00 | |
| | | **TOTAL DUE** | **$10259.58** |

CLIENT COST
FILE NO./2135/2 ATTY: *Chris*
DATE REC'D: 9-26-11
OK TO PAY:
REVIEWED BY:
PAID CK NO:
FILED BY:

*sent to Darlene to pay directly*

THANK YOU!
Terms: Net 30 days, 1-1/2% per month thereafter.

**CC: CLIENT**

SCANNED

Beaufort
Consulting, Inc.
Accident Reconstruction Services

406 East Broadway, Suite 405
Salt Lake City, UT 84111

Tel. (801)-532-9270
Fax (801)-531-0486
Cell (801)-556-4035

# INVOICE

Name: Chris Nygren

Date: November 16, 2011

Address:
Milodragovich, Dale, Steinbrenner, Nygren, HagEstad,
O'Halloran & Schneider
P.O. Box 4947
Missoula, MT 59806

Job Number: 5713
Job Name: Mann v Redman Van

Beaufort Consulting, Inc. Federal Tax ID     87-0638474

| Work Description | Hours | Amount | Total Due |
|---|---|---|---|
| June 2011 | | | |
| File Review | 2.0 | $400.00 | |
| | | | |
| July 2011 | | | |
| Deposition Review | 13.0 | $2600.00 | |
| Travel Time | 6.0 | $1200.00 | |
| Scene Inspection & Mapping     CLIENT COSTS | 3.0 | $600.00 | |
| Analysis | 7.0 | $1400.00 | |
| Photogrammetry     FILE NO: 2135  QTY: Chris | 4.0 | $800.00 | |
| Report Preparation | 7.0 | $1400.00 | |
| Direct Costs     DATE REC'D: 1-18-11 | | | |
| Airfare | | $1215.40 | |
| Meals     OK TO PAY:  YES      NO | | $6.99 | |
| Rental Car | | $71.49 | |
| Parking     REVIEWED BY: Chris | | $7.00 | |
| photo printing | | $13.00 | |
| PAID CK NO: | | | |
| | | TOTAL DUE | $9713.88 |
| Past Due Interest | | | $145.70 |
| August 2011 | | | |
| Rebuttal Report Preparation | 2.0 | $400.00 | |
| | | TOTAL DUE | $10259.58 |
| Payment Received Thank You! | | | $10113.88 |
| | | | |
| November 2011 | | | |
| Deposition Preparation | 4.0 | $800.00 | |
| Meeting and Consultation | 1.0 | $200.00 | |
| | | TOTAL DUE | $1000.00 |

THANK YOU!
Terms: Net 30 days, 1-1/2% per month thereafter.

# Beaufort Consulting, Inc.
Accident Reconstruction Services

406 East Broadway, Suite 405
Salt Lake City, UT 84111

Tel. (801)-532-9270
Fax (801)-531-8486
Cell (801)-556-4035

# INVOICE

Name: Chris Nygren

Date: January 31, 2012

Address:
Milodragovich, Dale, Steinbrenner, Nygren, HagEstad,
O'Halloran & Schneider
P.O. Box 4947
Missoula, MT 59806

Job Number: 5713
Job Name: Mann v Redman Van

Beaufort Consulting, Inc.   Federal Tax ID    87-0638474

| Work Description | Hours | Amount | Total Due |
|---|---|---|---|
| **June 2011** | | | |
| File Review | 2.0 | $400.00 | |
| | | | |
| **July 2011** | | | |
| Deposition Review | 13.0 | $2600.00 | |
| Travel Time | 6.0 | $1200.00 | |
| Scene Inspection & Mapping | 3.0 | $600.00 | |
| Analysis | 7.0 | $1400.00 | |
| Photogrammetry | 4.0 | $800.00 | |
| Report Preparation | 7.0 | $1400.00 | |
| Direct Costs | | | |
| Airfare | | $1215.40 | |
| Meals | | $6.99 | |
| Rental Car | | $71.49 | |
| Parking | | $7.00 | |
| photo printing | | $13.00 | |
| | | | |
| | | TOTAL DUE | $9713.88 |
| Past Due Interest | | | $145.70 |
| **August 2011** | | | |
| Rebuttal Report Preparation | 2.0 | $400.00 | |
| | | TOTAL DUE | $10259.58 |
| Payment Received Thank You! | | | $10113.88 |
| | | | |
| **November 2011** | | | |
| Deposition Preparation | 4.0 | $800.00 | |
| Meeting and Consultation | 1.0 | $200.00 | |
| | | PAST DUE | $1000.00 |

# THANK YOU!
Terms: Net 30 days, 1-1/2% per month thereafter.

**Beaufort**
**Consulting, Inc.**
Accident Reconstruction Services

406 East Broadway, Suite 405
Salt Lake City, UT 84111

Tel. (801)-532-9270
Fax (801)-591-8466
Cell (801)-556-4035

# INVOICE CONTINUED

Name:  Chris Nygren

Date: January 31, 2012

Job Number:  5713
Job Name:  Mann v Redman Van

Beaufort Consulting, Inc.  Federal Tax ID     87-0638474

| Work Description | Hours | Amount | Total Due |
|---|---|---|---|
| January 2012 | | | |
| Meeting and Consultation | 1.0 | $200.00 | |
| Exhibit Creation | 1.0 | $200.00 | |
| Court Preparation | 5.0 | $1000.00 | |
| Court Time | 3.0 | $600.00 | |
| Travel Time | 5.0 | $1000.00 | |
| Video Editing | 1.0 | $200.00 | |
| Direct Costs | | | |
| Airfare | | $1271.60 | |
| Rental Car | | $106.01 | |
| Meals and Lodging | | $283.92 | |
| Plotting | | $58.24 | |
| | | **TOTAL DUE** | **$5919.77** |

## THANK YOU!
Terms: Net 30 days, 1-1/2% per month thereafter.

INNOVATIVE SAFETY SOLUTIONS, INC

3310 BALDY DR
HELENA MT 59602

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/29/2011 | 505 |

| Bill To |
|---------|
| Milodragovich, Dale, Steinbrenner & Nygre |

COST/OFFICE
FILE NO. 2135 R ATTY CTN
DATE REC'D 7.29.11
OK TO PAY  YES  NO
GL#_____AUTH BY_____
DATE TO PAY_____

| Description | Amount |
|-------------|--------|
| **EXPERT WITNESS FEES** | 6,525.00 |
| 05-18-11       Approximate first Contact | |
| 06-17   2.0 hrs   Review of case information – Conference with Chris Decker | |
| 06-28   3.5 hrs   Review of case information – Conference with Chris Decker | |
| 07-13   1.5 hrs   Review of case information – Conference with Chris Decker | |
| 07-19   1.0 hrs   Conference with Chris Nygren | |
| 07-26   5.5 hrs   Review of case information and preparation of Expert Report | |
| 07-27   4.0 hrs   Review of case information and preparation of Expert Report | |
| 07-28   6.5 hrs   Review of case information and preparation of Expert Report | |
| 07-29   5.0 hrs   Completion and submitting Expert Report – conference call with Chris Decker | |

EIN # 68-0550533

| **Total** | $6,525.00 |
|-----------|-----------|

SCANNED

## INNOVATIVE SAFETY SOLUTIONS, INC

3310 BALDY DR
HELENA MT 59602

# Invoice

| Date | Invoice # |
|------|-----------|
| 8/29/2011 | 508 |

| Bill To |
|---------|
| Milodragovich, Dale, Steinbrenner & Nygre |

| Description | Amount |
|-------------|--------|
| CONSULTING FEES | 4,837.50 |
| 08-08  1.0 hrs    Review Plaintiffs Expert Report | |
| 08-25  5.0 hrs    Review Plaintiffs Expert Report – Prepare Rebuttal Report | |
| 08-26  9.5 hrs    Prepare Rebuttal Report – Conference call with Chris Decker | |
| 08-27  3.5 hrs    Prepare Rebuttal Report – Conference call with Chris Decker | |
| 08-28  1.5 hrs    Prepare Rebuttal Report | |
| 08-29  1.0 hrs    Finalize Rebuttal Report and submit to Chris Decker | |

EIN # 68-0550533

**Total**      $4,837.50

INNOVATIVE SAFETY SOLUTIONS, INC

# Invoice

3310 BALDY DR
HELENA MT 59602

| Date | Invoice # |
|------|-----------|
| 1/28/2012 | 531 |

**Bill To**

Milodragovich, Dale, Steinbrenner & Nygre

| Description | Amount |
|-------------|--------|
| **EXPERT WITNESS FEES** | 5,287.50 |
| 11-27   3.0 hrs   Preparation for Deposition | |
| 11-28   2.5 hrs   Preparation for Deposition | |
| 11-29   1.0 hrs   Preparation for Deposition | |
| 01-03   1.5 hrs   Review of case documents | |
| 01-11   4.0 hrs   Meeting with Chris Decker – trial prep | |
| 01-13   5.0 hrs   Review of Deposition and case materials for trial – trial prep | |
| 01-20   4.5 hrs   Review of case materials – trial prep | |
| 01-26   2.0 hrs   Meet with Chris Decker – trial prep | |
| | |
| **EXPERT WITNESS FEES - Travel Time** | 1,050.00 |
| 01-26   4.0 hrs   Travel to Missoula | |
| 01-27   2.0 hrs   Return Travel to Helena | |
| | |
| **EXPERT WITNESS FEES- Trial Testimony** | 1,600.00 |
| 01-27   4.0 hrs   Trial Testimony | |
| | |
| **TRAVEL COSTS** | 672.29 |
| 01-11-12 | |
| 200 miles travel to Missoula and to Accident site | |
| 01-26/27 | |
| 240 miles round trip to Missoula | |
| | |
| 01-26 | |
| 1 night Lodging in Missoula | |
| | |
| 3 days meals | |
| | |
| **CREDIT FOR RETAINER** | -3,500.00 |

| EIN # 68-0550533 | **Total** | $5,109.79 |
|------------------|-----------|-----------|

# GALUSHA,HIGGINS&GALUSHA,PC

101 East Front, Suite 301
P.O. Box 8867
Missoula, MT 59807
406-728-1800

DATE REC'D: _____ 9-2-11
FILE NO: 2135/2 ATTY: CrW
REVIEWED BY: _____
FILED BY: _____

Redman Van & Storage Company, Inc.
C/O Milodragovich, Dale, Steinbrenner & Nygren, PC
PO Box 4947
Missoula, MT 59806

COST/OFFICE
FILE NO. 2135 2 ATTY C IN
DATE REC'D 9-2-11
OK TO PAY   YES   NO
GLS _____ AUTH BY _____
DATE TO PAY _____

Invoice No.    121365
Date           08/31/2011
Client No.     64600600F

## Professional Services as Follows:

Services related to preparation of expert report and calculation of
economic damages in the Mann v. Redman Van and Storage
matter. (13 hrs @ $200, 24.5 hrs @ $115 and .5 hrs @ $62).

| | | |
|---|---|---|
| Current Amount Due | $ | 5,448.50 |
| Prior Balance | | 0.00 |
| Total Amount Due | $ | 5,448.50 |

Please note, our billing practices call for 10% interest on amounts not paid within 30 days of original invoice.

----Please detach and return with your payment---
Redman Van & Storage Company, Inc.        64600600F        121365        $        5,448.50

Galusha, Higgins & Galusha, PC
101 East Front, Suite 301
P.O. Box 8867
Missoula, MT 59807                                                        08/31/2011



R o c k y   M o u n t a i n   R e h a b   P.C.

Bill To:

Milodragovich, Dale, Steinbrenner & Nygre
P.O. Box 4947
Missoula, MT 59806

| Invoice # |
|---|
| 2407 |

# Invoice

| Client | Terms | Date |
|---|---|---|
| M. Mann | Net 15 | 9/2/2011 |

| Date | Activity | Summary of services | Minutes | Rate | Amount |
|---|---|---|---|---|---|
| 8/3/2011 | LCP 2011 | Referral from Chris Decker and Chris Nygren | 20 | 0.00 | 0.00 |
| 8/6/2011 | LCP 2011 | Started review of medical records | 65 | 3.00 | 195.00 |
| 8/7/2011 | LCP 2011 | Continued review of medical records | 75 | 3.00 | 225.00 |
| 8/8/2011 | LCP 2011 | Call to Chris Decker | 15 | 0.00 | 0.00 |
| 8/9/2011 | LCP 2011 | Start of report | 150 | 3.00 | 450.00 |
| 8/24/2011 | LCP 2011 | Call from Chris and Chris | 30 | 0.00 | 0.00 |
| 8/24/2011 | LCP 2011 | Review of Dr. Goldstein's report | 20 | 3.00 | 60.00 |
| 8/24/2011 | LCP 2011 | Call to Chris Decker | 10 | 0.00 | 0.00 |
| 8/24/2011 | LCP 2011 | Call to Dr. Goldstein's office | 5 | 0.00 | 0.00 |
| 8/24/2011 | LCP 2011 | Call back from Dr. Goldstein | 10 | 3.00 | 30.00 |
| 8/24/2011 | LCP 2011 | Email and form sent to Dr. Goldstein | 20 | 3.00 | 60.00 |
| 8/25/2011 | LCP 2011 | Call from Dr. Rosen | 60 | 3.00 | 180.00 |
| 8/26/2011 | LCP 2011 | Letters and form sent to Dr. Rosen | 60 | 3.00 | 180.00 |
| 8/26/2011 | LCP 2011 | Conference call with Chris and Dr. Rosen | 35 | 3.00 | 105.00 |
| 8/26/2011 | LCP 2011 | Work on report | 750 | 3.00 | 2,250.00 |
| 8/27/2011 | LCP 2011 | Work on report | 390 | 3.00 | 1,170.00 |
| 8/28/2011 | LCP 2011 | Work on report | 210 | 3.00 | 630.00 |
| 9/2/2011 | LCP 2011 | Review of new records sent | 5 | 3.00 | 15.00 |

CLIENT COSTS

FILE NO. 2135/2 ATTY: Chris N

DATE REC'D: 9-7-11

OK TO PAY: YES     NO

REVIEWED BY:

PAID CK. NO.     D.T.E

FILE BY:

| | | | | Total: | $5,550.00 |
|---|---|---|---|---|---|



Rocky Mountain Rehab P.C.

| Invoice # |
| --- |
| 2450 |

**Bill To:**
Milodragovich, Dale, Steinbrenner & Nygre
P.O. Box 4947
Missoula, MT 59806

# Invoice

| Client | Terms | Date |
| --- | --- | --- |
| M. Mann | Net 15 | 11/22/2011 |

| Date | Activity | Summary of services | Minutes | Rate | Amount |
| --- | --- | --- | --- | --- | --- |
| 11/15/2011 | Deposition | Review of report and brief review of records prior to phone call with Chris | 45 | 3.00 | 135.00 |
| 11/15/2011 | Deposition | Call from Chris in preparation for deposition | 30 | 3.00 | 90.00 |
| 11/21/2011 | Deposition | Started review of medical file and report for deposition | 90 | 5.00 | 450.00 |
| 11/22/2011 | Deposition | Completed review for deposition | 90 | 5.00 | 450.00 |
| 11/22/2011 | Deposition | Meeting with Chris prior to deposition | 60 | 3.00 | 180.00 |

CLIENT COSTS

FILE NO: 2135/2 ATTY C____

DATE REC'D: 11-23-11

OK TO PAY: YES     NO

REVIEWED BY: ____

PAID CK NO: ____ DATE ____

FILE: ____

| | | | **Total:** | | $1,305.00 |
| --- | --- | --- | --- | --- | --- |



## Rocky Mountain Rehab PC

**To:**
Milodragovich, Dale, Steinbrenner & Nygre
P.O. Box 4947
Missoula, MT 59806

# Invoice

| Case | Invoice # | Date | Terms |
|------|-----------|------|-------|
| Makenzie Mann | 2501 | 12/31/2011 | Due on receipt |

| Date | Service/Activity | Summary of Services/Activities | Minutes | Rate | Amount |
|------|------------------|-------------------------------|---------|------|--------|
| 12/2/2011 | LCP 2011 | Review of Gracey report for his deposition | 90 | 3.00 | 270.00 |
| 12/4/2011 | LCP 2011 | Continued review of Gracey report | 75 | 3.00 | 225.00 |
| 12/10/2011 | LCP 2011 | Continued review of Gracey report | 120 | 3.00 | 360.00 |
| 12/12/2011 | LCP 2011 | Email to Chris | 5 | 3.00 | 15.00 |

| | |
|---|---|
| Total | $870.00 |
| Payments/Credits | $-825.00 |
| **Balance Due** | **$45.00** |



R o c k y   M o u n t a i n   R e h a b   p.c.

Invoice #

2485

**Bill To:**
Milodragovich, Dale, Steinbrenner & Nygre
P.O. Box 4947
Missoula, MT 59806

# Invoice

| Client | Terms | Date |
|--------|-------|------|
| Makenzie Mann | Due on receipt | 12/22/2011 |

| Date | Activity | Summary of services | Minutes | Rate | Amount |
|------|----------|---------------------|---------|------|--------|
| 1/30/2012 | Trial | Review of records in preparation for trial | 240 | 3.00 | 720.00 |
| 1/30/2012 | Travel | Travel to Missoula | 360 | 3.00 | 1,080.00 |
| 1/30/2012 | Travel | Mileage: 345 miles x $.51 per mile | | 175.95 | 175.95 |
| 1/30/2012 | Travel | Hotel | | 119.00 | 119.00 |
| 1/31/2012 | Trial | Meeting with attorneys/legal team; study/review file | 300 | 3.00 | 900.00 |
| 1/31/2012 | Trial | Waiting in courthouse/testifying | 180 | 6.66667 | 1,200.00 |
| 1/31/2012 | Travel | Hotel | | 119.00 | 119.00 |
| 2/1/2012 | Travel | Travel to Billings | 360 | 3.00 | 1,080.00 |
| 2/1/2012 | Travel | Mileage: 345 miles x $.51 per mile | | 175.95 | 175.95 |

| | Total: | $5,569.90 |
|---|--------|-----------|



# Neurology Learning and Behavior Center

230 South 500 East, Suite 100
Salt Lake City, UT 84102
(801)532-1484

**CHRIS NYGREN, ESQ**
**PO BOX 4947**
**MISSOULA, MT 59806**

Page 1

Account Number: MANN000002
MAKENZIE MANN

August 23, 2011

| Date | Patient | Bill No. | Description | | Amount |
|------|---------|----------|-------------|--|--------|
| 7/13/2011 | MAKENZIE | 38276 | RETAINER | | ($1,500.00) |
| 7/14/2011 | MAKENZIE | 38276 | RECORD REVIEW | | $550.00 |
| | | | | Total for Bill No. 38276 | ($950.00) |
| 8/5/2011 | MAKENZIE | 38357 | RECORD REVIEW | | $275.00 |
| 8/8/2011 | MAKENZIE | 38357 | RECORD REVIEW | | $275.00 |
| 8/10/2011 | MAKENZIE | 38357 | RECORD REVIEW | | $275.00 |
| 8/12/2011 | MAKENZIE | 38357 | EVALUATION -- PSYCHOLOGIST | | $4,500.00 |
| 8/12/2011 | MAKENZIE | 38357 | PSYCHOLOGY ASSISTANT | | $2,200.00 |
| 8/12/2011 | MAKENZIE | 38357 | AIRFARE | | $946.80 |
| 8/12/2011 | MAKENZIE | 38357 | HOTEL | | $590.73 |
| 8/12/2011 | MAKENZIE | 38357 | Expenses . | | $60.41 |
| 8/19/2011 | MAKENZIE | 38357 | CONSULTATION (ATTORNEY) | | $275.00 |
| 8/23/2011 | MAKENZIE | 38357 | RESEARCH AND REPORT | | $275.00 |
| | | | | Total for Bill No. 38357 | $9,672.94 |

| Current | > 30 Days | > 60 Days | > 90 Days | Balance |
|---------|-----------|-----------|-----------|---------|
| $8,722.94 | | | | $8,722.94 |

PLEASE NOTE:

---

Please detach and send to the following address.

Neurology Learning and Behavior Center
230 South 500 East, Suite 100
Salt Lake City, UT 84102

Account number: MANN000002
MAKENZIE MANN

Amount enclosed: _____

Check Number: _____
- Or -

Credit Card Number (Visa/MasterCard/AM/Discover): _____

Expiration Date: _____

CLIENT COSTS

INV. NO. _____ QTY. _____

OK TO PAY:   YES     NO

REVIEWED BY: _____

PAID CK NO: _____ DATE _____

RET. BY. _____                    Page 1



# Neurology Learning and Behavior Center

230 South 500 East, Suite 100
Salt Lake City, UT 84102
(801)532-1484

**CHRIS NYGREN, ESQ**
**PO BOX 4947**
**MISSOULA, MT 59806**

Account Number: MANN000002
MAKENZIE MANN

November 2, 2011

| Date | Patient | Bill No. | Description | Amount |
|------|---------|----------|-------------|--------|
| 7/14/2011 | MAKENZIE | 38276 | RECORD REVIEW | $550.00 |
| 7/13/2011 | MAKENZIE | 38276 | RETAINER | ($1,500.00) |
| | | | Total for Bill No. 38276 | ($950.00) |
| 8/5/2011 | MAKENZIE | 38357 | RECORD REVIEW | $275.00 |
| 8/8/2011 | MAKENZIE | 38357 | RECORD REVIEW | $275.00 |
| 8/10/2011 | MAKENZIE | 38357 | RECORD REVIEW | $275.00 |
| 8/12/2011 | MAKENZIE | 38357 | EVALUATION -- PSYCHOLOGIST | $4,500.00 |
| 8/12/2011 | MAKENZIE | 38357 | PSYCHOLOGY ASSISTANT | $2,200.00 |
| 8/12/2011 | MAKENZIE | 38357 | AIRFARE | $946.80 |
| 8/12/2011 | MAKENZIE | 38357 | HOTEL | $590.73 |
| 8/12/2011 | MAKENZIE | 38357 | Expenses | $60.41 |
| 8/19/2011 | MAKENZIE | 38357 | CONSULTATION (ATTORNEY) | $275.00 |
| 8/23/2011 | MAKENZIE | 38357 | RESEARCH AND REPORT | $275.00 |
| 10/3/2011 | MAKENZIE | 38357 | PAYMENT BY ATTORNEY TRANSGUARD INS. CO.-CK# 002080209 | ($8,722.94) |
| | | | Total for Bill No. 38357 | $950.00 |
| 8/24/2011 | MAKENZIE | 38433 | LIFE CARE PLANNER CONSULT | $137.50 |
| 8/25/2011 | MAKENZIE | 38433 | REVIEW OF LIFECARE PLAN | $137.50 |
| | | | Total for Bill No. 38433 | $275.00 |
| 9/1/2011 | MAKENZIE | 38456 | RECORD REVIEW & LETTER | $137.50 |
| 10/19/2011 | MAKENZIE | 38456 | PAYMENT BY ATTORNEY TRANSGUARD INS. CO | ($412.50) |
| | | | Total for Bill No. 38456 | ($275.00) |
| 10/31/2011 | MAKENZIE | 38668 | CONSULTATION (ATTORNEY) | $275.00 |
| | | | Total for Bill No. 38668 | $275.00 |

| Current | > 30 Days | > 60 Days | > 90 Days | | Balance |
|---------|-----------|-----------|-----------|--|---------|
| $275.00 | | | | | $275.00 |

PLEASE NOTE:

**CHRIS NYGREN, ESQ**
**PO BOX 4947**
**MISSOULA, MT 59806**

November 2, 2011

| Date | Patient | Bill No. | Description | Amount |
|------|---------|----------|-------------|--------|
|      |         |          |             |        |

Please detach and send to the following address.

Neurology Learning and Behavior Center
230 South 500 East, Suite 100
Salt Lake City, UT 84102

Account number: MANN000002
MAKENZIE MANN

Amount enclosed: _____

Check Number: _____
- Or -
Credit Card Number (Visa/MasterCard/AM/Discover): _____

Expiration Date: _____

CLIENT COSTS
FILE NO. 21352 ATTY: Chris
ECD: 2-6-12
OK TO PAY: YES HO
REVIEWED BY:
PAID CK NO: DATE:
SUP: 57: Page 1



# Neurology Learning and Behavior Center

230 South 500 East, Suite 100
Salt Lake City, UT 84102-2048
(801)532-1484

**CHRIS NYGREN, ESQ**
**PO BOX 4947**
**MISSOULA, MT 59806**

Account Number: MANN000002
MAKENZIE MANN

February 2, 2012

| Date | Patient | Bill No. | Description | Amount |
|------|---------|----------|-------------|--------|
| | | | Balance Forward | ($950.00) |
| 8/5/2011 | MAKENZIE | 38357 | RECORD REVIEW | $275.00 |
| 8/8/2011 | MAKENZIE | 38357 | RECORD REVIEW | $275.00 |
| 8/10/2011 | MAKENZIE | 38357 | RECORD REVIEW | $275.00 |
| 8/12/2011 | MAKENZIE | 38357 | EVALUATION -- PSYCHOLOGIST | $4,500.00 |
| 8/12/2011 | MAKENZIE | 38357 | PSYCHOLOGY ASSISTANT | $2,200.00 |
| 8/12/2011 | MAKENZIE | 38357 | AIRFARE | $946.80 |
| 8/12/2011 | MAKENZIE | 38357 | HOTEL | $590.73 |
| 8/12/2011 | MAKENZIE | 38357 | Expenses | $60.41 |
| 8/19/2011 | MAKENZIE | 38357 | CONSULTATION (ATTORNEY) | $275.00 |
| 8/23/2011 | MAKENZIE | 38357 | RESEARCH AND REPORT | $275.00 |
| 10/3/2011 | MAKENZIE | 38357 | PAYMENT BY ATTORNEY | ($8,722.94) |
| | | | TRANSGUARD INS. CO.-CK# 002080209 | |
| | | | Total for Bill No. 38357 | $950.00 |
| 8/24/2011 | MAKENZIE | 38433 | LIFE CARE PLANNER CONSULT | $137.50 |
| 8/25/2011 | MAKENZIE | 38433 | REVIEW OF LIFECARE PLAN | $137.50 |
| | | | Total for Bill No. 38433 | $275.00 |
| 9/1/2011 | MAKENZIE | 38456 | RECORD REVIEW & LETTER | $137.50 |
| 10/19/2011 | MAKENZIE | 38456 | PAYMENT BY ATTORNEY | ($412.50) |
| | | | TRANSGUARD INS. CO | |
| | | | Total for Bill No. 38456 | ($275.00) |
| 10/31/2011 | MAKENZIE | 38668 | CONSULTATION (ATTORNEY) | $275.00 |
| 11/14/2011 | MAKENZIE | 38668 | PAYMENT BY ATTORNEY | ($275.00) |
| | | | CHRIS NYGREN, ESQ | |
| | | | Total for Bill No. 38668 | $0.00 |
| 1/23/2012 | MAKENZIE | 38980 | AIRFARE | $150.00 |
| | | | - AIRLINE CANCELLATION FEE | |
| 1/26/2012 | MAKENZIE | 38980 | TRAVEL & TESTIMONY | $5,500.00 |
| 1/26/2012 | MAKENZIE | 38980 | AIRFARE | $1,121.60 |
| 1/26/2012 | MAKENZIE | 38980 | EXPENSES | $30.00 |
| | | | - PER DIEM | |
| | | | Total for Bill No. 38980 | $6,801.60 |

**CHRIS NYGREN, ESQ**
**PO BOX 4947**
**MISSOULA, MT 59806**

February 2, 2012

| Date | Patient | Bill No. | Description | Amount |
|------|---------|----------|-------------|--------|

| Current<br>$6,801.60 | > 30 Days | > 60 Days | > 90 Days | Balance<br>$6,801.60 |
|---------|-----------|-----------|-----------|---------|

PLEASE NOTE:

Please detach and send to the following address.

Neurology Learning and Behavior Center
230 South 500 East, Suite 100
Salt Lake City, UT 84102-2048

Account number: MANN000002
MAKENZIE MANN

Amount enclosed: _____

Check Number: _____
- Or -

Credit Card Number (Visa/MasterCard/AM/Discover): _____

Expiration Date: _____



# Neurology Learning and Behavior Center

230 South 500 East, Suite 100
Salt Lake City, UT 84102
(801)532-1484

CLIENT COSTS
FILE NO. 12135/2 ATTY: Chris
DATE RECD: 10-7-11

OK TO PAY:  YES     NO

REVIEWED BY:

PAID CK NO:          DATE:

FILED BY:                Page 1

**CHRIS NYGREN, ESQ**
**PO BOX 4947**
**MISSOULA, MT 59806**

Account Number: MANN000002
MAKENZIE MANN

October 4, 2011

| Date | Patient | Bill No. | Description | Amount |
|------|---------|----------|-------------|--------|
| 8/24/2011 | MAKENZIE | 38433 | LIFE CARE PLANNER CONSULT | $137.50 |
| 8/25/2011 | MAKENZIE | 38433 | REVIEW OF LIFECARE PLAN | $137.50 |
| | | | Total for Bill No. 38433 | $275.00 |
| 9/1/2011 | MAKENZIE | 38456 | RECORD REVIEW & LETTER | $137.50 |
| | | | Total for Bill No. 38456 | $137.50 |

| Current | > 30 Days | > 60 Days | > 90 Days | Balance |
|---------|-----------|-----------|-----------|---------|
| | $412.50 | | | $412.50 |

PLEASE NOTE:

Please detach and send to the following address.

Neurology Learning and Behavior Center
230 South 500 East, Suite 100
Salt Lake City, UT 84102

Account number: MANN000002
MAKENZIE MANN

Amount enclosed: _____

Check Number: _____
- Or -

Credit Card Number (Visa/MasterCard/AM/Discover): _____
Expiration Date: _____

Page 1



# Neurology Learning and Behavior Center

230 South 500 East, Suite 100
Salt Lake City, UT 84102-2048
(801)532-1484

**CHRIS NYGREN, ESQ**
**PO BOX 4947**
**MISSOULA, MT 59806**

Account Number: MANN000002
MAKENZIE MANN

January 24, 2012

| Date | Patient | Bill No. | Description | Amount |
|------|---------|----------|-------------|--------|
| 1/23/2012 | MAKENZIE | 38980 | AIRFARE<br>- AIRLINE CANCELLATION FEE | $150.00 |
| 1/26/2012 | MAKENZIE | 38980 | TRAVEL & TESTIMONY | $5,500.00 |
| 1/26/2012 | MAKENZIE | 38980 | AIRFARE | $1,121.60 |
| 1/26/2012 | MAKENZIE | 38980 | EXPENSES<br>- PER DIEM | $30.00 |

Total for Bill No. 38980  $6,801.60

| Current | > 30 Days | > 60 Days | > 90 Days | Balance |
|---------|-----------|-----------|-----------|---------|
| $6,801.60 | | | | $6,801.60 |

PLEASE NOTE:

---

Please detach and send to the following address.

Neurology Learning and Behavior Center
230 South 500 East, Suite 100
Salt Lake City, UT 84102-2048

Account number: MANN000002
MAKENZIE MANN

Amount enclosed: _____

Check Number: _____
- Or -

Credit Card Number (Visa/MasterCard/AM/Discover): _____
Expiration Date: _____

## Your purchase is complete. Thank you for choosing Delta.

### Flight Confirmation Number: GJD6R2

Enjoy improved benefits to help speed you through the airport including faster check-in, our
highest boarding priority, expedited baggage service, and more.

**What's Next**
Now that you've finished booking your trip:

* Your eTicket receipt(s) and confirmation have been sent to sam@samgoldstein.com.
* Delta Messenger will send flight updates based on the contact preferences in your profile. **Subscribe/edit** your contact preferences now.
* Visit **My Trips** to access your itinerary and manage your flight online.
* Add **Trip Protector** to protect against trip cancellations and interruptions with Access America.
* If you have a smartphone, **get the Delta app** to check in, get alerts on flight and gate changes, and more.

Please go to **My Trips** to verify the status of any upgrades.

Get Notifications      Add to Calendar      Add Trip Services & Activities

| Outbound  Thu, 26 Jan 2012 | | | | | | Show Details |
|---|---|---|---|---|---|---|
| 9:45am  SLC | 11:25am  MSO | Nonstop 1 hr 40 min  Delta 4540 [1] | Economy (M) | Not Upgrade Eligible | | |
| Operated by: | [1]SkyWest Dba Delta Connection | | | | | |

| Return  Thu, 26 Jan 2012 | | | | | | Show Details |
|---|---|---|---|---|---|---|
| 5:30pm  MSO | 6:53pm  SLC | Nonstop 1 hr 23 min  Delta 4754 [1] | Economy (M) | Not Upgrade Eligible | | |
| Operated by: | [1]SkyWest Dba Delta Connection | | | | | |

In-Flight services and amenities may vary and are subject to change.

Total balance due (including taxes/fees):  $1,121.60 (USD)

Book with confidence. See Delta's Best Fare Guarantee.

Miles earned = 1500
MQMs earned = 1500 (details)

View taxes/fees policies.
View change & cancellation policies.
View baggage policies.
This ticket is non-refundable.

| Passenger | From | To | Seat Assignment | | Special Services (e.g. Wheelchair) |
|---|---|---|---|---|---|
| Dr. Samuel Jack Goldstein SkyMiles # 1001SS1058 Diamond / Elite Plus | Salt Lake City, UT (SLC) | Missoula, MT (MSO) | 02C | Change Seats | Add/Edit |
| | Missoula, MT (MSO) | Salt Lake City, UT (SLC) | 01C | Change Seats | Add/Edit |

### Passenger Information

**Contact**
Telephone numbers: 801-580-7585 (Home), 801-832-1484 (Business)
**Billing Information**

| Payment Type: | American Express, ***********2001 |
|---|---|
| Payee: | Dr. Samuel Jack Goldstein 230 S 500 E Ste 100 Salt Lake City, UT 84102, United States |

Feedback




| Price per Passenger | | | | | # of Psgrs | Total Price of Ticket(s) |
|---|---|---|---|---|---|---|
| Fare | U.S. Tax(es) | Base Fare | Taxes/Fees | Subtotal | | |
| $1,023.26 (USD) | $76.74 (USD) | $1,100.00 (USD) | $21.60 (USD) | $1,121.60 (USD) | 1 | $1,121.60 (USD) |

View fare rules
View Taxes/Fees

Travel may be on other airlines.
Terms and conditions apply to all offers and
SkyMiles benefits. See specific offer for details,
and visit SkyMiles Membership Guide & Program
Rules.
+Subject to government approval.

| Baggage Fees (per passenger each way) | | Economy Class | First / Business Elite[1] |
|---|---|---|---|
| Carry-on Baggage (one bag plus one personal item) | Carry-on Baggage | Complimentary | Complimentary |
| First Checked Bag **Want first bag free?** | Checked Baggage | Within U.S. and Canada: $25 U.S./Canada and Caribbean: $25 International: Complimentary | Complimentary |
| Second Checked Bag* | | Within U.S. and Canada: $40 Mexico, Central America, and Caribbean: $40 Japan and Micronesia: $40 South America, Transatlantic and Transpacific: $75 | Complimentary |

[1]SkyMiles Medallion Members are eligible for fee waivers and other benefits.
Lower fees may be available when you check-in online. Fees are charged in CAD or EUR for flights exiting Canada or Europe respectively.
Additional fees apply for oversize, overweight, or additional pieces of checked baggage. Please review Delta's **baggage guidelines** for details.
*Travelers to/from Key West Florida are limited to one checked bag.

## Total Amounts Charged

Flight:                                                          $1,121.60 (USD)

Total amount charged (including taxes/fees):          $1,121.60 (USD)

## A Greener Way to Fly

Delta Air Lines has partnered with The Nature Conservancy® to help you offset your carbon footprint for this trip and offer you other ways to sustain our environment.





# CIIR

## Colorado Institute for Injury Rehabilitation, Inc.

December 13, 2011                                    Invoice #12565

Christian Nygren, Esq.                              RE: Makenzie Mann
Milodragovich, Dale, Steinbrenner & Nygren,
PC
PO Box 4947
Missoula, MT 59806

Professional Services

|          |                                            | Hours | Amount     |
|----------|--------------------------------------------|-------|------------|
| 12/13/11 | Deposition scheduled for December 19, 2011 | 2.00  | 1,150.00   |
|          | For Professional Services Rendered         | 2.00  | $1,150.00  |

Consultant Summary

| Consultant                        | Hours | Rate   | Amount     |
|-----------------------------------|-------|--------|------------|
| James M. Gracey, Ed.D., CRC, CLCP | 2.00  | 575.00 | $1,150.00  |

PLEASE MAKE CHECK PAYABLE TO:              Fed ID# 84-1298928
Colorado Institute for Injury Rehabilitation
1660 S. Albion Street, Suite 1010
Denver, CO 80222

TOTAL DUE UPON RECEIPT OF INVOICE

paid 12|4.11
SCANNED

North County Neurology Associates

3907 Waring Road #2
Oceanside, CA 92056

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/23/2011 | 201102614 |

**Bill To**

TYSON B LOGAN, ESQ
VIA EMAIL: LOGAN@SPENCELAWYERS.COM
CASE: MAKENZIE MANN

| Description | Amount |
|-------------|--------|
| ML DEPO RE MAKENZIE MANN BY KALYANI KORABATHINA, MD - 9/15/11 - 2.5 HRS | 1,875.00 |

*Cost split with Tyson. We pay for only one hour. Miva $750*

Please remit payment to the attention of Lorri Mercuriali. 760/631-3000 x2119. Thank you.

**Total**  $1,875.00

## Christine Wood, M.D.

4547 Sun Valley Road • Del Mar, CA 92014
Phone: 760.579.9077 • Fax: 858.794.7610
E-Mail: drwood@kidseatgreat.com
Web: www.kidseatgreat.com

# INVOICE

Date: January 11, 2012
Invoice # 201

**To:**     Tyson Logan
Spence Law Firm
15 South Jackson Street
Jackson, WY 83001
307.733.7290
LOGAN@SPENCELAWYERS.COM

| | HOURS | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| | 2.5 | Deposition Makenzie Mann case with videotaping | $450/hr | $1125 |
| | | | | |
| | | | | |
| | | | | |
| $675 Paid by Spence Law on 10/21/11 | | | | -$675 |
| | | | Total | $450 |

MAKE CHECKS PAYABLE TO CHRISTINE WOOD

THANK YOU!

# **MZ** Engineering

Mariusz Ziejewski, Ph.D.          2363 20th Ave. S. Fargo, ND 58103          Phone: (701) 232-9223
                                  Mariusz.Ziejewski@ndsu.edu                 Fax: (701) 293-1454

August 1, 2011

Christopher Decker                          *via fax only 406-549-7077*
Milodragovich Dale Steinbrenner & Nygren
P.O.Box 4947
Missoula, MT 59806

## INVOICE
### *Statement of Account for services rendered through July 29, 2011*
### *Re: Redman Van & Storage*

**A. PRELIMINARY ANALYSIS**
  1. Study of provided materials and preparation of the file 7/20-27/11.
        Montana Highway Patrol Report
        Deposition of Tim Mead
        Deposition of Makenzie Mann
        Deposition of David Mann
        Deposition of Rowdy Anderson
        Damage Estimates
        Selected Medical Records of Makenzie Mann
        Video from Montana Highway Patrol
        Accident Reconstruction Report of David Beaufort
        Photographs
     13.75 hours @ 300/hr                                            $  4,125.00

                                   **SUBTOTAL**                      $  4,125.00

**B. VEHICLE DYNAMICS ANALYSIS**
  1. Determination of the parameters for the 2000 Ford F350 and
     2000 Freightliner on 7/22/11.
     2.0 hours @ $300/hr                                             $    600.00

  2. Searched and measured an exemplar Ford F350 for surrogate fit
     on 7/23/11.
     5.0 hours @ $300/hr                                             $  1,500.00

  3. Stiffness characteristics data preparation on 7/23/11
     4.0 hours @ $300/hr                                             $  1,200.00

  4. Preparation and analysis of the inspection data on 7/24/11.
     3.0 hours @ $300/hr                                             $    900.00

                                   **SUBTOTAL**                      $  4,200.00

**C. HUMAN BODY DYNAMICS ANALYSIS**
  1. Preparation of medical injury diagrams for injury pattern analysis
     on 7/27/11.
     2.0 hours @ $300/hr                                             $    600.00

  2. Hand based calculations on 7/25/11.
     3.0 hours @ $300/hr                                             $    900.00

Christopher Decker
Page 2
August 1, 2011

    3.  Preparation of the computer files for the interior geometry
       of the Ford F350 for the Articulated Total Body
       (ATB) Armstrong Medical Research Laboratory Wright Patterson
       Air Force Base (AL/WPAFB) computer program on 7/24/11.
       4.0 hours @ $300/hr                                    $ 1,200.00

    4.  Determine Makenzie Mann's body segment's geometric
       and the joint's location and range of motion characteristics using
       Generator of Body Data (GEBOD), AL/WPAFB computer
       program on 7/26/11.
       2.0 hours @ 300/hr                                     $  600.00

    5.  Preparation of the computer files for the initial body position of
       Makenzie Mann at the time of impact for ATB AL/WPAFB computer
       program on 7/24/11.
       3.0 hours @ 300/hr                                   $  900.00

    6.  Makenzie Mann's body dynamics analysis using ATB
       AL/WPAFB Computer program, on 7/25-28/11.
       18.0 hours @ $300/hr                                 $ 5,400.00

                                  **SUBTOTAL**     $ 9,600.00

**D.  REPORT PREPARATION**
    1.  Preparation of report on 7/28/11.
       2.0 hours @ $300/hr                                   $  600.00

    2.  Clerical support.                                   $   60.00

                                    **SUBTOTAL**     $  660.00

**E.  ADDITIONAL EXPENSES**
    1.  Charges from 4N6XPRT.                         $   45.00

    2.  Copies – 39 color @ $1.50                    $   58.50

    3.  Copies – 260 black & white @ .25 cents       $   65.00

                                     **SUBTOTAL**     $  168.50

                                     **TOTAL**       $ 18,753.50

                                     **RETAINER**   $ 6,000.00
                                     **(#31722)**

                                   **BALANCE DUE**   $ 12,753.50

The check should be made payable to – MZ Engineering
                       2363 20th Avenue South
                       Fargo, ND 58103

**PLEASE NOTE – The Tax ID # 45-0435836.**

---

 * All charges are due upon receipt of invoice. A late payment charge on delinquent accounts will be billed at 1 ½% per month.

# **MZ**Engineering

**Mariusz Ziejewski, Ph.D.**

2363 20th Avenue South
Fargo, ND 58103
Mariusz.Ziejewski@ndsu.edu

Phone: (701) 232-9223
Fax: (701) 293-1454

January 27, 2012

Christopher Decker
Milodragovich Dale Steinbrenner & Nygren
PO Box 4947
Missoula, MT 59806

*via fax only 406-549-7077*

## INVOICE
### *Re: Redman Van & Storage*
### *Trial Testimony*

| | |
|---|---|
| Preparation of file for trial testimony on 1/24/12. 2.0 hours @ $300/hr | $   600.00 |
| Trial Testimony – Flat Fee (up to 3 hours of time). | $ 1,000.00 |
| **BALANCE DUE** | $ 1,600.00 |

The check should be made payable to – **MZ Engineering**
**2363 20th Avenue South**
**Fargo, ND 58103**

**PLEASE NOTE – The Tax ID # 45-0435836.**

---

\* All charges are due upon receipt of invoice.  A late payment charge on delinquent accounts will be billed at 1 ½% per month.

# MZEngineering

Mariusz Ziejewski, Ph.D.

2363 20th Avenue South
Fargo, ND 58103
Mariusz.Ziejewski@ndsu.edu

Phone: (701) 232-9223
Fax: (701) 293-1454

January 27, 2012

Christopher Decker                                          *via fax only 406-549-7077*
Milodragovich Dale Steinbrenner & Nygren
PO Box 4947
Missoula, MT 59806

## STATEMENT
*Re: Redman Van & Storage*

| | | |
|---|---|---|
| 8/1/11 | Analysis Invoice | $ 12,753.50 |
| 11/9/11 | Deposition Invoice | $ 1,600.00 |
| 1/27/12 | Trial Testimony Invoice (see attached) | $ 1,600.00 |
| | **BALANCE DUE ON RECEIPT** | $ 15,593.50 |

The check should be made payable to – **MZ Engineering**
2363 20th Avenue South
Fargo, ND 58103

**PLEASE NOTE – The Tax ID # 45-0435836.**

---

\* All charges are due upon receipt of invoice. A late payment charge on delinquent accounts will be billed at 1 ½% per month.



# Neurology Learning and Behavior Center

230 South 500 East, Suite 100
Salt Lake City, UT 84102-2048
(801)532-1484

**CHRIS NYGREN, ESQ**
**PO BOX 4947**
**MISSOULA, MT 59806**

Account Number: MANN000002
MAKENZIE MANN

January 24, 2012

| Date | Patient | Bill No. | Description | Amount |
|------|---------|----------|-------------|--------|
| 1/23/2012 | MAKENZIE | 38980 | AIRFARE<br>- AIRLINE CANCELLATION FEE | $150.00 |
| 1/26/2012 | MAKENZIE | 38980 | TRAVEL & TESTIMONY | $5,500.00 |
| 1/26/2012 | MAKENZIE | 38980 | AIRFARE | $1,121.60 |
| 1/26/2012 | MAKENZIE | 38980 | EXPENSES<br>- PER DIEM | $30.00 |

Total for Bill No. 38980      $6,801.60

| Current | > 30 Days | > 60 Days | > 90 Days | Balance |
|---------|-----------|-----------|-----------|---------|
| $6,801.60 | | | | $6,801.60 |

PLEASE NOTE:

---

Please detach and send to the following address.

Neurology Learning and Behavior Center
230 South 500 East, Suite 100
Salt Lake City, UT 84102-2048

Account number: MANN000002
MAKENZIE MANN

Amount enclosed: _____

Check Number: _____
- Or -

Credit Card Number (Visa/MasterCard/AM/Discover): _____
Expiration Date: _____

# Your purchase is complete. Thank you for choosing Delta.

**Flight Confirmation Number: GJD6R2**

Enjoy improved benefits to help speed you through the airport including faster check-in, our highest boarding priority, expedited baggage service, and more.

**What's Next**
Now that you've finished booking your trip:

- Your eTicket receipt(s) and confirmation have been sent to sam@samgoldstein.com.
- Delta Messenger will send flight updates based on the contact preferences in your profile. Subscribe/edit your contact preferences now.
- Visit My Trips to access your itinerary and manage your flight online.
- Add Trip Protector to protect against trip cancellations and interruptions with Access America.
- If you have a smartphone, get the Delta app to check in, get alerts on flight and gate changes, and more.

Please go to My Trips to verify the status of any upgrades.

|  | Get Notifications | Add to Calendar | Add Trip Services & Activities |
| --- | --- | --- | --- |

| Outbound  Thu, 26 Jan 2012 | | | | | | Show Details |
| --- | --- | --- | --- | --- | --- | --- |
| 9:45am  SLC | 11:25am  MSO | Nonstop 1 hr 40 min  Delta 4540 [1] | Economy (M) | Not Upgrade Eligible | | |
| Operated by: | [1]SkyWest Dba Delta Connection | | | | | |

| Return  Thu, 26 Jan 2012 | | | | | | Show Details |
| --- | --- | --- | --- | --- | --- | --- |
| 5:30pm  MSO | 6:53pm  SLC | Nonstop 1 hr 23 min  Delta 4764 [1] | Economy (M) | Not Upgrade Eligible | | |
| Operated by: | [1]SkyWest Dba Delta Connection | | | | | |

In-Flight services and amenities may vary and are subject to change.



**Total balance due (including taxes/fees):**   $1,121.60 (USD)

Book with confidence. See Delta's Best Fare Guarantee.

Miles earned = 1,500
MQMs earned = 1,500 (details)

View taxes/fees policies.
View change & cancellation policies.
View baggage policies.
This ticket is non-refundable.

| Passenger | From | To | Seat Assignment | | Special Services (e.g. Wheelchair ) |
| --- | --- | --- | --- | --- | --- |
| Dr. Samuel Jack Goldstein SkyMiles # 1001551088 Diamond / Blue Plus | Salt Lake City, UT (SLC) | Missoula, MT (MSO) | 02C | Change Seats | Add/Edit |
|  | Missoula, MT (MSO) | Salt Lake City, UT (SLC) | 01C | Change Seats | Add/Edit |

## Passenger Information

**Contact**
Telephone numbers: 801-580-7595 (Home), 801-532-1484 (Business)
**Billing Information**

| Payment Type: | American Express, *************2001 |
| --- | --- |
| Payee: | Dr. Samuel Jack Goldstein 230 S 500 E Ste 100 Salt Lake City, UT 84102, United States |

Feedback

## Your purchase is complete. Thank you for choosing Delta.

**Flight Confirmation Number: GJD6R2**

Enjoy improved benefits to help speed you through the airport including faster check-in, our highest boarding priority, expedited baggage service, and more.

**What's Next**
Now that you've finished booking your trip:

- Your eTicket receipt(s) and confirmation have been sent to sam@samgoldstein.com.
- Delta Messenger will send flight updates based on the contact preferences in your profile. **Subscribe/edit** your contact preferences now.
- Visit **My Trips** to access your itinerary and manage your flight online.
- Add **Trip Protector** to protect against trip cancellations and interruptions with Access America.
- If you have a smartphone, **get the Delta app** to check in, get alerts on flight and gate changes, and more.

Please go to **My Trips** to verify the status of any upgrades.

           **Get Notifications**     **Add to Calendar**    **Add Trip Services & Activities**

| Outbound Thu, 26 Jan 2012 | | | | | | Show Details |
|---|---|---|---|---|---|---|
| 9:45am SLC | 11:25am MSO | Nonstop 1 hr 40 min | Delta 4540 [1] | Economy (M) | Not Upgrade Eligible | |
| Operated by: | [1]SkyWest Dba Delta Connection | | | | | |

| Return Thu, 26 Jan 2012 | | | | | | Show Details |
|---|---|---|---|---|---|---|
| 5:30pm MSO | 6:53pm SLC | Nonstop 1 hr 23 min | Delta 4764 [1] | Economy (M) | Not Upgrade Eligible | |
| Operated by: | [1]SkyWest Dba Delta Connection | | | | | |

In-flight services and amenities may vary and are subject to change.



Total balance due (including taxes/fees):   $1,121.60 (USD)

Book with confidence. See Delta's Best Fare Guarantee.

Miles earned = 1,500
MQMs earned = 1,500 (details)

View fares/fees policies.
View change & cancellation policies.
View baggage policies.
This ticket is non-refundable.

| Passenger | From | To | Seat Assignment | | Special Services (e.g. Wheelchair ) |
|---|---|---|---|---|---|
| Dr. Samuel Jack Goldstein SkyMiles # 1001651058 Diamond / Elite Plus | Salt Lake City, UT (SLC) | Missoula, MT (MSO) | 02C | Change Seats | Add/Edit |
| | Missoula, MT (MSO) | Salt Lake City, UT (SLC) | 01C | Change Seats | Add/Edit |

## Passenger Information

**Contact**
Telephone numbers: 801-580-7595 (Home), 801-532-1464 (Business)
**Billing Information**

| Payment Type: | American Express, \*\*\*\*\*\*\*\*\*\*\*2001 |
|---|---|
| Payee: | Dr. Samuel Jack Goldstein 250 S 50C E Ste 100 Salt Lake City, UT 84102, United States |

Feedback

| Price per Passenger | | | | | # of Psgrs | Total Price of Ticket(s) |
|---|---|---|---|---|---|---|
| Fare | U.S. Tax(es) | Base Fare | Taxes/Fees | Subtotal | | |
| $1,023.26 (USD) | $76.74 (USD) | $1,100.00 (USD) | $21.60 (USD) | $1,121.60 (USD) | 1 | $1,121.60 (USD) |

View fare rules
View Taxes/Fees

Travel may be on other airlines.
Terms and conditions apply to all offers and
SkyMiles benefits. See specific offer for details,
and visit SkyMiles Membership Guide & Program
Rules.
+Subject to government approval.

| Baggage Fees (per passenger each way) | | Economy Class | First / Business Elite[1] |
|---|---|---|---|
| Carry-on Baggage (one bag plus one personal item) | Carry-on Baggage | Complimentary | Complimentary |
| First Checked Bag Want first bag free? | Checked Baggage | Within U.S. and Canada: $25 U.S./Canada and Caribbean: $25 International: Complimentary | Complimentary |
| Second Checked Bag* | | Within U.S. and Canada: $40 Mexico, Central America, and Caribbean: $40 Japan and Micronesia: $40 South America, Transatlantic and Transpacific: $75 | Complimentary |

[1]SkyMiles Medallion Members are eligible for fee waivers and other benefits.
Lower fees may be available when you check-in online. Fees are charged in CAD or EUR for flights exiting Canada or Europe respectively.
Additional fees apply for oversize, overweight, or additional pieces of checked baggage. Please review Delta's baggage guidelines for
details.
*Travelers to/from Key West Florida are limited to one checked bag.

## Total Amounts Charged

Flight:

$1,121.60 (USD)

Total amount charged (including taxes/fees):

$1,121.60 (USD)

## A Greener Way to Fly

Delta Air Lines has partnered with The Nature Conservancy® to help you offset your carbon footprint for this trip and offer you other ways to
sustain our environment.



**Beaufort**
**Consulting, Inc.**
Accident Reconstruction Services

406 East Broadway, Suite 405
Salt Lake City, UT 84111

Tel. (801)-532-9270
Fax (801)-531-8486
Cell (801)-556-4085

# INVOICE CONTINUED

Name:  Chris Nygren

Date: January 31, 2012

Job Number:  5713
Job Name:  Mann v Redman Van

Beaufort Consulting, Inc.  Federal Tax ID  87-0638474

| Work Description | Hours | Amount | Total Due |
|---|---|---|---|
| January 2012 | | | |
| Meeting and Consultation | 1.0 | $200.00 | |
| Exhibit Creation | 1.0 | $200.00 | |
| Court Preparation | 5.0 | $1000.00 | |
| Court Time | 3.0 | $600.00 | |
| Travel Time | 5.0 | $1000.00 | |
| Video Editing | 1.0 | $200.00 | |
| Direct Costs | | | |
| Airfare | | $1271.60 | |
| Rental Car | | $106.01 | |
| Meals and Lodging | | $283.92 | |
| Plotting | | $58.24 | |
| | | **TOTAL DUE** | **$5919.77** |

**THANK YOU!**
Terms: Net 30 days, 1-1/2% per month thereafter.

INNOVATIVE SAFETY SOLUTIONS, INC

# Invoice

3310 BALDY DR
HELENA MT 59602

| Date | Invoice # |
|------|-----------|
| 1/28/2012 | 531 |

| Bill To |
|---------|
| Milodragovich, Dale, Steinbrenner & Nygre |

| Description | Amount |
|-------------|--------|
| EXPERT WITNESS FEES | 5,287.50 |
| 11-27    3.0 hrs    Preparation for Deposition | |
| 11-28    2.5 hrs    Preparation for Deposition | |
| 11-29    1.0 hrs    Preparation for Deposition | |
| 01-03    1.5 hrs    Review of case documents | |
| 01-11    4.0 hrs    Meeting with Chris Decker – trial prep | |
| 01-13    5.0 hrs    Review of Deposition and case materials for trial – trial prep | |
| 01-20    4.5 hrs    Review of case materials – trial prep | |
| 01-26    2.0 hrs    Meet with Chris Decker – trial prep | |
| | |
| EXPERT WITNESS FEES - Travel Time | 1,050.00 |
| 01-26    4.0 hrs    Travel to Missoula | |
| 01-27    2.0 hrs    Return Travel to Helena | |
| | |
| EXPERT WITNESS FEES- Trial Testimony | 1,600.00 |
| 01-27    4.0 hrs    Trial Testimony | |
| | |
| TRAVEL COSTS | 672.29 |
| 01-11-12 | |
| 200 miles travel to Missoula and to Accident site | |
| 01-26/27 | |
| 240 miles round trip to Missoula | |
| | |
| 01-26 | |
| 1 night Lodging in Missoula | |
| | |
| 3 days meals | |
| | |
| CREDIT FOR RETAINER | -3,500.00 |

| EIN # 68-0550533 | **Total** | $5,109.79 |



Rocky Mountain Rehab P.C.

Invoice #

2485

Bill To:
Milodragovich, Dale, Steinbrenner & Nygre
P.O. Box 4947
Missoula, MT 59806

# Invoice

| Client | Terms | Date |
|---|---|---|
| Makenzie Mann | Due on receipt | 12/22/2011 |

| Date | Activity | Summary of services | Minutes | Rate | Amount |
|---|---|---|---|---|---|
| 1/30/2012 | Trial | Review of records in preparation for trial | 240 | 3.00 | 720.00 |
| 1/30/2012 | Travel | Travel to Missoula | 360 | 3.00 | 1,080.00 |
| 1/30/2012 | Travel | Mileage: 345 miles x $.51 per mile | | 175.95 | 175.95 |
| 1/30/2012 | Travel | Hotel | | 119.00 | 119.00 |
| 1/31/2012 | Trial | Meeting with attorneys/legal team; study/review file | 300 | 3.00 | 900.00 |
| 1/31/2012 | Trial | Waiting in courthouse/testifying | 180 | 6.66667 | 1,200.00 |
| 1/31/2012 | Travel | Hotel | | 119.00 | 119.00 |
| 2/1/2012 | Travel | Travel to Billings | 360 | 3.00 | 1,080.00 |
| 2/1/2012 | Travel | Mileage: 345 miles x $.51 per mile | | 175.95 | 175.95 |

| | Total: | $5,569.90 |
|---|---|---|



American Express Cards

Personal Cards
Small Business Credit Cards
Corporate Cards
Gift Cards
Prepaid Cards

More Products & Services

Membership Rewards® Program
Savings Accounts & CDs
Accept American Express Cards
Business Apps
Mobile Services

Protection Services

Credit Scores & Reports
Financial Tools
Fraud Protection Center
Learn About Credit
Travel Insurance

Company Information

About American Express
Contact Us
Careers
Site Map

Terms of Service | Privacy Statement | Card Agreements
All users of our online services subject to Privacy Statement and agree to be bound by Terms of Service. Please read.

© 2012 American Express Company, All rights reserved.

United States (Change Country)   Contact Us   LOG OUT

**AMERICAN EXPRESS**   MY ACCOUNT   CARDS   TRAVEL   REWARDS   BUSINESS   Need help?

| Account Home | Statements & Activity | Payments | Profile & Preferences | Benefits | Additional Cards |

View Billing Statements

CARD ACTIVITY for **JOHN C EBERHARDT**

Platinum Delta SkyMiles®   02007 (All Cards)

TIME PERIOD   Recent Activity   Jan 12, 2012 to Present

Settings   Download   Print   Need Help   Year-End Summary

NARROW RESULTS   Search Transactions   Other Filters

TRANSACTION DETAILS   VIEW BY:   CATEGORY   MERCHANT   CARDMEMBER   GRAPH ON

View Pending Charges

1 - 27 of 27 Transactions

| Date | Description | Cardmember | Amount $ |
|------|-------------|------------|----------|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| 01/19/2012 Thu | ORBITZ MANKATO MN | JOHN C EBERHARDT | 1,221.80 |
| 01/19/2012 Thu | ORBITZ.COM CHICAGO IL | JOHN C EBERHARDT | 99.30 |
| 01/19/2012 Thu | ORBITZ.COM CHICAGO IL | JOHN C EBERHARDT | 528.80 |
| 01/13/2012 Fri | ORBITZ.COM CHICAGO IL | JOHN C EBERHARDT | 1,092.62 |
| 01/12/2012 Thu | COSTA VIDA MAVERICK WEST VALLEY CITY UT | JOHN C EBERHARDT | |

*(handwritten: Beth $294241)*

1 - 27 of 27 Transactions

Previous Balance as of 01/11/12
Payments
Charges
Fees
Credits
Outstanding Balance

Closing Date: 02/09/12

PAY BILL

Dispute/Inquire about account activity

**YOUR REWARDS**
Delta SkyMiles®
Mileage Balance   75,727
View More

Meet the new Amex tablet app.
Get It Now

**MANAGE YOUR TAGS**
Create a new Tag
Enter Tag name   +

TAG RULES

**Your Credit Matters**
Obtaining your complimentary Credit Score & Report is easy.
Your credit impacts all areas of your financial life. Learn what is being reported about you.
Learn More

**ACTIVITY BY CARD**

| Cardmember Name | Payments | Charges | Credits |
|-----------------|----------|---------|---------|
| JOHN C EBERHARDT | | | |
| | | | |
| Total | | | |



United States (Change Country)　Contact Us　LOG OUT

MY ACCOUNT　CARDS　TRAVEL　REWARDS　BUSINESS　　Need help?

| Account Home | Statements & Activity | Payments | Profile & Preferences | Benefits | Additional Cards |

**View Billing Statements**　　　　　　　　　Settings　Download　Print　Need Help　Year-End Summary

CARD ACTIVITY for GARY BARRUS　　TIME PERIOD　　　　NARROW RESULTS　　Other Filters
Delta SkyMiles®　61007 (All Cards)　　Recent Activity　　Jan 28. 2012 to Present　　Search Transactions

VIEW BY:　CATEGORY　MERCHANT　CARDMEMBER　　　　　　　　　GRAPH ON

**View Pending Charges**

1 - 15 of 15 Transactions

| Date | | Description | Cardmember | Amount $ |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| 01/28/2012 | Sat | ALAMO RENT A CAR MISSOULA MT | GARY BARRUS | 39.01 |
| 01/28/2012 | Sat | DELTA AIR LINES ATLANTA | GARY BARRUS | 200.00 |
| 01/28/2012 | Sat | HOLIDAY INN MISSOULAMISSOULA MT | GARY BARRUS | 10.95 |
| 01/28/2012 | Sat | IHG MBUMTPMS MISSOULA MT | GARY BARRUS | 96.23 |
| 01/27/2012 | Fri | IHG MBUMTPMS MISSOULA MT | GARY BARRUS | 26.95 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

1 - 15 of 15 Transactions

Previous Balance as of 01/27/12
Payments
Charges
Fees
Credits
Outstanding Balance

PAY BILL

Closing Date: 02/26/12
Transfer available credit to another Card

Dispute/inquire about account activity

**ACTIVITY BY CARD**

| Cardmember Name | Payments | Charges | Credits |
|---|---|---|---|
| GARY BARRUS | | | |
| | | | |
| Total | | | |

Experience the Epicurean Lifestyle.
**FOOD&WINE**　Italy's best recipes　CLICK HERE

**YOUR REWARDS**
Delta SkyMiles®
Mileage Balance　　193,489
View More

Perfect for adults.
Better for kids.
GIVE ONE TODAY ▶

**MANAGE YOUR TAGS**
Create a new Tag
Enter Tag name　[　+　]

TAG RULES

**Your Credit Matters**
Obtaining your complimentary
Credit Score & Report is easy.

Your credit impacts all areas of your
financial life. Learn what is being
reported about you.

Learn More

FEEDBACK

**American Express Cards**
- Personal Cards
- Small Business Credit Cards

**More Products & Services**
Membership Rewards® Program
Savings Accounts & CDs

**Protection Services**
Credit Scores & Reports
Financial Tools

**Company Information**
About American Express
Contact Us

# INVOICE

**Peterson** Reporting
Truth and Technology, Transcribed.

530 B Street Suite 350
San Diego, CA 92101
bookadepo.com

800 649 6353 toll free
619 260 1069 tel
619 688 1733 fax

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 205645 | 6/22/2011 | 158721 |

| Job Date | Case No. | |
|---|---|---|
| 6/8/2011 | CV-10-128-M-DWM-JCL | |

| Case Name |
|---|
| David K. Mann v. Redman Van & Storage Co. |

| Payment Terms |
|---|
| Due upon receipt |

Christian T. Nygren
Milodragovich, Dale, Steinbrenner & Nygren, PC
620 High Park Way
PO Box 4947
Missoula, MT 59803

Original and one certified transcript of the deposition of:

Elizabeth Mann                                                                                                625.84

TOTAL DUE >>>                               **$625.84**

This transcript sent C.O.D.

Thank you.

(-) Payments/Credits:                          625.84
(+) Finance Charges/Debits:                  0.00
(=) New Balance:                            **$0.00**

**Tax ID:** 33-0684781                                    Phone: (406) 728-1455   Fax:(406) 549-7077

*Please detach bottom portion and return with payment.*

Christian T. Nygren
Milodragovich, Dale, Steinbrenner & Nygren, PC
620 High Park Way
PO Box 4947
Missoula, MT 59803

| Invoice No. | : | 205645 |
|---|---|---|
| Invoice Date | : | 6/22/2011 |
| **Total Due** | : | **$0.00** |

Remit To: **Peterson Reporting Video & Litigation**
**Services**
**530 B Street , Suite 350**
**San Diego, CA 92101-4403**

| Job No. | : | 158721 |
|---|---|---|
| BU ID | : | SD |
| Case No. | : | CV-10-128-M-DWM-JCL |
| Case Name | : | David K. Mann v. Redman Van & Storage Co. |

# INVOICE

**Peterson** Reporting
Truth and Technology, Transcribed.

530 B Street Suite 350
San Diego, CA  92101
bookadepo.com

800 649 6353 toll free
619 260 1069 tel
619 688 1733 fax

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 205647 | 6/22/2011 | 158722 |
| **Job Date** | **Case No.** | |
| 6/7/2011 | CV-10-128-M-DWM-JCL | |
| **Case Name** | | |
| David K. Mann v. Redman Van & Storage Co. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Christian T. Nygren
Milodragovich, Dale, Steinbrenner & Nygren, PC
620 High Park Way
PO Box 4947
Missoula, MT  59803

| Original and one certified transcript of the deposition of: | |
|---|---|
| David Kelly Mann | 850.54 |
| | **TOTAL DUE >>>**    **$850.54** |

This transcript sent C.O.D.

Thank you.

| | |
|---|---|
| (-) Payments/Credits: | 850.54 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | $0.00 |

**Tax ID:** 33-0684781

Phone: (406) 728-1455    Fax:(406) 549-7077

*Please detach bottom portion and return with payment.*

Christian T. Nygren
Milodragovich, Dale, Steinbrenner & Nygren, PC
620 High Park Way
PO Box 4947
Missoula, MT  59803

| | | |
|---|---|---|
| Invoice No. | : | 205647 |
| Invoice Date | : | 6/22/2011 |
| **Total Due** | : | **$0.00** |

Remit To:    **Peterson Reporting Video & Litigation Services**
**530 B Street , Suite 350**
**San Diego, CA  92101-4403**

| | | |
|---|---|---|
| Job No. | : | 158722 |
| BU ID | : | SD |
| Case No. | : | CV-10-128-M-DWM-JCL |
| Case Name | : | David K. Mann v. Redman Van & Storage Co. |

# INVOICE

**Peterson** Reporting
Truth and Technology, Transcribed.

530 B Street Suite 350
San Diego, CA 92101
bookadepo.com

800 649 6353 toll free
619 260 1069 tel
619 688 1733 fax

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 205646 | 6/22/2011 | 158720 |

| Job Date | Case No. | |
|---|---|---|
| 6/7/2011 | CV-10-128-M-DWM-JCL | |

| Case Name |
|---|
| David K. Mann v. Redman Van & Storage Co. |

| Payment Terms |
|---|
| Due upon receipt |

Christian T. Nygren
Milodragovich, Dale, Steinbrenner & Nygren, PC
620 High Park Way
PO Box 4947
Missoula, MT 59803

| Original and one certified transcript of the deposition of: | |
|---|---|
| Delaney Mann | 491.24 |
| | **TOTAL DUE >>>**   $491.24 |
| This transcript sent C.O.D. | |
| Thank you. | |
| | (-) Payments/Credits:   491.24 |
| | (+) Finance Charges/Debits:   0.00 |
| | (=) New Balance:   **$0.00** |

**Tax ID:** 33-0684781

Phone: (406) 728-1455   Fax:(406) 549-7077

*Please detach bottom portion and return with payment.*

Christian T. Nygren
Milodragovich, Dale, Steinbrenner & Nygren, PC
620 High Park Way
PO Box 4947
Missoula, MT 59803

| Invoice No. | : | 205646 |
|---|---|---|
| Invoice Date | : | 6/22/2011 |
| **Total Due** | : | **$0.00** |

| | | |
|---|---|---|
| Job No. | : | 158720 |
| BU ID | : | SD |
| Case No. | : | CV-10-128-M-DWM-JCL |
| Case Name | : | David K. Mann v. Redman Van & Storage Co. |

Remit To:  **Peterson Reporting Video & Litigation Services**
530 B Street , Suite 350
San Diego, CA 92101-4403

# INVOICE

**Peterson** Reporting
*Truth and Technology, Transcribed.*

530 B Street Suite 350
San Diego, CA 92101
bookadepo.com

800 649 6353 toll free
619 260 1069 tel
619 688 1733 fax

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 205644 | 6/22/2011 | 158719 |
| **Job Date** | **Case No.** | |
| 6/8/2011 | CV-10-128-M-DWM-JCL | |
| **Case Name** | | |
| David K. Mann v. Redman Van & Storage Co. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Christian T. Nygren
Milodragovich, Dale, Steinbrenner & Nygren, PC
620 High Park Way
PO Box 4947
Missoula, MT 59803

| | | |
|---|---|---|
| Original and one certified transcript of the deposition of: | | |
| McKenzie Mann | | 304.19 |
| | **TOTAL DUE >>>** | **$304.19** |
| This transcript sent C.O.D. | | |
| Thank you. | | |
| | (-) Payments/Credits: | 304.19 |
| | (+) Finance Charges/Debits: | 0.00 |
| | (=) New Balance: | **$0.00** |

**Tax ID:** 33-0684781

Phone: (406) 728-1455   Fax:(406) 549-7077

---

*Please detach bottom portion and return with payment.*

Christian T. Nygren
Milodragovich, Dale, Steinbrenner & Nygren, PC
620 High Park Way
PO Box 4947
Missoula, MT 59803

| | | |
|---|---|---|
| Invoice No. | : | 205644 |
| Invoice Date | : | 6/22/2011 |
| **Total Due** | : | **$0.00** |

Remit To: **Peterson Reporting Video & Litigation Services**
**530 B Street , Suite 350**
**San Diego, CA 92101-4403**

| | | |
|---|---|---|
| Job No. | : | 158719 |
| BU ID | : | SD |
| Case No. | : | CV-10-128-M-DWM-JCL |
| Case Name | : | David K. Mann v. Redman Van & Storage Co. |

# JEFFRIES COURT REPORTING, INC.

MELODY JEFFRIES PETERS, RDR, CRR
jcrcourt@montana.com
www.jeffriescourtreporting.com

1015 MOUNT AVENUE, SUITE C
MISSOULA, MONTANA 59801
(406) 721-1143 / FAX (406) 728-0888
1-800-769-1052

FILE NO.: 2132 ATTY: CM
DATE REC'D: 5-9-11
OK TO PAY: YES NO
CLU
AUTH BY: Chu
DATE TO PAY:
COST TO OFFICE

**Bill To**

Chris Nygren, Esq.
Milodragovich, Dale, Steinbrenner &
Nygren, P.C.
620 High Park Way
Missoula, Montana 59803

| Date | Invoice # |
|------|-----------|
| 5/16/2011 | 20259 |

| Terms | Due Date |
|-------|----------|
| Net 30 | 6/15/2011 |

ENTERED

| Rep |
|-----|
| MJP |

| Description | Amount |
|-------------|--------|
| 11-250 & 251 - MANN, et al. vs REDMAN VAN, et al. - #CV-10-128-M-DWM-JCL | |
| Video Depositions taken on Wednesday, May 4, 2011 in Missoula, MT | |
| Video Deposition of TIM MEAD | 389.85 |
| (Original and Two Electronic Copies - Electronic Portfolios Include Full-Size and Condensed with Keywords) | |
| Extra copy for deponent to read and sign - Sent Electronically | 20.00 |
| Video Deposition of ROWDY ANDERSON | 629.25 |
| (Two Electronic Copies - Electronic Portfolios Include Full-Size and Condensed with Keywords) | |
| All Exhibits - Scanned, Archived and Electronically Tabbed | 48.40 |
| Mailing/Courier Service, Handling and Office Support Services | 20.00 |
| No Charge for after-hours reporting and videography | |

THANK YOU!
TAX ID #81-0512162

| **Total** | $1,107.50 |

PLEASE INCLUDE INVOICE NUMBER ON THE CHECK. A FINANCE CHARGE OF 1.5% WILL
BE ADDED ON ACCOUNTS 30 DAYS PAST DUE.

**SCANNED**

# JEFFRIES COURT REPORTING, INC.

MELODY JEFFRIES PETERS, RDR, CRR
jcrcourt@montana.com
jeffriescourtreporting.com
bigskyvideoconferenceofmontana.com

1015 MOUNT AVENUE, SUITE C
MISSOULA, MONTANA 59801
(406) 721-1143 / FAX (406) 728-0888
1-800-769-1052

| Bill To |
| --- |
| Chris Nygren, Esq. |
| Milodragovich, Dale, Steinbrenner & |
| Nygren, P.C. |
| 620 High Park Way |
| Missoula, Montana 59803 |

| Date | Invoice # |
| --- | --- |
| 12/1/2011 | 20857 |

| Terms | Due Date |
| --- | --- |
| Net 30 | 12/31/2011 |

| Rep |
| --- |
| MJP |

| Description | Amount |
| --- | --- |
| 11-250 - MANN, et al. vs REDMAN VAN, et al. - #CV-10-128-M-DWM-JCL | |
| Video Deposition taken on Wednesday, May 4, 2011 in MIssoula, MT | |
| Late Order DVD Copy of TIM MEAD | 40.00 |

COST / OFFICE
FILE NO. 12135 ATTY CYN
DATE REC'D 12-1-11
OK TO PAY: YES NO
GL# AUTH BY Miva
DATE TO PAY

| | Total | $40.00 |
| --- | --- | --- |

THANK YOU!
TAX ID #81-0512162

PLEASE INCLUDE INVOICE NUMBER ON THE CHECK. A FINANCE CHARGE OF 1.5% WILL
BE ADDED ON ACCOUNTS 30 DAYS PAST DUE.

# INVOICE

## Peterson Reporting
Truth and Technology, Transcribed.

530 B Street Suite 350
San Diego, CA 92101
bookadepo.com

800 649 6353 toll free
619 260 1069 tel
619 688 1733 fax

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 208029 | 1/6/2012 | 160905 |

| Job Date | Case No. | |
|---|---|---|
| 9/14/2011 | CV-10-128-M-DWM-JCL | |

| Case Name | | |
|---|---|---|
| David K. Mann v. Redman Van & Storage Co. | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Christian T. Nygren
Milodragovich, Dale, Steinbrenner & Nygren, PC
620 High Park Way
PO Box 4947
Missoula, MT 59803

One certified transcript of the trial testimony of:
Christine Wood, M.D.                                                292.41

TOTAL DUE >>>                                                   $292.41

Thank you for calling Peterson Reporting!
Credit card payments are accepted.

(-) Payments/Credits:                    292.41
(+) Finance Charges/Debits:                0.00
(=) New Balance:                         $0.00

**PAID**

**Tax ID:** 33-0684781                     Phone: (406) 728-1455   Fax:(406) 549-7077

*Please detach bottom portion and return with payment.*

Christian T. Nygren
Milodragovich, Dale, Steinbrenner & Nygren, PC
620 High Park Way
PO Box 4947
Missoula, MT 59803

Invoice No.   :  208029
Invoice Date  :  1/6/2012
**Total Due**   :  **$ 0.00**

Remit To: **Peterson Reporting Video & Litigation**
**Services**
**530 B Street , Suite 350**
**San Diego, CA 92101-4403**

Job No.    :  160905
BU ID      :  SD
Case No.   :  CV-10-128-M-DWM-JCL
Case Name  :  David K. Mann v. Redman Van & Storage Co.

# INVOICE

**Peterson** Reporting
Truth and Technology, Transcribed.

530 B Street Suite 350          800 649 6353 toll free
San Diego, CA 92101             619 260 1069 tel
bookadepo.com                   619 688 1735 fax

Christian T. Nygren
Milodragovich, Dale, Steinbrenner & Nygren, PC
620 High Park Way
PO Box 4947
Missoula, MT 59806

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 208036*** | 9/30/2011 | 161716 |
| Job Date | | Case No. |
| 9/16/2011 | CV-10-128-M-DWM-JCL | |
| Case Name | | |
| David K. Mann v. Redman Van & Storage Co. | | |
| Payment Terms | | |
| Due upon receipt | | |

One certified transcript of the trial testimony of:
   Mark McDonough, M.D.

359.32

TOTAL DUE >>>                                       $359.32

Thank you for calling Peterson Reporting!
Credit card payments are accepted.

*pd 1/12/12*

Tax ID: 33-0684781                                              Phone: (406) 728-1455   Fax: (406) 549-7077

*Please detach bottom portion and return with payment.*

Christian T. Nygren
Milodragovich, Dale, Steinbrenner & Nygren, PC
620 High Park Way
PO Box 4947
Missoula, MT 59806

Invoice No.    :  208036***
Invoice Date   :  9/30/2011
**Total Due**      :  **$359.32**

Remit To:   **Peterson Reporting Video & Litigation
            Services
            530 B Street , Suite 350
            San Diego, CA 92101-4403**

Job No.     :  161716
BU ID       :  SD
Case No.    :  CV-10-128-M-DWM-JCL
Case Name   :  David K. Mann v. Redman Van & Storage Co.

# INVOICE

## Peterson Reporting
Truth and Technology, Transcribed.

530 B Street Suite 350
San Diego, CA 92101
bookadepo.com

800 649 6353 toll free
619 260 1069 tel
619 688 1733 fax

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 207984 | 10/21/2011 | 161597 |

| Job Date | Case No. | |
|---|---|---|
| 9/16/2011 | CV-10-128-M-DWM-JCL | |

| Case Name |
|---|
| David K. Mann v. Redman Van & Storage Co. |

| Payment Terms |
|---|
| Due upon receipt |

Christian T. Nygren
Milodragovich, Dale, Steinbrenner & Nygren, PC
620 High Park Way
PO Box 4947
Missoula, MT 59806

---

DVD to the deposition of:
    Mark McDonough, M.D./ TRIAL TESTIMONY

135.00

TOTAL DUE >>> **$135.00**

Thank you for calling Peterson Reporting!
Credit card payments are accepted.

(-) Payments/Credits:    135.00
(+) Finance Charges/Debits:    0.00
(=) New Balance:    **$0.00**

---

**Tax ID:** 33-0684781

Phone: (406) 728-1455    Fax:(406) 549-7077

*Please detach bottom portion and return with payment.*

---

Christian T. Nygren
Milodragovich, Dale, Steinbrenner & Nygren, PC
620 High Park Way
PO Box 4947
Missoula, MT 59806

Invoice No.   : 207984
Invoice Date  : 10/21/2011
**Total Due**    : $ 0.00

Remit To: **Peterson Reporting Video & Litigation Services**
  **530 B Street , Suite 350**
  **San Diego, CA 92101-4403**

Job No.     : 161597
BU ID      : US
Case No.    : CV-10-128-M-DWM-JCL
Case Name  : David K. Mann v. Redman Van & Storage Co.



Coffman Reporting
& LITIGATION SUPPORT, INC

1440 Blake Street, Suite 320
Denver, CO 80202
depos@coffmanreporting.com
303.893.0202
Toll Free: 800.831.6322
Fax: 303.893.2230

January 13, 2012

CHRISTIAN T. NYGREN, ESQ.
Milodragovich, Dale,
    Steinbrenner & Nygren, P.C.
PO Box 4947
Missoula, MT 59806

**Invoice Number**
**27957**

Re:    Mann vs. Redman Van & Storage Co.

| Description of Services | | Pgs/Qty | Rate | Extension |
|---|---|---|---|---|
| V Orig Transcript Svcs | James M. Gracey, Ed.D. | 70.00 | 4.05 | 283.50 |
| Appearance Fee (min) | 12/19/2011 | 1.00 | 60.00 | 60.00 |
| ETran Conversion | (First Conversion) | 1.00 | 20.00 | 20.00 |
| Exhibits-Scan | | 200.00 | 0.25 | 50.00 |
| *Delivery | | 1.00 | 20.00 | 20.00 |
| | | **Invoice total:** | | **$433.50** |

Please Return One Copy With Your Payment
Remit To:
Coffman Reporting & Litigation Support, Inc.
1440 Blake Street, Suite 320
Denver, CO 80202

~~ Thank You ~~
Tax ID 84-1272970
Please Return One Copy With Your Payment
Interest is applied to open balances beyond 45 days at 1% per month

CLIENT COSTS

NO. 2135/2 ATTY: C / h h i

DATE REC'D: 1 - 16 - 12

OK TO PAY:    YES        NO

REVIEWED BY:

PAID CK NO:        DATE:

DUE - DA:



1440 Blake Street, Suite 320
Denver, CO 80202
depos@coffmanreporting.com
303.893.0202
Toll Free: 800.831.6322
Fax: 303.893.2230

January 13, 2012

CHRISTIAN T. NYGREN, ESQ.
Milodragovich, Dale,
    Steinbrenner & Nygren, P.C.
PO Box 4947
Missoula, MT 59806

| Invoice Number |
|----------------|
| 27957 |

Re:   Mann vs. Redman Van & Storage Co.

| Description of Services | | Pgs/Qty | Rate | Extension |
|-------------------------|--|---------|------|-----------|
| V Orig Transcript Svcs | James M. Gracey, Ed.D. | 70.00 | 4.05 | 283.50 |
| Appearance Fee (min) | 12/19/2011 | 1.00 | 60.00 | 60.00 |
| ETran Conversion | (First Conversion) | 1.00 | 20.00 | 20.00 |
| Exhibits-Scan | | 200.00 | 0.25 | 50.00 |
| *Delivery | | 1.00 | 20.00 | 20.00 |

|  | | Invoice total: | | $433.50 |

Please Return One Copy With Your Payment
Remit To:
Coffman Reporting & Litigation Support, Inc.
1440 Blake Street, Suite 320
Denver, CO 80202

~~ Thank You ~~
Tax ID 84-1272970
Please Return One Copy With Your Payment
Interest is applied to open balances beyond 45 days at 1% per month

# INVOICE

## Peterson Reporting
Truth and Technology, Transcribed.

530 B Street Suite 350
San Diego, CA 92101
bookadepo.com

800 649 6353 toll free
619 260 1069 tel
619 688 1733 fax

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 210309 | 1/16/2012 | 164501 |

| Job Date | Case No. | |
|---|---|---|
| 1/9/2012 | CV-10-128-M-DWM-JCL | |

| Case Name | | |
|---|---|---|
| David K. Mann v. Redman Van & Storage Co. | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Christopher Decker
Milodragovich, Dale, Steinbrenner & Nygren, PC
620 High Park Way
PO Box 4947
Missoula, MT 59803

1 CERTIFIED COPY OF TRANSCRIPT OF:
Tal David, M.D.                                                                541.09

**TOTAL DUE >>>**                                                      **$541.09**

Thank you for calling Peterson Reporting!
Credit card payments are accepted with an additional 3.5% administration fee.

| (-) Payments/Credits: | 541.09 |
|---|---|
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | $0.00 |

PAID

**Tax ID:** 33-0684781                    Phone: (406) 728-1455    Fax:(406) 549-7077

*Please detach bottom portion and return with payment.*

Christopher Decker
Milodragovich, Dale, Steinbrenner & Nygren, PC
620 High Park Way
PO Box 4947
Missoula, MT 59803

Invoice No.    :  210309
Invoice Date   :  1/16/2012
**Total Due**    :  **$ 0.00**

Remit To: **Peterson Reporting Video & Litigation
              Services
              530 B Street , Suite 350
              San Diego, CA 92101-4403**

Job No.       :  164501
BU ID         :  SD
Case No.      :  CV-10-128-M-DWM-JCL
Case Name     :  David K. Mann v. Redman Van & Storage Co.

# INVOICE

## Peterson Reporting
Truth and Technology, Transcribed.

530 B Street Suite 350
San Diego, CA 92101
bookadepo.com

800 649 6353 toll free
619 260 1069 tel
619 688 1733 fax

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 210342 | 1/16/2012 | 164533 |

| Job Date | Case No. | |
|---|---|---|
| 1/10/2012 | CV-10-128-M-DWM-JCL | |

| Case Name | | |
|---|---|---|
| David K. Mann v. Redman Van & Storage Co. | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Christopher Decker
Milodragovich, Dale, Steinbrenner & Nygren, PC
620 High Park Way
PO Box 4947
Missoula, MT 59803

1 CERTIFIED COPY OF TRANSCRIPT OF:
William Holland, M.D.       253.15

TOTAL DUE >>>    **$253.15**

Thank you for calling Peterson Reporting!
Credit card payments are accepted with an additional 3.5% administration fee.

(-) Payments/Credits:    253.15
(+) Finance Charges/Debits:    0.00
(=) New Balance:    **$0.00**

PAID

Tax ID: 33-0684781       Phone: (406) 728-1455    Fax:(406) 549-7077

*Please detach bottom portion and return with payment.*

Christopher Decker
Milodragovich, Dale, Steinbrenner & Nygren, PC
620 High Park Way
PO Box 4947
Missoula, MT 59803

| | | |
|---|---|---|
| Invoice No. | : | 210342 |
| Invoice Date | : | 1/16/2012 |
| **Total Due** | : | **$ 0.00** |

Remit To: **Peterson Reporting Video & Litigation
Services
530 B Street , Suite 350
San Diego, CA 92101-4403**

| | | |
|---|---|---|
| Job No. | : | 164533 |
| BU ID | : | SD |
| Case No. | : | CV-10-128-M-DWM-JCL |
| Case Name | : | David K. Mann v. Redman Van & Storage Co. |