UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

NOV 12 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DAVID K. MANN; et al.,<br><br>        Plaintiffs - Appellants,<br><br> v.<br><br>REDMAN VAN & STORAGE CO., INC.,<br><br>        Defendant - Appellee. | No. 12-35373<br><br>D.C. No. 9:10-cv-00128-DLC<br>U.S. District Court for Montana, Missoula<br><br>**MANDATE** |

The judgment of this Court, entered October 17, 2013, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

Costs are taxed against the appellant in the amount of $22.86.

                                            FOR THE COURT:
                                            Molly C. Dwyer
                                            Clerk of Court

                                            Margoth Turcios
                                            Deputy Clerk