Perry J. Schneider, Esq.
Rachel H. Parkin, Esq.
MILODRAGOVICH, DALE
& STEINBRENNER, P.C.
620 High Park Way
P.O. Box 4947
Missoula, Montana 59806-4947
Telephone: (406) 728-1455
Telefax: (406) 549-7077
E:Mail:   perrys@bigskylawyers.com
          rparkin@bigskylawyers.com
    *Attorneys for Redman Van & Storage Co., Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| DAVID K. MANN, individually; ELIZABETH S. MANN; DELANEY MANN; and M.H.M., MINOR CHILD, BY AND THROUGH HER FATHER AND NEXT FRIEND, DAVID K. MANN,, <br><br> Plaintiffs, <br><br> -vs- <br><br> REDMAN VAN & STORAGE CO., INC., <br><br> Defendant. | Cause No.  CV 10-128-M-DLC <br><br><br><br><br> **SATISFACTION OF JUDGMENT** |

1

WHEREAS, a judgment was entered in the above action on the 28th day of January, 2012, in favor of Defendant REDMAN VAN & STORAGE CO., INC. and against the Plaintiffs DAVID K. MANN, individually; ELIZABETH S. MANN; DELANEY MANN; and M.H.M,, MINOR CHILD, BY AND THROUGH HER FATHER AND NEXT FRIEND, DAVID K. MANN; and

WHEREAS this Court issued a Memorandum on Taxation of Costs on the 5th day of March, 2012, taxing Plaintiffs with costs in the sum of ELEVEN THOUSAND FIVE HUNDRED TWENTY & 79/100 DOLLARS ($11,520.79); and

WHEREAS, said judgment has been fully paid, all claims or issues between the parties have resolved, and all parties are released from any further obligation in relation to this proceeding.

THEREFORE, full and complete satisfaction of said judgment is hereby acknowledged and the Clerk of Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

///

///

///

DATED this 21st day of July, 2016.

By: /s/ *Perry J. Schneider*
Perry J. Schneider
Rachel H. Parkin

MILODRAGOVICH, DALE
& STEINBRENNER, P.C.
*Attorneys for Redman Van & Storage Co., Inc.*

12135/2 (ss)
L:\WDDOCS\DOCS\CLIENTFL\12135\002\SAT\00670220.WPD